**Fill in this information to identify the case:**

Debtor name    **ServiCom LLC**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   **18-31722**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  9, 2018**      X **/s/ Eugene Caldwell**
_____
Signature of individual signing on behalf of debtor

**Eugene Caldwell**
_____
Printed name

**CFO**
_____
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **ServiCom LLC**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) **18-31722**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $                 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................... $        4,187,901.17

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................. $        4,187,901.17

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $       12,299,427.12

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $                 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$        1,801,438.22

4. **Total liabilities** .........................................................................................................
   Lines 2 + 3a + 3b                                                                $       14,100,865.34

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **ServiCom LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **18-31722**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Operating Account** | **5828** | **$3,231.76** |
| 3.2. | **Bank of America** | **Disbursement Account** | **5831** | **$0.00** |
| 3.3. | **Bank of America** | **Payroll Account** | **5844** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        **$3,231.76**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor    **ServiCom LLC**
Name

Case number *(If known)*  **18-31722**

| | | |
|---|---|---|
| 8.1. | **Liberty Mutual- prepaid insurance** | $23,091.05 |
| 8.2. | **First Insurance- prepaid insurance** | $22,990.83 |
| 8.3. | **ITC Telecom Technology, LLC** | $10,800.00 |
| 8.4. | **Mohr Partner, Inc.** | $9,725.61 |
| 8.5. | **Unify-Dialer** | $11,202.75 |
| 8.6. | **Curvature** | $5,266.62 |
| 8.7. | **Tantacomm A.I.R., LLC** | $19,605.54 |
| 8.8. | **Dell Marketing** | $7,451.07 |
| 8.9. | **CDW-Safenet SAS Cloud** | $1,388.70 |
| 8.10. | **Unift-SXM Dialer** | $9,108.75 |
| 8.11. | **Varilease Finance, Inc.** | $11,478.30 |
| 8.12. | **Windstream Communications-Avaya Advantage** | $77,779.24 |
| 8.13. | **Balboa-Line of Credit** | $13,872.00 |
| 8.14. | **Com Ed** | $1,430.00 |

Debtor  **ServiCom LLC**                                    Case number *(if known)*  **18-31722**
_____
Name

| | | |
|---|---|---|
| 8.15. | **Ballard Property** | **$15,595.00** |
| 8.16. | **VFI Finance** | **$55,000.00** |
| 8.17. | **Broadband Dynamics** | **$24,873.78** |
| 8.18. | **NicorGas** | **$2,901.66** |
| 8.19. | **NFS Leasing Security Deposit** | **$5,191.23** |
| 8.20. | **Royal Bank America Leasing** | **$4,494.65** |
| 8.21. | **Allstate Motor Club, Inc.** | **$56,098.91** |

9.  **Total of Part 2.**                                                    | **$389,345.69** |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number *(If known)* **18-31722** |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="4"><strong>Part 7:</strong>    <strong>Office furniture, fixtures, and equipment; and collectibles</strong></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture **Furniture and Fixtures** | **$0.00** | | **$1,102.18** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment** | **$0.00** | | **$37,303.54** |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$38,405.72** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td colspan="4"><strong>Part 8:</strong>    <strong>Machinery, equipment, and vehicles</strong></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="5"><strong>Part 9:</strong>    <strong>Real property</strong></td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     

Debtor    **ServiCom LLC**                                      Case number *(If known)* **18-31722**
          Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **175 Executive Parkway, Rockland, IL 61107** | Lease | $0.00 | $0.00 |
| 55.2. | **9942 N. Alpine Road, Machesney Park, IL 61115** | Lease | $0.00 | $0.00 |
| 55.3. | **10100 Forest Hills Road, Machesney Park, IL 61115** | Lease | $0.00 | $0.00 |
| 55.4. | **155 Hill Street, Milford, CT 06460** | Lease | $0.00 | $0.00 |

56.  **Total of Part 9.**                                                                    $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

| Debtor | **ServiCom LLC** | Case number *(If known)* **18-31722** |
| --- | --- | --- |
| | Name | |

**set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **Contingent contract rights under Factoring Agreement
    with Coral Capital Solutions LLC**                                                     **$1,034,116.00**

    **Due from ServiCom Canada Ltd.**                                                       **$2,722,802.00**

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.                                     **$3,756,918.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **ServiCom LLC**
Name

Case number *(If known)*  **18-31722**

---

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,231.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $389,345.69 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $38,405.72 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,756,918.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,187,901.17 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,187,901.17 |

---

**Fill in this information to identify the case:**

Debtor name    **ServiCom LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **18-31722**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Axis Capital** | | |
|---|---|---|---|

Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**308 N. Locust Street, Ste. 100**
**Grand Island, NE 68801**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All equipment covered by leases**

Column A: **Unknown**    Column B: **Unknown**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| 2.2 | **Cisco Systems Capital Corporat** | | |
|---|---|---|---|

Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**170 W. Tasman Drive**
**MS SJ13-3**
**San Jose, CA 95134**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All equipment leased to debtor**

Column A: **Unknown**    Column B: **Unknown**

Creditor's email address, if known

**Date debt was incurred**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **ServiCom LLC**                                                    Case number (if know)  **18-31722**
        _____
        Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **Coral Capital Solutions LLC** | **Describe debtor's property that is subject to a lien** | **$1,400,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Attn: Mr. Jim Bertie
275 Madison Avenue
Suite 2014
New York, NY 10016**

Creditor's mailing address

**All assets to secure amount due under the Secured Term Note**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Coral Capital Solutions LLC** | **Describe debtor's property that is subject to a lien** | **$9,517,837.98** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Attn: Mr. Jim Bertie
275 Madison Avenue
Suite 2014
New York, NY 10016**

Creditor's mailing address

**All assets to secure amount due under the Factoring Agreement ($8,171,837.98 advances and $1,400,000 term loan)**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Dell Financial Services LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Debtor    **ServiCom LLC**
_____
Name

Case number (if know)    **18-31722**
_____

---

Creditor's Name
_____
**Attn: Pres., GP., or Mng.
Mbr.**
**12234 N. IH-35, Bldg. B**
**Austin, TX 78753**
_____
Creditor's mailing address

_____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**All computer equipment re lease**
_____

_____

**Describe the lien**
**UCC-1**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Everlasting Capital Corp.** |
|---|---|

Creditor's Name
_____
**Attn: Pres., GP., or Mng.
Mbr.**
**27B Sterling Drive**
**Rochester, NH 03867**
_____
Creditor's mailing address

_____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**Describe debtor's property that is subject to a lien**
**All assets to secure obligations under
Merchant Agreement**
_____

_____

**Describe the lien**
**UCC-1**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$205,612.80**        **Unknown**

---

| 2.7 | **Everlasting Capital Corp.** |
|---|---|

Creditor's Name
_____
**Attn: Pres, GP or Mng
Member**
**27B Sterling Drive**
**Rochester, NH 03867**
_____
Creditor's mailing address

_____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All assets to secure obligations under
Merchant Agreement**
_____

_____

**Describe the lien**
**UCC-1**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$307,944.00**        **Unknown**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 7

| Debtor | **ServiCom LLC** | Case number (if know) | **18-31722** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check that all apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ■ Disputed | |

---

| 2.8 | **Fountain Leasing 201 LP** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Specific equipment** | | |

**Attn: Pres., GP., or Mng. Mbr.**
**50 California Street**
**Suite 3330**
**San Francisco, CA 94111**
Creditor's mailing address

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.9 | **GrowthFunding Equipment Fin** | Describe debtor's property that is subject to a lien | **$289,097.34** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Cash and accounts related to collateral (equipment)** | | |

**Attn: Pres, GP or Mng Member**
**2691 West 12600 South**
**Riverton, UT 84065**
Creditor's mailing address

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8046**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.1 0 | **Royal Bank America Leasing, LP** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **ServiCom LLC**
_____
Name

Case number (if know)    **18-31722**

---

Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**550 Township Line Road**
**Ste. 425**
**Blue Bell, PA 19422**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified office furniture**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 1 | **U.S. Bank Equipment Finance** |
|---|---|

Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**1310 Madrid Street**
**Marshall, MN 56258**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Specific computer equipment**

Unknown    Unknown

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 2 | **VAR Resources, LLC** |
|---|---|

Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**2330 Interstate 30**
**Mesquite, TX 75150**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Specific equipment**

Unknown    Unknown

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **ServiCom LLC**                                    Case number (if know)    **18-31722**
Name

**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ■ Disputed
priority.

---

| 2.1 3 | **Veristor Capital LLC** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name                              **Specific property and goods re lease**
**Attn: Pres., GP., or Mng.**
**Mbr.**
**4850 River Green Parkway**
**Duluth, GA 30096**
Creditor's mailing address                   **Describe the lien**
                                             **UCC-1**
                                             **Is the creditor an insider or related party?**
                                             ■ No
Creditor's email address, if known           ☐ Yes
                                             **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
                                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ■ Disputed
priority.

---

| 2.1 4 | **VFI KR SPE I LLC** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name                              **Blanket**
**6340 South 3000 East**
**Suite 400**
**Salt Lake City, UT 84121**
Creditor's mailing address                   **Describe the lien**
                                             **UCC-1**
                                             **Is the creditor an insider or related party?**
                                             ■ No
Creditor's email address, if known           ☐ Yes
                                             **Is anyone else liable on this claim?**
**Date debt was incurred**                    ☐ No
                                             ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ■ Unliquidated
including this creditor and its relative     ■ Disputed
priority.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | ServiCom LLC | | Case number (if known) | 18-31722 |
|---|---|---|---|---|
| | Name | | | |

| 2.1 5 | **World Global Capital, LLC** | Describe debtor's property that is subject to a lien | $150,010.00 | Unknown |
|---|---|---|---|---|

| Creditor's Name |
|---|
| **d/b/a Everlasting Capital Attn: Isaac H. Greenfield, Esq** |
| **333 Pearsall Avenue Cedarhurst, NY 11516** |

**All assets to secure obligations under Secured Merchant Agreement**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 6 | **World Global Capital, LLC** | Describe debtor's property that is subject to a lien | $428,925.00 | Unknown |
|---|---|---|---|---|

| Creditor's Name |
|---|
| **d/b/a Everlasting Capital Attn: Isaac H. Greenfield, Esq** |
| **333 Pearsall Avenue Cedarhurst, NY 11516** |

**All assets to secure obligations under Secured Merchant Agreement**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$12,299,427.12**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>ServiCom LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF CONNECTICUT</td></tr>
<tr><td>Case number (if known)</td><td><strong>18-31722</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Aarez Stockett**<br>**1016 South 5th St. Apt 1**<br>**Rockford, IL 61104** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Aaron Goodloe**<br>**3321 18th St**<br>**Rockford, IL 61109** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Aaron Ozburn**
**6330 Park Ridge Road**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Adashia Dainty**
**354 Gramercy Dr. Apt 7**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Adriana Jimenez**
**1711 Hackberry Lane**
**Rockford, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Adriana Oliver**
**3124 Meriday Lane, Apt 203**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Adrianna Jones**<br>**317 Camerson Avenue Apt 1C**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Adriel Garcia**<br>**119 North Henrietta Ave**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Adriuna Berry**<br>**1832 N Main St Apt 117**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ajorie Lynch**<br>**2416 Sharon Avenue**<br>**Rockford, IL 61103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Akelia Applewhite**
**2229 Canary Drive**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alan Knoles Jr.**
**7 Senate Drive**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Albert Hunter**
**212 Irving Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alejandra Garcia**
**2811 18th Street Apt. N**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **ServiCom LLC**                                                    Case number (if known)    **18-31722**
_____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Alejandro Montoya**
**1059 N. 2nd Street**
**Rockford, IL 61107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Aletta Jordan**
**4115 Florence Avenue**
**Rockford, IL 61101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Alex Palacios**
**2104 Grant Ave**
**Rockford, IL 61103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Alexandria Andersen**
**7325 Klshwaukee Rd.**
**Stillman Valley, IL 61084**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|

Name

---

**2.19** | Priority creditor's name and mailing address

**Alexandria Munyon**
**1358 6th Avenue**
**Rockford, LA 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.20** | Priority creditor's name and mailing address

**Alexandria Smith**
**647 Easton Pkwy**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.21** | Priority creditor's name and mailing address

**Alexandria Verstynen**
**5151 Flagstone Dr**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.22** | Priority creditor's name and mailing address

**Alexes Xayasouk**
**508 Wshington Street**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Alexis Collins**<br>**3850 Thyme Dr. #2**<br>**Rockford, IL 61114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Alexis Jefreys**<br>**2555 New Milford School Road**<br>**Rockford, IL 61109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Alexis Olvera**<br>**144 Safe Landing Drive**<br>**Machesney Park, IL 61115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Alexis Walker-Holt**<br>**2315 Eastmoreland Avenue**<br>**Rockford, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alexus Brown**
**1427 North Ave**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Aleyshia Martin**
**214 S Johnston Ave**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alfonso Terrazas**
**1704 South 6th Street**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alicia Oliphant**
**1130 12th Avenue, Apt 2E**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Alicia Sanchez**
**625 16th Avenue**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Priority creditor's name and mailing address    **2.32**
**Alicia Woods**
**1020 12th Ave. Apt 1**
**Rockford, IL 61104**

As of the petition filing date, the claim is:    **Unknown    Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Priority creditor's name and mailing address    **2.33**
**Alina Altamirano**
**2311 Sherman Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:    **Unknown    Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Priority creditor's name and mailing address    **2.34**
**Alisa Young**
**428 N Horsman Street**
**Rockford, IL 61101**

As of the petition filing date, the claim is:    **Unknown    Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alissa Schirmer**
**5195 Degroff Street**
**Roscoe, IL 61073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alissa Welsh**
**7082 Rye Ridge Tr**
**Cherry Valley, IL 61016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Aljoria Willis**
**619 North Johnston Ave.**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Allyssa McGuire**
**2020 Fulton Ave.**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alpachino White**
**815 West Street**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alyssa Bolton**
**2905 Concordia Drive**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alyssa Peterson**
**4628 Yale Drive**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alyssa Sharp**
**2820 Custer Ave.**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | | Case number *(if known)* | **18-31722** |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alyssa Zielonka**
**1706 Auburn St**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Amanda Dye**
**216 Rose Ave. Apt 6**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Amanda Farrey**
**1040 Arctic Circle**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Amanda Fluegel**
**5873 Garrett Lane**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Amanda Gonzalez**
**1597 Harlem Road**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Amanda Granberg**
**2423 Burton Street**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Amanda Johnson**
**125 North 4th Street**
**Capron, IL 61012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Amanda Trinidad-Varo**
**1011 Broadway Apt 3**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

**2.51** | Priority creditor's name and mailing address

**Amanda Wiegel**
**1939 Coloney Court Apt 8**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.52** | Priority creditor's name and mailing address

**Amani Young**
**703 Alliance Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.53** | Priority creditor's name and mailing address

**Amari Burns**
**2127 Fremont Street**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.54** | Priority creditor's name and mailing address

**Amaru Smith-Martin**
**2129 10th St**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Amber Calhoun**
**4225 Harrison Avenue Apt 4**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Amber Ramirez**
**1204 Ramona Terrace**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Amber Reinders**
**2323 harvard Dr. Apt 41**
**Janesville, WI 53548**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Amber Shearer**
**2204 18th Avenue**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **ServiCom LLC**                                                    Case number (if known)    **18-31722**

Name

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|---|---|---|---|

**Ambria Willis**
**1511 Yonge Street**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|---|---|---|---|

**Amir Kalimullah**
**2331 Colorado Ave.**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|---|---|---|---|

**Amy Davies**
**1710 Brown Ave**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|---|---|---|---|

**Amy Lee**
**1714 E. RD 6 St**
**Edgerton, WI 53534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Amy Williams**
**7884 W. State Street**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Andrea Chavez**
**2434 Lorraine Lane**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Andrea Kinnaman**
**205 River Lane Apt 2**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Andrew Blackburn**
**5075 Linden Road, Apt 1301**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Andrew Ferriter**
**2039 U. S. Business Route 20**
**Belvidere, IL 61008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Andrew Fry**
**6427 Greystone**
**Roscoe, IL 61073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Andrew Gantt**
**4212 Auburn St. Apt 102**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Andrew West**
**701 Anna Avenue**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Andrew White**
**4424 Windsor Court**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Angel Evans**
**2925 Custer Street**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Angel Jackson**
**1040 South Central Avenue**
**Rockton, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Angel Rangel**
**316 Mclain Ave**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Angela Nunez**
**308 Winona Dr.**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Angela Orlowski**
**401 E. Cravath St.**
**Whitewater, WI 53190**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Angela Reinhold**
**809 2nd Ave. Apt. 1**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Angela Smith**
**1427 Charles Street**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **ServiCom LLC**
_____    Case number (if known)    **18-31722**
Name

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Angela Wallace**
**7108 Mildred Rd**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Angelia Weddle**
**2205 Logan Street**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Angelica Martinez**
**3331 California Road**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Angelica Matias-Serrato**
**1020 23rd St.**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anjie Smith**
**4211 Florida Drive, Apt 204**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ann Haywood**
**3210 Charles Street**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anna Jones**
**1819 Green St**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anna Kinkade**
**611 Woodland Dr.**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anna Marie Portenier**
**1203 Chestnut Street**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Annabelle Hudson**
**419 North Appleton Road**
**Belvidere, IL 61008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anne Bell**
**N7156 Lakeshore Avenue**
**Elkhorn, WI 53121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anthony Herbert**
**5440 Windsor Road Apt 2A**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number *(if known)* | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

**2.91** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Anthony Person**
**4822 Hampshire Cl Apt 3**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.92** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Anthony Peterson**
**9278 Cincinnati Drive**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.93** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Antoinette Parchman**
**4815 Creekview Rd Apt 1**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.94** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Antonio Johnson**
**5920 Strathmoor Dr.**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**April Ball**
**806 8th Street Lower**
**Beloit, WI 53511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**April Gomez**
**2956 N Hamlin Avenue, Apt 1R**
**Chicago, IL 60618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**April Gonzalez**
**4471 Carthage Dr. Apt 6**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**April McHerron**
**2236 19th Ave #4**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**April Robins**
**5862 Dafred Dr**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**April Sanders**
**5075 Pebble Lane**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Arianna LeFlore**
**3304 Sun Valley Terrace Apt 1**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ariel Davidson**
**129 Valhalla Dr**
**Popular Grove, IL 61065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ariel Hay**
**1832 N. Main St.**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ariel Varner**
**1046 Mcknight Circle, Apt 3**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Arielle Havro**
**419 Bancroft Court Apt 5**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Armando Anaya**
**1320 N Church St**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 27 of 374**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Armani Vaughn**
**1513 4th Ave**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Arnold Moran-Tapia**
**1219 Ogilby Road**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Arteria Patterson**
**505 Howard Ave**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Artrell Trotter**
**1613 Overdene Avenue**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ashawnti Coburn**
**2927 Grinnell Court**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ashawnti Morris**
**1250 6th St. Apt 6**
**Beloit, WI 53511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ashley Bearden**
**510 N. Winnebago Street**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ashley Fleming-Joseph**
**1205 N. Main Street**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ashley Haynes**<br>**3506 Busch Ct.**<br>**Rockford, IL 61109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ashley Hill**<br>**1633 Oakwood Ave**<br>**Beloit, WI 53511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ashley Kelly**<br>**1510 School St Apt 1**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ashley Marks**<br>**500 Lincoln Park Blvd**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ashley Rushing**<br>**817 10th Street**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ☐ No<br>☐ Yes | | |

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ashley Samaniego**<br>**3101 19th Street**<br>**Rockford, IL 61109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ☐ No<br>☐ Yes | | |

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ashley Smart**<br>**1530 10th Street**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ☐ No<br>☐ Yes | | |

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ashley Smothers**<br>**352 Leather Court**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ☐ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ashley Stupec**
**2737 Bildahl Street**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ashley Warren**
**929 Ridge Ave Apt 1**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ashlie Foulker**
**2723 Sierra Dr**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Asia Adams**
**4831 Linden Road**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|--------|------------------|------------------------|--------------|
|        | Name             |                        |              |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|-----|-----|-----|-----|

**Asia Bunch**
**2807 Glenmore Avenue**
**Rockford, IL 61101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|-----|-----|-----|-----|

**Aubree Bolton**
**2905 Concordia Drive**
**Rockford, IL 61109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|-----|-----|-----|-----|

**Audra Smith**
**1505 N Court St**
**Rockford, IL 61103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|-----|-----|-----|-----|

**Audrea Mosby**
**1604 13th Ave**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|

Name

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Audrey Young**
**323 Shoreland Road**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Aundrea MC Dowell**
**2917 Sitka Lane, Unit 2**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Austin Baker**
**5274 Pebble Lane**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Austin Gillette**
**3103 Parkside Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Austin Kirchner**
**999 Bunting Drive**
**Loves Park, IL 61111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Austin Rogers**
**2233 Staborn Drive**
**Beloit, WI 53511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Austina Moore**
**515 Seminary Street, 709B**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Aviuna Howard**
**714 Cunningham**
**Rockford, IL 61102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bailee Johnson**
**1910 Belden Street**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Barbara Arroyo**
**4830 Creekview Rd**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Barbara Lender**
**1303 Orchard Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Beatrice Smith**
**224 Oakwood St**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Beatrice Walker**
**3409 Sunnyside Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bessie Amanda Nolasco**
**1104 Derexel Boulevard**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bethany Ellis**
**5134 Illinois St.**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bethany McKinley**
**1037 W. Jefferson Street**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Betty Marrone**<br>**2419 Wood Drive**<br>**Beloit, WI 53511** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Biljana Turner**<br>**638 Colonial Drive**<br>**Machesney Park, IL 61115** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Bobby Green**<br>**1811 8th Street**<br>**Rockford, IL 61104** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Bobby Horton**<br>**374 Gramercy Dr**<br>**Rockford, IL 61107** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|
| | Name | | |

---

**2.151** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Brandi King**
**1623 Sexton Dr**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.152** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Brandie Carlson**
**1127 Copper Avenue**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.153** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Brandon Arnold**
**1116 Irving Avenue, Apt 102**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.154** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Brandon Bailey**
**1528 14th Street**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brandon Barnes**
**3331 Sunnyside Ave**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brandon Coofer**
**1106 21st Avenue**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brandon Dale**
**405 S 4th St**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brandon Fisk**
**1801 Chippewa**
**Beloit, WI 53511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brandon Gray**
**4877 Linden Road Apt 137**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brandon Sparks Thompson**
**405 South 4th Street**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brandon Swenson**
**3356 Sun Valley Terr, Apt 1**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brandy Jackson**
**3021 South Central Avenue**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Breana Ridley**
**11230 Stratford Place**
**Belvidere, IL 61008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Breanna Burbridge**
**327 N. Church St. Apt 505**
**Rockford, IL 61101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Breanna Gilmour**
**2195 Parmele**
**Rockford, IL 61108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Breanna Taylor**
**3010 Lotus Lane**
**Machesney Park, IL 61115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Breanna Walsh**
**205 Hosmer Street**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Breanna Wilburn**
**300 Pennsylvania Avenue**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brenda Combs**
**604 New Milford Ave.**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brent Erickson**
**4740 Lincliff Drive**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Breonna Fredrick**
**14033 Ashwin Lane**
**Poplar Grove, IL 61065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brian Conroy**
**1165 West 2nd Street**
**Byron, IL 61010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Briana Smith**
**6419 Edgewood Drive**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brianna Jaeger**
**4401 Tullocks Woods Trail**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brianna Williams**
**3507 Pheasant Run**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brianna Woods**
**313 Underwood Street**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Briosia Perkins**
**302 Waveland Avenue**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Britney Chambers**
**316 Regan Street**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brittani Dandridge**
**1325 W Lincoln Hwy Unit 206B**
**DeKalb, IL 60115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brittany Bryant**
**3026 Bauer Dr**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brittany Unal**
**511 1/2 4th Ave**
**Sterling, IL 61081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brittney Brown**
**437 Irving Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brittney Person**
**443 Underwood Street**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brittney Robinson**
**1413 Birch Court**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brooke Jones**
**3411 Elm St.**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brooke Olson**
**304 Hough Drive**
**Machesney Park, IL 61115**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bryanna Robinson**
**3215 Airline Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bryant Campbell**
**4973 Hampshire Cl #2**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bryce McClinton**
**931 North Ave**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brynn Dockins**
**3847 Christopher Drive**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Calvester Johnson**
**420 9th St**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Captriciana Bush**
**1508 Meadow Ct**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cara Kutak**
**677 Talentina Trail**
**Roscoe, IL 61073**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Caralyn Simmons**
**1235 South Court St.**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Caraycha Merriweather**
**1028 Kilburn Avenue**
**Rockford, IL 61101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cariss Young**
**909 Ridge Ave. # 2**
**Rockford, IL 61101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carl Lyons**
**615 Ranger Street**
**Rockford, IL 61109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carla Puckett**
**625 Concord Ave.**
**Rockford, IL 61102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carlin Parker**
**701 Plaisance**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carlisha Williams**
**605 N Horace Ave**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carlos Luna**
**715 Romona Terrance**
**Machesney Park, IL 61115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carmen Diaz**
**204 Oak Leaf Drive**
**Poplar Grove, IL 61065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number *(if known)* | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carmilla Black**
**417 Walnut St Apt 4**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carolyn Motteler**
**617 1/2 West Locust St.**
**Belvidere, IL 61008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carrie Beck**
**871 Prarie Lily Lane**
**Davis Junction, IL 61020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carrie Jamerson**
**7421 E. State St. Apt 134**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
| --- | --- | --- | --- |
| | Name | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Carrie Knutti**<br>**7500 Hwy 20 East**<br>**Ridott, IL 61067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Carzell Lewis Curtis**<br>**2527 Custer Avenue**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Cascey Jones**<br>**663 Amphitheater Dr. #2**<br>**Rockford, IL 61107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Cassandra Arco**<br>**1727 16th Ave #1**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cassandra Bergeson**
**733 Belmont Blvd.Apt 301**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cassandra Macias**
**2305 School Street Apt 3**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cassandra Quast**
**8614 Olson Road**
**Belvidere, IL 61008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cassandra Steele**
**1127 21st Avenue**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cassandra Uhal**
**5141 Flagstone Dr**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cassaundra Mcdaniel**
**2343 10st**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cassidy Kress-Sadewater**
**1911 N Church St**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Catherine Berkowitz**
**615 N. Central Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cathy Eklund**
**8303 Waterview Rd**
**Machesney Park, IL 61115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cayla Lustre**
**1031 Roxbury Road**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ceamornia Major**
**1141 west Jefferson**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ceara Gray**
**2325 Auburn Street Apt 2W**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|

| | Name | | | |

---

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cecilia Granados**
**2634 Mary Street**
**Belvidere, IL 61008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cedriana Franklin**
**539 North Rockton Avenue Apt 6**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cedrick Jones**
**2108 16th Avenue Apt 1**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Celeste Pierce**
**945 1/2 West Grand Avenue**
**Beloit, WI 53511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **ServiCom LLC**

Name

Case number *(if known)*    **18-31722**

| | | |
|---|---|---|
| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Celina Lane** | *Check all that apply.* |
| | **529 North Main Street Apt 103** | ☐ Contingent |
| | **Rockford, IL 61103** | ☐ Unliquidated |
| | | ☐ Disputed |

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| | | |
|---|---|---|
| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Cesar Cardenas** | *Check all that apply.* |
| | **3038 Latham Street** | ☐ Contingent |
| | **Rockford, IL 61103** | ☐ Unliquidated |
| | | ☐ Disputed |

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| | | |
|---|---|---|
| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Chamelle Southard** | *Check all that apply.* |
| | **3208 Idlewood Terrace** | ☐ Contingent |
| | **Rockford, IL 61101** | ☐ Unliquidated |
| | | ☐ Disputed |

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| | | |
|---|---|---|
| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Champaine Harris** | *Check all that apply.* |
| | **2426 Windridge Apt.1** | ☐ Contingent |
| | **Rockford, IL 61108** | ☐ Unliquidated |
| | | ☐ Disputed |

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

2.231

Priority creditor's name and mailing address

**Chanel Sanders**
**3936 Eagle Dr**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.232

Priority creditor's name and mailing address

**Channell Stewart**
**5699 S. Down Lane**
**Roscoe, IL 61073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.233

Priority creditor's name and mailing address

**Chantel Cooper**
**620North Court St Apt 2**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.234

Priority creditor's name and mailing address

**Chareall Akesseh**
**1825 Arbor Lane Apt. 302**
**Crest Hill, IL 60403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

**2.235** | Priority creditor's name and mailing address

**Charlaysha McGee**
**1981 W Riverside Blvd Apt 201**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.236** | Priority creditor's name and mailing address

**Charles Farmer**
**4863 Linden Road, Apt 712**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.237** | Priority creditor's name and mailing address

**Charles Johnson**
**2308 Essleston Rd**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.238** | Priority creditor's name and mailing address

**Charles Nance Jr.**
**1118 Funman St. #3**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | ServiCom LLC | | Case number (if known) | 18-31722 |
|---|---|---|---|---|
| | Name | | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Charonee Fuller**
**1232 S Johnston Ave**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Chasity McBride**
**1140 Minns Drive Apt 4**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Chasity Newton**
**3229 Searles Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Chasity Roman**
**3016 Garfield Drive**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chasity Utech-Haug**
**403 Sawyer**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chauntaie Jones**
**307 South Central Avenue**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chealsea Keyes**
**219 Rockford Avenue**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chelsea Jones**
**1430 School Street**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|

Name

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chelsea Lopez**
**426 Harlem Road**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chelsi Vandiver**
**505 North 6th Street**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cheneka Ross**
**3568 Elm Street Apt. BC**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cherrell Cox**
**617 Overland Trail**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Cheryl Munoz**<br>**1522 Duncan Ave**<br>**Rockford, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Cheyanne Hensley**<br>**8906 Stillman Valley Road**<br>**Stillman Valley, IL 61084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Cheyenne King**<br>**180 Blackstone Ct**<br>**South Beloit, IL 61080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Cheyenne Miller**<br>**1731 E. Riverside Blvd #E6**<br>**Rockford, IL 61114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 64 of 374**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor **ServiCom LLC**
_____
Name

Case number (if known)   **18-31722**

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cheyenne Murphy**
**199 Winona Drive**
**Machesney Park, IL 61115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chilynn Dodson**
**2001 S. 5th Street**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**China Darnell**
**2018 Dresden Avenue**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chitarah Price**
**1951 W. Riverside Boulevard**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chloe Heyward**
**3002 W. Loras Dr #2**
**Freeport, IL 61032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chris Payne-Johnson**
**5856 Strathmoor Dr.**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christian Sarabin**
**208 Flintridge Dricve Apt 4**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christian Turner**
**1425 Green St**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christian Vogle**
**1911 Douglas St.**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christie Chears**
**2616 Ridge Ave.**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christie Hare**
**1507 Iles Ave**
**Belvidere, IL 61008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christina Graham**
**4021 Mila Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Christina Jackson**
**1247 Garrsion Avenue**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christina Olmstead**
**1330 Chestnut Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christina Wilkins**
**821 10th St**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christine Pirtle**
**1617 Overdene Avenue, Apt 7**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christopher Gibson**
**311 S. Henrietta Ave.**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christopher Holland**
**524 North 3rd Street**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christopher Johnson**
**1231 Auburn Court, Apt 3**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christopher Szoke**
**2263 Sunshine Ln**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christy Mackey**
**109 Pennsyvania Avenue Apt 7**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chron Chandler**
**2905 Park Terrace Apt 7**
**Rockford, IL 61114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chynna Lane**
**2736 City View Court, Apt 301**
**Rockton, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ciara Carter**
**634 Score Street**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|
| | Name | | |

---

**2.279** | Priority creditor's name and mailing address

**Ciaria Woodard**
**2432 Windridge Court Apt 4**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown** **Unknown**

---

**2.280** | Priority creditor's name and mailing address

**Ciearra Pulliam**
**2007 Arthur Avuenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown** **Unknown**

---

**2.281** | Priority creditor's name and mailing address

**Claudia Palma**
**4532 Applewood Lane**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown** **Unknown**

---

**2.282** | Priority creditor's name and mailing address

**Cletis Ditto**
**2104 Eastmoreland Avenue**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown** **Unknown**

---

| Debtor | **ServiCom LLC** | | Case number *(if known)* | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cody Wegener**
**153 Columbia St**
**Popular Grove, IL 61065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Colin Johnson**
**10421 Metalmark Ln Unit 2**
**Roscoe, IL 61073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Connie Rose**
**6233 Cherokee Hills Dr.**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Constance Jones**
**3455 Holiday Dr. #2**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|
| | Name | | |

---

**2.287** | Priority creditor's name and mailing address

**Cordae Williams**
**815 West**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown          Unknown**

---

**2.288** | Priority creditor's name and mailing address

**Cordaro Willis**
**3809 Thyme Drive**
**Rockford, IL 61114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown          Unknown**

---

**2.289** | Priority creditor's name and mailing address

**Corey Jackson**
**4611 Auburn St**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown          Unknown**

---

**2.290** | Priority creditor's name and mailing address

**Corey Wilson**
**227 Kilburn Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown          Unknown**

---

Debtor    **ServiCom LLC**                                                    Case number (if known)    **18-31722**
_____
Name

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Corie Paxton**
**506 40th St**
**E Moline, IL 61244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Corrine Smith**
**106 Day Flower Circle**
**Davis Junction, IL 61020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Cortney Garcia**
**4836 Creek View Rd, Apt 8**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Corzhaunne Simon**
**3215 Arline Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **ServiCom LLC**
_____
Name

Case number *(if known)*    **18-31722**
_____

---

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

| 2.295 | Priority creditor's name and mailing address |
|---|---|

**Courtneie Holt**
**3441 Garfield Drive**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address |
|---|---|

**Courtney Aldridge**
**1425 Garden Court**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address |
|---|---|

**Courtney Kenney**
**716 Sycamore Ln**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address |
|---|---|

**Courtney Lyons**
**4736 Charing Drive**
**Rockford, IL 61114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
| | Name | | | |

---

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Courtney Zimmerman**<br>**611 Matthew Ct**<br>**Winnebago, IL 61088** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

---

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Cozetta Willams-Jones**<br>**208 Cameron Ave**<br>**Rockford, IL 61102** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

---

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Crystal Bailey**<br>**1015 Sunset Court**<br>**Rockford, IL 61102** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

---

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Crystal Cronin**<br>**1129 Kingsley Drive**<br>**Machesnesy Park, IL 61115** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Crystal DeLeon**
**3524 North Main Street**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Crystal Hartman**
**14215 Kennedy Drive**
**South Beloit, WI 61080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Crystal Starks**
**1507 Sun Court**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Crystal Stutsman**
**3116 Meriday Lane, Apt 5**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cymouria Lyons**
**810 15th Avenue Apt. 3**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cynthia Gary**
**1120 N. Rockton Avenue**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cynthia Perez**
**1708 8th St**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cynthia Torres**
**1513 Sun Court**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.311**

Priority creditor's name and mailing address

**Cynthia Treadwell**
**2226 Parmele Street**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.312**

Priority creditor's name and mailing address

**D'on Woods**
**11763 Balsa Lane**
**Roscoe, IL 61073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.313**

Priority creditor's name and mailing address

**Dache Henson**
**2710 Rudeen Close Apt 4**
**Rockford, IL 61183**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.314**

Priority creditor's name and mailing address

**Daisy Valencia**
**8617 Vicki Road**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **DaJah Golden**<br>**15534 Arneman Drive, Apt. 40**<br>**South Beloit, IL 61080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Dakia Pulliam**<br>**827 N Johnston Avenue**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Dalila Gomez**<br>**2714 Colorado Ave**<br>**Rockford, IL 61109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Damian Poole**<br>**1140 2nd Ave.**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | ServiCom LLC | | Case number (if known) | 18-31722 |
|---|---|---|---|---|
| | Name | | | |

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Damien Dean**
**405 Oak Street**
**Belvidere, IL 61008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Dana Walker Jr**
**6148 Cathedral Ct**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Daniel Prutz**
**2505 Wesleyan Ave. Apt. 36**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Daniel Siberon**
**9425 Wright Ave**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Daniel Trefftzs**<br>**3010 7th St**<br>**Rockford, IL 61109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Danielle Coleman**<br>**837 Cunningham #2**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Danielle McMorris**<br>**2912 La Salle Ave, #3**<br>**Rockford, IL 61114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Danielle Morris**<br>**7250 Montmorency Dr.**<br>**Rockford, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Danielle Wilson**
**2123 Jonathan Ave**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Daquazia Brewer**
**501 Foster Avenue**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Darah Jean Baptiste**
**2219 Magnolia Street**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Darion Baker**
**5019 Sandstone Drive**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Darius Jackson**
**4120 Auburn Street, Apt 101**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Darius Thompson**
**2615 25th Street**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Darlene Wright**
**907 15th Street**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Darnell Veasley**
**1407 Elm St**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Darrell Benson**
**929 N Main Street Apt 206**
**Rockford, IL 61104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Darren Spearman**
**206 Bayliss Avenue**
**Rockford, IL 61101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dasia Rogers**
**232 Miriam Ave**
**Rockford, IL 61101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**David Corl**
**1319 Deanna Drive**
**Rockford, IL 61103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **David Potter**<br>**5145 E State St Apt A101**<br>**Rockford, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Daviona Mason-Mayton**<br>**716 Seminary Street**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Davonte Mccraley**<br>**516 Score St**<br>**Rockford, IL 61109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Dayasia Walker**<br>**5917 Midvale Drive**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**De'Ana Brown**
**5169 East State Street**
**Rockford, IL 61108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**De'lijah Alexander**
**2616 Ridge Ave**
**Rockford, IL 61103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Deanna Goizueta**
**20 Miles Street**
**Milford, CT 06460**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Deantae Woodard**
**2335 Broadway Apt 6**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **DeAsia Daraphet Leach**<br>**418 Gregory St**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Deasjmonay Dixon**<br>**514 Illinois Ave**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Debora Mcmullin**<br>**104 Oriole Circle**<br>**Rockford, IL 61107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Deborah Williams**<br>**2212 25th Street**<br>**Rockford, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **Debra Aumock-Brown** | *Check all that apply.* | | |
| | **2061 N. State Street** | ☐ Contingent | | |
| | **Belvidere, IL 61008** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **Debra Brown** | *Check all that apply.* | | |
| | **2008 17th Ave** | ☐ Contingent | | |
| | **Rockford, IL 61104** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **Debra Garrick** | *Check all that apply.* | | |
| | **150 Sentinel Hill Rd** | ☐ Contingent | | |
| | **Derby, CT 06418** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | **Debra Pajor** | *Check all that apply.* | | |
| | **199 West Avenue** | ☐ Contingent | | |
| | **Milford, CT 06461** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Deeann Davison**
**6661 Forest Preserve Road**
**Rockton, IL 61072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dejarvis Davis**
**999 N. Main St**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Demajae Brown**
**275 Bienterra Trail, Apt 2**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Demarcus Belcher**
**3218 9th Street**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Demekia Dockery**
**6420 Guilford Rd.**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Demetrica Polk**
**3436 Harrison Ave. Apt 10**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Demont Wickson**
**1510 Custer**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Demyron Hancock**
**707 Lexington Ave.**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Deneetra Worley**
**1529 Victoria Ave**
**Rockford, IL 61102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Denierah Sumerall**
**212 South 6th Street**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Denise Mann**
**412 Miriam Avenue**
**Rockford, IL 61101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Denise Walton**
**1522 14th St. Apt. 1**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Denita Wilson**
**1231 Clover Avenue, Unit 1**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Deonte George**
**967 Acorn Street**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Deonte Prentiss**
**1444 Andrew Street, Apt 1**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Derek Bates**
**5417 Bennett Street**
**Apt. 7**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Derek Lee**
**12028 Bend River Road**
**Roscoe, IL 61073**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Deshawn Johnson**
**6459 Edgewood Rd**
**Machesney Park, IL 61115**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Deshawn Scott**
**1317 11th Avenue**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DeShawn Simmons**
**3215 Arline Ave.**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Desiree Barker**
**2016 Dewey Ave**
**Beloit, WI 53511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Desiree Latin**
**2001 S 5th St #2**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Desranique Trammell**
**2725 19th Street**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Destiny Jordan**
**1107 Bluefied Street**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Destiny McCune**<br>**501 South Johnston Avenue**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Destiny Orr**<br>**2229 Canary Drive Apt 2**<br>**Rockford, IL 61103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Devante Murphy**<br>**3122 Huffman Blvd**<br>**Rockford, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Devonta Millbrooks**<br>**1401 7th Ave #1**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DeVonte Pierce**
**5609 Linden Rd Apt 4112**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dezarae Gustafson**
**1911 Jonathan Ave**
**Rockford, IL 61103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dezirae Gregory**
**911 S 3rd Apt 1**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Diajenique Floyd**
**1333 Elm Street Apt 1**
**Rockford, IL 61102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

---

**2.387** | Priority creditor's name and mailing address

**Diamond Brown**
**5443 Falmouth Dr.**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.388** | Priority creditor's name and mailing address

**Diamond Hunter**
**1716 Genoa St**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.389** | Priority creditor's name and mailing address

**Diamond Lyons**
**615 Ranger Street**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.390** | Priority creditor's name and mailing address

**Diana Jurado**
**1726 Wisconsin Ave.**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Diana Ramirez**
**4815 Newburg Road**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Diana Villafranca**
**2923 Edelweiss Road**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Diane Austin**
**4550 Galleon Dr**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Diane Gregory**
**3432 Harrison Ave. # 9**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Diaujona Willis**
**2912 LA Salle Ave**
**Loves Park, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dina LaSalle**
**1235 Benton St.**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dinesha Sharp**
**269 Flintridge Drive**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Diondria Doss**
**1508 Spring Court**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Divonsheay Ruben**
**705 Vista Terrace**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Dominique Kennedy**
**502 Howard Avenue**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Dominique Patterson**
**3126 Carolina Ave**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Dominique Richardson**
**2202 Hancock St. Apt 4**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

---

**2.403** | Priority creditor's name and mailing address

**Dominique Whitfield**
**1808 Arbor Drive**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.404** | Priority creditor's name and mailing address

**Donald Dillavou**
**1768 South Winnebago Road**
**Winnebago, IL 61088**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.405** | Priority creditor's name and mailing address

**Donald Milton**
**1816 Ashland Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.406** | Priority creditor's name and mailing address

**Donmonique Fitts**
**1001 S 3rd St**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Donna Handy**
**4333 Lori Drive**
**Rockford, IL 61114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Donneick Coble**
**3201 Gilbert Avenue Apt 203**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Dontavion Oneal**
**1503 Green Street**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Dontavius Robinson**
**518 hartford Ave**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dontay Thompson**
**4632 Trevor Cir Apt 8**
**Rockford, IL 61109**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dratwon Eubanks**
**221 Soper Avenue**
**Rockford, IL 61101**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Drewanna Mccarty**
**5321 Hawkeye Trail**
**Machesney Park, IL 61115**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dulce Zammarron**
**1620 Horsman Street**
**Rockford, IL 61101**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dwashnique Thompson**
**2725 19th Street**
**Rockford, IL 61109**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dylan Callahan**
**6429 Weaver Road**
**Rockford, IL 61114**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dyshon Doss**
**4224 Auburn Street Apt 203**
**Rockford, IL 61101**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ebony Lewers**
**2930 Sandy Hollow Road Apt 6**
**Rockford, IL 61109**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Eddie Brown**<br>**1717 Montague St**<br>**Rockford, IL 61102** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Edith Gonzalez**<br>**2404 Colorado Ave.**<br>**Rockford, IL 61108** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Edward Dawson**<br>**345 Underwood Street**<br>**Rockford, IL 61101** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Edward Jiminez**<br>**2001 Jamestown Dr**<br>**Rockford, IL 61109** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Eleanor Shah**
**6007 Basin Drive**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Elena Sanchez**
**6755 Hartwig Dr**
**Cherry Valley, IL 61016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Elijah Brown**
**2708 Huffman Boulevard**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Elisa Walker**
**917 N. Day Ave**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Elizabeth Burton**
**7885 West State Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Elizabeth Jeffery**
**234 Northway Park Road,**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Elliott Cossey**
**302 Willard Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Emily Berry**
**401 South 7th Street**
**Oregon, IL 61061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Emily Carlson**
**5023 Orchard Avenue**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Emily Maertens**
**1120 North Independence Ave**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Emily Swanson**
**1832 Hulin Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Emmanuel Wari**
**3205 Orleans Avenue**
**Rockford, IL 61114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Enrique Garcia**<br>**2818 Concordia Drive**<br>**Rockford, IL 61109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Eriana Ebbings**<br>**545 Sandra Lane Unit 2**<br>**Rockford, IL 61107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Eric Gulley**<br>**1508 Chestnut St**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Eric Larsen**<br>**6424 Sunny Meadow Drive**<br>**Machesney Park, IL 61115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Eric Thiele**
**108 Bristlewood Court**
**Rockton, IL 61072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.440 | Priority creditor's name and mailing address |
|---|---|

**Erica Allen**
**4330 Nina Terrace**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.441 | Priority creditor's name and mailing address |
|---|---|

**Erica Ingram**
**911 S 3rd Street**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.442 | Priority creditor's name and mailing address |
|---|---|

**Erick Macias**
**420 Heath St.**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Erick McCraney**
**2208 8th Street Apt D6**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.444 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Erik Zalud**
**403 Redman Way SW**
**Poplar Grove, IL 61065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.445 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Erika Polk**
**345 1/2 Locust**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.446 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Erin Broehl**
**11032 Darby Lane**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Erin Hamilton**
**5123 Limestone Drive**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Essence Carter**
**702 Albert Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Essence Edwards**
**609 N Avon St**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Essence Kimble**
**3600 W 120th St, #1020**
**Alsip, IL 60803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Esther Jones**
**3367 Sun Valley Terrace, Apt 1**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ethan Zielonka**
**1706 Auburn Street**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ethel Sagbigsal**
**327 Cameron Ave Apt 2B**
**Rockford, IL 91102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Etta Hamm**
**3023 Summerdale Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **ServiCom LLC**                                                     Case number (if known)    **18-31722**
_____
Name

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **Unknown** |

**Eunice Edwards**
**207 North Longwood Street**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **Unknown** |

**Euryice Mackey**
**902 16th Street #1**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **Unknown** |

**Evan Myers**
**3706 Basswood Court**
**Rockford, IL 61114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **Unknown** |

**Evander Jackson**
**364 Gramercy Dr Apt 3**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Faith Johnson**
**336 Bancroft Ct.  Apt # 1**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Fallon Ross**
**1948 Fir Drive Apt 39**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Felicia Murray**
**5430 North Main Street**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Felicia O'Brien**
**227 Belteberg Road**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Forrest Dalen**
**267 Wilson Ave**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Frances Farmer**
**1928 W. Pearl Ave.**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Francine Kaitchuck**
**414 E. Main Street**
**Genoa, IL 60135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Frederick Whittington**
**1206 Cypress Terrace Ave.**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Fredrick Perrin**
**532 Verona Drive**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Gabriel Ramos**
**1242 N Main Street**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Gabriella Perchelli**
**214 Acorn Dr**
**Popular Grove, IL 61065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Gabrielle Clark**
**832 N 1st Street**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Gabrielle Egan**
**302 Cole Avenue**
**Rockford, IL 61102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Gabrielle Jackson**
**514 New Towne Drive**
**Rockford, IL 61108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Gabrielle Renfroe**
**822 Haskell Avenue**
**Rockford, IL 61103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Gale Garrett**
**2751 Lund Ave #1**
**Rockford, IL 61109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|--------|--------------|------------------------|----------|
| | Name | | |

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Garry Kohley**
**1532 Broadway Apt 3**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.476 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Gavin Hartley**
**1913 Kilburn Ave**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.477 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Gene Payton Bradford**
**621 Montague Street**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.478 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Genelle Smith**
**2311 Auburn St. Apt 1**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Geneva McCune**
**2115 Ashland**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Geoffrey Paneiro**
**610 Mulberry Street**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**George King**
**1007 Independence Avenue**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Georgia Smith**
**1625 Herbert Avenue**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Gerald Evans**<br>**1605 Benton Street**<br>**Rockford, IL 61107** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Gia Rojas-Kirmse**<br>**112 New Brunswich Lane SW**<br>**Poplar Grove, IL 61101** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Giovanni LaBoy**<br>**1726 10th St Apt 2S**<br>**Rockford, IL 61104** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Giselle Sosa**<br>**316 Mclain Ave**<br>**Rockford, IL 61102** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Gloria Mubirigi**
**3407 Parkside Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Guido Cardenas**
**4742 Charing Drive #4**
**Rockford, IL 61114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Gwendolyn Rodriguez**
**1703 Hulin Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hannah Johnson**
**9425 Wright Ave**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hannah Johnson**
**2220 Auburn St.  Apt 2N**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hannah Kunkel**
**2610 Schaller Street**
**Janesville, WI 53546**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Heather Dunson**
**1609 8th Street**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Heather Meton**
**986 Brightside Ct**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

---

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Heather Smith**
**2 N. Mckendrie Ave**
**Mt. Morris, IL 61054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Heather Springer**
**3018 Broadway**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Hee Joo Kwon**
**81 Skyview Drive**
**Trumbull, CT 06611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Heidi Freund**
**2229 Canary Dr. Apt 5**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Henry Moore**
**5615 Forest View Ave.**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Herschel Gunn**
**209 Alder Avenue**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hershel Thrower**
**1925 W. Riverside Blvd #101**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hollie Wallace**
**5484 Pebble Lane**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hoseatta Williams**
**4818 Javelin Drive**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hugo Serrano**
**1621 South 5th St.**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Iesedrick Williams**
**320 S Prospect St**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Iesha Williams**
**1010 S. 6th Street, Apt #2**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Imari Taylor**
**340 Oakwood Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Irene Rosene**
**1313 Hope Ct**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Iris Hawkins**
**212 South 6th Street**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Iroctanya Gulley**
**1311 Chestnut Street**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Isaac Jackson**
**4872 Creekview Road Apt 3**
**Rockford, IL 61108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Isabel Pichardo**
**1512 14th St**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ivette Padilla**
**3512 Crosby Street**
**Rockford, IL 61107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ja'mese Davis**
**1915 Montague St**
**Rockford, IL 61102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ja'Teyrrica Scott**
**218 Lexington Avenue**
**Rockford, IL 61102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ja'won Turner**
**1511 Yonge Street**
**Rockford, IL 61103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jack Rice**
**1918 Blackhawk Boulevard**
**South Beloit, WI 61080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jaclyn Jacobson**
**827 Emerald Lane**
**Machesney Park, IL 61115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jacob Cyborski**
**6161 Pennsburg Rd.**
**Cherry Valley, IL 61016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jacob Von Huben**
**8201 Raverest St**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jacquanet Goggins**
**2618 Custer Ave.**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jacqueline Curry**
**607 S Henrietta Ave**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

---

**2.523** | Priority creditor's name and mailing address

**Jacqueline Darnick**
**749 W Madison St**
**Belvidere, IL 61008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.524** | Priority creditor's name and mailing address

**Jacqueline Downing**
**1126 South Benton Street**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.525** | Priority creditor's name and mailing address

**Jacqueline Gierach**
**2336 Nebraska Road**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.526** | Priority creditor's name and mailing address

**Jacqueline Hobbs**
**3423 Sunnyside Ave.**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jacqueline Hudson**
**618 Ingersoll Place**
**South Beloit, IL 61080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jacqueline Redd**
**2444 Holmes Street, Unit 1**
**Rockford, IL 61108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jacquelyn Harden**
**4799 Treeview Terrace**
**Rockford, IL 61109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jacquita Fletcher**
**1424 Green Street**
**Rockford, IL 61102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jade Harris**
**1320 Victoria Avenue**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Jade Luckett**
**1926 Cleora Dr. Apt 9**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Jade Solis**
**1006 Light Street**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Jaden Blue**
**930 Montague Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**2.535**

Priority creditor's name and mailing address

**Jahliyya Moore**
**803 28th Street**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.536**

Priority creditor's name and mailing address

**Jaime Page**
**209 Garden Drive**
**Belvidere, IL 61008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.537**

Priority creditor's name and mailing address

**Jakalia Pittman**
**2204 Barton Blvd**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.538**

Priority creditor's name and mailing address

**Jakeisha Moore**
**615 Miriam Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jakila Pettigrew**
**1817 Montague Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jakob Silberhorn**
**1235 Looe Key**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jalasha Dent**
**610 Acorn**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jalen Armstrong**
**915 N. Grant Ave**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

**2.543** | Priority creditor's name and mailing address

**Jalen Robinson**
**4205 Beach Street Apt 107**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

           **Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.544** | Priority creditor's name and mailing address

**Jalesa Batton**
**819 Soper Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

           **Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.545** | Priority creditor's name and mailing address

**Jalesia Anderson**
**1816 Clifton Avenue**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

           **Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.546** | Priority creditor's name and mailing address

**Jalynn Chambers**
**935 North Main Street Apt 103**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

           **Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jamal Brown**
**1526 Broadway, Apt 2**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jamecia Thompson**
**3308 Blackstone Ave**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jamell Dorrough**
**618 Greenview**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jamelle Page**
**3239 Conover Drive**
**Rockford, IL 61114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jamera Walker**
**425 Gramercy Dr Apt 3**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**James Allen**
**624 Alliance Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**James Coleman**
**2416 Ashland Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**James Dock**
**4133 Ashwinton Way**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

2.555

**James Patrick**
**909 Ridge Avenue Apt 1**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown  Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.556

**James Smith**
**3618 Harrison Ave.**
**Rockford, IL 61108**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown  Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.557

**James Williams**
**716 Soper Avenue**
**Rockford, IL 61101**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown  Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.558

**Jamesha Whitlock**
**1526 Broadway, Apt 2**
**Rockford, IL 61104**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown  Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

2.559 Priority creditor's name and mailing address

**Jamia Copeland Ross**
**2512 N. Rockton Ave, Apt 302**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.560 Priority creditor's name and mailing address

**Jamie Baker**
**8132 McCurry Road**
**Roscoe, IL 61073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown    Unknown**

---

2.561 Priority creditor's name and mailing address

**Jamie Barber**
**3522 Greendale Drive**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown    Unknown**

---

2.562 Priority creditor's name and mailing address

**Jamie Ducksworth**
**4411 Crawford Drive  # 2**
**Rockford, IL 61114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown    Unknown**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Jamie Stowe**
**327 Catherine Street**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Jamiea Myers**
**402 N. Central**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Jamika Campbell-Totty**
**328 Heath Street Apt 4**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Janeachia Rayford**
**1516 N. Court**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Janell Holland**
**3428 Louise Street**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Janet Parker**
**907 Sandra Street**
**Kingston, IL 60145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Janet Schorer**
**814 Woodland Drive**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Janie Becker**
**228 Belteberg Road**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Janina Freeman**
**632 Bohm Ave.**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Janna Kingsley**
**1814 Charles St Apt 1**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jarnesa Sanders**
**622 Lexington Ave.**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jarnisha Brady**
**303North Henrietta Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
| --- | --- | --- | --- |
| | Name | | |

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**2.575**

Priority creditor's name and mailing address

**Jarrell Johnson**
**2913 Sitka Lane**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.576**

Priority creditor's name and mailing address

**Jarus Thomas**
**2316 Green Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.577**

Priority creditor's name and mailing address

**Jasmen Jackson**
**2328 Green Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.578**

Priority creditor's name and mailing address

**Jasmine Biffle**
**2711 Lund Ave. Apt 5**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jasmine Davis**
**2303 Montana Avenue**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jasmine Griffin**
**1435 Andrews**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jasmine Hanson**
**1016 South Independence Ave**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jasmine Hudson**
**2816 Custer Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jasmine Oley**
**4130 Laramie Lane #9**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jasmine Peterson**
**1608 Paradise Boulevard**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jasmine Robinson**
**703 Sanford St**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**jasmine Sank**
**1803 South Main St**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jasmine Simmons**
**1601 S. 9th Avenue**
**Maywood, IL 60153**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jasmine Snow**
**1014 North Church St. Apt 2**
**Rockford, IL 61103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jasmine Townsend**
**2229 Canary drive**
**Rockford, IL 61103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jasmine Turner**
**316 Regan Avenue**
**Rockford, IL 61107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

**2.591** | Priority creditor's name and mailing address

**Jasmond Mitchell**
**5019 Sandstone Drive**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.592** | Priority creditor's name and mailing address

**Jason Dooley**
**1001 Minns Dr. Apt 6**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.593** | Priority creditor's name and mailing address

**Jason Freeman**
**2809-D Halsted Road**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.594** | Priority creditor's name and mailing address

**Jason Lawrence**
**2019 School Street**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**JaTara Solomon**
**1711 8th Street #1**
**Winthrop Harbor, IL 60096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Javari Conley**
**4203 Sunbury Drive**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Javier Ortiz**
**1528 12th St Apt 2**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jaymes Hatcher**
**425 Gramercy Drive # 5**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jazhanique Davis**
**2023 Jonathan Avenue**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jazmin Hernandez-Salinas**
**1128 Sanford Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jazmyn O'Daniel**
**7605 Eastmont Ave.**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jean Muellenbach**
**310 N. Rockford Ave. Apt. 1**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|
| | Name | | |

---

**2.603** Priority creditor's name and mailing address

**Jeannine Triplett**
**666 S. Bluff Lot # 715**
**South Beloit, IL 61060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**  **Unknown**

---

**2.604** Priority creditor's name and mailing address

**Jeffrey Brown**
**1211 Lincoln Ave.**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**  **Unknown**

---

**2.605** Priority creditor's name and mailing address

**Jeffrey Jones**
**6501 Foxdale St**
**Roscoe, IL 61073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**  **Unknown**

---

**2.606** Priority creditor's name and mailing address

**Jelani Warner**
**3627 North Rockton Ave Apt 208**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**  **Unknown**

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jenea Penaflor**
**1517 Magnolia St Unit 2**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jenifer Rigden**
**2207 Exeter Ave.**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jenna Cornelius**
**321 1/2 Center Street**
**Rockton, IL 61072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jennifer Betts**
**1915 W Riverside Blvd Apt 104**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jennifer Burciaga**
**1124 North Court Sreet**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jennifer Clarke**
**318 North Blackhawk Blvd Apt 2**
**Rockton, IL 61072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jennifer Nguyen**
**4203 Sunbury Drive**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jennifer Torres**
**5860 Strathmoor Dr**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.615** Priority creditor's name and mailing address

**Jennifer Williams**
**5410 Midvale Dr. #213**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.616** Priority creditor's name and mailing address

**Jereenna Golden**
**821 W. Hillcrest Drive #E**
**Dekalb, IL 60115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.617** Priority creditor's name and mailing address

**Jeremy Davis**
**1651 White Ave**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.618** Priority creditor's name and mailing address

**Jeremy Galvan**
**520 Hanna Court Apt 11**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

For 2.615, 2.616, 2.617, 2.618: **Unknown    Unknown**

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jerriana Johnson**
**940 S 3rd Street**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jerrine Cazy**
**3627 N. Rockton Ave #202**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jerry Robinson, JR**
**1507 Sun Ct**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jesania Laboy**
**2762 City View Court Apt 204**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jessenia Marquez**
**5817 Dafred Dr**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jessica Brasel**
**1342 Warren Ave**
**Belvidere, IL 61008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jessica Collins**
**715 Evans Ave.**
**Machesney Park, IL 61115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jessica Gonzalez**
**4113 Beach Street**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jessica Jones**
**1328 Elm St. Unit 1**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jessica Kelley**
**5384 Gettysburg Drive**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jessica Konitski**
**2728 Lawndale Avenue**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jessica Lindel**
**4519 Harris Dr**
**Poplar Grove, IL 61065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

---

**2.631** | Priority creditor's name and mailing address

**Jessica Maples**
**143 Gilbert Terrace**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.632** | Priority creditor's name and mailing address

**Jessica Matter**
**1419 Porter Ave**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.633** | Priority creditor's name and mailing address

**Jessica Mendoza**
**4604 Governors Drive Apt 4**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.634** | Priority creditor's name and mailing address

**Jessica Roman**
**11603 Florence Ave.**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jhazmine Blakely-Sterling**
**1202 Morgan Street**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jimica Beamon**
**533 Fisher Avenue Apt 6**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joann Burke**
**General Delivery**
**Albuquerque, NM 87101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joanne Arroy**
**1312 Stratford Avenue**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joaquin Haugabook**
**1444 Andrews Street**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jocelynne Menjivar**
**5017 Linden Road**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joel Ratliff**
**1911 Carney Ave.**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**John Gallagher**
**4434 Mila Avenue**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Jonathan Chester**<br>**2717 16th Ave.**<br>**Rockford, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Jonathan Fisher**<br>**2215 Skokie Dr.**<br>**Rockford, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Jonathan Heneks**<br>**711 Clayton Street**<br>**Cherry Valley, IL 61016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Jophia Turner**<br>**1011 9th Ave.**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jordan Baxter**
**5708 East Drive**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jordan Fetters**
**421 Hosmer Street Apt 1**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jordan Gors**
**2730 Marshall St**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jordan Quandee**
**1310 Taylor St**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jose Lara**
**2412 Glenwood Avenue**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jose Martinez-Cabral**
**4763 Orchard Ln**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joseph Nettles**
**1011 Broadway Apt 3**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Josh Latin**
**3504 Rural Street**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joshua Blake**
**1531 12th Avenue Apt 1**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joshua English**
**4555 Trevor Circle Apt 8**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joshua Popham**
**4545 Ratcliffe Drive**
**Belvidere, IL 61008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joshua Richardson**
**2209 Canary Dr Apt 6**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Joshua Splitt** | *Check all that apply.* | | |
| | **517 E. Hurlbut Ave.** | ☐ Contingent | | |
| | **Belvidere, IL 61008** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Joshua Stalvik** | *Check all that apply.* | | |
| | **1017 North Court** | ☐ Contingent | | |
| | **Rockford, IL 61103** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Joshua Vartabedian** | *Check all that apply.* | | |
| | **14778 Liston Avenue** | ☐ Contingent | | |
| | **South Beloit, IL 61080** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Joy Brown-Gardner** | *Check all that apply.* | | |
| | **802 18th Street** | ☐ Contingent | | |
| | **Rockford, IL 61104** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joy Brown-Gardner**
**802 18th Street**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joyce Johnson**
**1509 16th Avenue**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jua Mahari**
**1916 S. 4th Street**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Juan Espinoza**
**821 10th St**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.667 | Priority creditor's name and mailing address<br><br>**Juan Gonzalez**<br>**1108 14th Street Apt 1**<br>**Rockford, IL 61104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.668 | Priority creditor's name and mailing address<br><br>**Juan Perez Jr.**<br>**2080 Sstornway Drive**<br>**Rockford, IL 61107** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.669 | Priority creditor's name and mailing address<br><br>**Julie Newkirk**<br>**4835 Linden Road Apt 1736**<br>**Rockford, IL 61109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.670 | Priority creditor's name and mailing address<br><br>**June McCullum**<br>**1644 7th Avenue**<br>**Rockford, IL 61104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Justin Brown**
**2927 Carol Place**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Justin Tippett**
**1118 South Winnebago Street**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Justin Trunko**
**101 Azalea Ave.**
**Davis Junction, IL 61020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kadee Palmer**
**2603 Forsythia Drive**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kaila Virgilio**
**2310 Cerro Vista Drive**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kailon Murry**
**1207 Montague Street**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kaitlin Urso**
**946 South 3rd Street**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kamrine Hogan**
**2328 9th Ave**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

---

**2.679** Priority creditor's name and mailing address

**Kanijah Young**
**1924 Sauber Ave**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.680** Priority creditor's name and mailing address

**Kapreshia Glenn**
**330 King Street**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.681** Priority creditor's name and mailing address

**Kareema Allen**
**715 S. Liberty**
**Freeport, IL 61032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.682** Priority creditor's name and mailing address

**Karen Davis**
**329 North Independence Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Karen Dowthard**
**402 S. Independence Ave.**
**Rockford, IL 61102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Karen Nelson**
**1208 Nelson Blvd.**
**Rockford, IL 61104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Karen Wilmore**
**5128 Newburg Road**
**Rockford, IL 61108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Karina Moreno**
**1231 Partridge Avenue**
**Beloit, WI 53511**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Karissa Curry**<br>**2236 7th St**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Karla Gallegos**<br>**1221 5th Ave**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Karon Brown**<br>**2414 Eggleston Court #3**<br>**Rockford, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Kasara Darnell**<br>**1703 Loomis Street.**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

---

**2.691** | Priority creditor's name and mailing address

**Kassandra Peyton-Jones**
**3319 Gilbert Ave**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.692** | Priority creditor's name and mailing address

**Katanya Green**
**1215 Ash Terrace**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.693** | Priority creditor's name and mailing address

**Kate Egan**
**2420 Benderwirt Avenue**
**Rockton, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.694** | Priority creditor's name and mailing address

**Katherine Kelly**
**613 College Ave Apt 2**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kathleen Kemp**
**1012 17th Street**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Katie Staver**
**713 E Marshall Street**
**Belvidere, IL 61008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Katrina George**
**628 Newport Avenue**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kaycee Holcomb**
**432 Ralston Road**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kaydee Hillary**
**520 South Avenue**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kayleigh Keele**
**2925 Lasalle Ave**
**Rockford, IL 61114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kaylynn Beck**
**1031 Talmadge Ave**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Keana Benford**
**6419 Edgewood Road**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
| --- | --- | --- | --- |
| | Name | | |

| 2.703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**Kei'Shaura Smith**
**2917 Andrews St.**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**Keinita Scott**
**2901 Searles Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**Keion Carter**
**2229 Canary Drive**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**Keisha Boreland-Daley**
**1305 East Avenue**
**Belvidere, IL 61008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Keisha Whitaker**
**127 Albert Ave.**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Keishauna Minor**
**2202 Denver Drive Apt 2**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Keith Kent**
**5251 Pebble Creek Trl**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kelan Breen**
**1432 Crosby St Unit 2**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number *(if known)* | **18-31722** |
|--------|------------------|-|--------------------------|--------------|
| | Name | | | |

| 2.711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|-------|----------------------------------------------|--------------------------------------------------|-------------|-------------|
| | **Kelley Smith**<br>**1609 East State St. Apt 201**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

| 2.712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|-------|----------------------------------------------|--------------------------------------------------|-------------|-------------|
| | **Kelli Castle**<br>**3407 Robey Avenue**<br>**Rockford, IL 61103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

| 2.713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|-------|----------------------------------------------|--------------------------------------------------|-------------|-------------|
| | **Kelli Poole**<br>**2735 Silentwood Trail #6**<br>**Rockford, IL 61109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

| 2.714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|-------|----------------------------------------------|--------------------------------------------------|-------------|-------------|
| | **Kelly Kelsey**<br>**P O Box 9025**<br>**Rockford, IL 61126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

2.715 Priority creditor's name and mailing address

**Kelly Moss**
**3425 Summerdale Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.716 Priority creditor's name and mailing address

**Kelsey Medernach**
**2219 South 4th St**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.717 Priority creditor's name and mailing address

**Kelsey Osborn**
**7701 Edwin Lane**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.718 Priority creditor's name and mailing address

**Kelsey Simoens**
**10228 Bluebonnet Drive**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kendra Bass**
**3822 Echo St.**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kendra Moses**
**4335 Nina Terrace**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kennesha Steele**
**3202 Addison Ave.**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kenneth Bouma**
**118 Superior Ave.**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Kenneth Chandler**<br>**1911 Shelly Drive**<br>**Rockford, IL 61101** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Kenneth Johnson Jr.**<br>**1726 10th St. #1**<br>**Rockford, IL 61104** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Kenneth Rigsby**<br>**3348 Sun Valley Terrace**<br>**Rockford, IL 61103** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Kerri Shoemaker**<br>**1309 Charles St. Apt 1**<br>**Rockford, IL 61104** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kerwin May**
**2117 Lucille St.**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Keshonda Townsend**
**1120 West Jefferson Street**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kevin Burrell**
**7572 Cherryvale N Blvd #304**
**Cherry Valley, IL 61016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kevin Green**
**443 N. Central Ave**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kevyn Stewart**
**415 Loomis Avenue**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kianda Yarbrough**
**707 Royal Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kiara Blackburn**
**2326 Parmele St**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kiara Morris**
**2664 Conklin Drive**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | **ServiCom LLC** | | | Case number (if known) | **18-31722** |
|--------|------------------|--|--|------------------------|--------------|
| | Name | | | | |

| 2.735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Kiarra Hartman**
**7872 Traskbridge Rd**
**Rockford, IL 61101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Kiersten Bell**
**251 Bienterra Trail**
**Rockford, IL 61107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Kimberly Forsyth**
**552 Ranger Street**
**Rockford, IL 61109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Kimberly Foster**
**1717 North Court St**
**Rockford, IL 61103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Kimberly Larson**<br>**13636 Chevron Drive**<br>**Rockton, IL 61072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Kimberly McGinn**<br>**110 Lamplighter Loop SE**<br>**Poplar Grove, IL 61065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Kimberly Wilbanks**<br>**2824 Lawndale Avenue**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Kimiko Baisten**<br>**1009 N. Independence Ave.**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 186 of 374

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kionta Leavy**
**3128 Prial Ave. Apt 2**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kionte Lewis**
**3013 Hamlin Dr**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kiosha Thompson**
**1603 Overdene Avenue**
**Apt. 5**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kisiah Yttrie**
**914 10th Avenue Apt 1**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kordazia Wilkins**
**6474 Wicklow Close Road**
**Rockford, IL 61107**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kori Hamil**
**7900 Cadet Rd**
**Machesney Park, IL 61115**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Krista McNeil**
**280 Knoll Road**
**Belvidere, IL 61008**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kristen Francis**
**1622 9th Street, Unit 2**
**Rockford, IL 61104**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kristina Manriquez**
**527 Michigan Avenue**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kristina Marks**
**1903 Whitehall Rd**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kristy Nielcen**
**535 Pearl Ave Apt 3**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kristy Olson**
**3333 Bildahl Street**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | ServiCom LLC | | Case number (if known) | 18-31722 |
|---|---|---|---|---|
| | Name | | | |

| 2.755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Krystal Schaller**
**2114 Sharon Avenue**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Krystal Williams**
**1961 W Riverside Blvd**
**Apt. 101**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Krystian Kaldan**
**261 Shadyside Lane**
**Milford, CT 06460**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kyle Long**
**1310 10th Street**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kyle Yates**
**1913 Cloverdale Way**
**Belvidere, IL 61008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kylie Foster**
**322 North 1st Street Apt 103**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kyra Smith**
**1505 N Court St**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**La'Kendra Lilly**
**602 Alliance Ave.**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
| --- | --- | --- | --- |
| | Name | | |

| 2.763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Lacey Morgan**
**2015 Peterson Avenue**
**Janesville, WI 35348**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Lacy Dallman**
**1841 Vista Dr.**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Ladasia Davis**
**1016 South Independence Avenue**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Ladeja Woods**
**3441 Garfield Drive**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LaDiamond Blan**
314 John St
Rockford, IL 61103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lakesha Ely**
1119 Roxbury Road
Rockford, IL 61107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Laketta Potts**
1320 Chestnut Street
Rockford, IL 61102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lakisha Foat**
3912 15th Ave
Rockford, IL 61107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lamontay Brown**
**1822 Overdene Rd**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Landon Briggs**
**3103 Parkside Avenue**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lanita Marks**
**1015 Furman Street**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LaPrisha Forrest**
**4224 Auburn St.  Apt 208**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | | Case number (if known) | 18-31722 |
|---|---|---|---|---|
| | Name | | | |

| 2.775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Laquaila Knight**
**944 S. 3rd Ave**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Laquisha Johnson**
**1985 West Riverside Boulevard**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LaQuita Peterson**
**2825 Echo Street**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**LaRicka Hightower**
**2312 12th Avenue**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lashawnda Briscoe**
**1608 12th Street**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LaShonda Gilliam-Taylor**
**209 Lincoln Park Blvd**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LaShonda Lockett**
**2214 Auburn St. Apt 10**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Latanya Slappy**
**551 Ranger St**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Laticia Woodard**<br>**3014 Jean Street**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Latisha Moore**<br>**407 North Longwood**<br>**Rockford, IL 61107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Latonqua Bailey**<br>**516 Soper Avenue**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Latoya Davis**<br>**1622 Price Street**<br>**Rockford, IL 61103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LaToya Harmon**
**333 Salter Ave.**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Latoya Moore**
**308 Miriam Avenue**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**LaTreca Parham**
**1118 Furman St. Apt 2**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Laura Jacobo**
**1113 Keeler Avenue**
**Beloit, WI 53511**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Laura Quintanilla**
**3691 Westfield Road**
**Winnebago, IL 61088**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lauren Wasylyk**
**628 West Avon**
**Freeport, IL 61032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lavell Thomas**
**1001 South 3rd St**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lavetta Jones**
**515 Seminary Street #914B**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| | 2.795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**2.795** | Priority creditor's name and mailing address

**Lawrence Payne**
**5031 Linden Road**
**Rockfiord, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.796** | Priority creditor's name and mailing address

**Lawrence Quevedo**
**1331 Grant Avenue**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.797** | Priority creditor's name and mailing address

**Leah Richardson**
**1054 6th Street**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.798** | Priority creditor's name and mailing address

**Leann Mathews**
**4376 Blackberry Knoll Drive**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Leboshira Reynolds**<br>**1916 Charles Street**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Leland Smith**<br>**315 North Independence Ave**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **LeMark Moore**<br>**503 Seminary Street**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Lenda Ogden**<br>**1649 1/2 Charles Street**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Leola Bergman**
**701 Plaisance Ave**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Leondra Mitchell**
**3564 Elm Street**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Leondre Davenport**
**328 Heath St. Apt 4**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lessie Curry**
**1016 Harding Street**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Likita Eison**
**720 Royal Ave**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lilliam Lopez**
**3212 Chadwick Drive**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lillian Imasuen**
**4535 Galleon Drive**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lillian Padilla**
**6340 Garret Lane**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| | |
|---|---|
| Debtor | **ServiCom LLC** |
| | Name |

Case number (if known)    **18-31722**

| 2.811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Linda George**
**5052 Walnut Grove**
**Poplar Grove, IL 61065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lindi Anderson**
**32 Marquette Road**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lindsay Grider**
**407 S. Pierpont Ave**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lindsay Hagan**
**1522 12th Street, Apt #2**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Linnie Curtis**
**1904 North Main**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lisa Marks**
**3106 9th St**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lisa Pooley**
**632 Anna Avenue**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lisa Yurs**
**7125 West State Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Lisette Santiago**<br>**5417 Bennett St Apt 19**<br>**Loves Park, IL 61111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Lisha Cooley El**<br>**1701 15th Avenue**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Lobsang Kury**<br>**1008 Loomis St**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Logan Sheffield**<br>**4873 Linden Road, Apt 111**<br>**Rockford, IL 61109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **London Traylor**<br>**1720 School Street**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Lonnell Derring Jr.**<br>**2236 S. 6th St. #2N**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Lori Thomas**<br>**5035 Round Rock Street**<br>**Loves Park, IL 61111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Lorin Sheppard**<br>**5057 Limestone Dr**<br>**Loves Park, IL 61111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Lorraine DelCore** <br> **5205 Linden Rd, Apt 2109** <br> **Rockford, IL 61109** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Lovell Primm** <br> **4419 11th Street Apt 216** <br> **Rockford, IL 61109** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Lozetta Tolon** <br> **2911 Custer Avenue** <br> **Rockford, IL 61101** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Lucas Young** <br> **1215 Island Ave** <br> **Rockford, IL 61102** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

---

**2.831** | Priority creditor's name and mailing address

**Lydia Salgado**
**2820 Rudeen Close #2**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.832** | Priority creditor's name and mailing address

**Lynette Araujo**
**122 McLain Avenue**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.833** | Priority creditor's name and mailing address

**Lynette Brooks**
**2107 Tobyne Dr**
**Belvidere, IL 61008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.834** | Priority creditor's name and mailing address

**Lynette Poff**
**5597 Windy Knoll Dr.**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lynette Singletary**
**1951 W. Riverside Boulevard**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.836 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lynn Schraer**
**245 Rose Avenue Apt 4**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.837 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lynne Hillyer**
**5395 Heartwood Lane**
**Roscoe, IL 60173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.838 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lyric Stovall**
**1905 West Riverside Blvd**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**MacKenzie McCarren**
**1854 Telemark Drive**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Madelaine Imel**
**303 North 5th Street**
**Oregon, IL 61061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Magaly Salgado**
**4224 Auburn St #210**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Maidely Carlos**
**317 1/2 Bluff St**
**Beloit, WI 53511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|--------|------------------|------------------------|--------------|
| | Name | | |

| 2.843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|---|---|---|---|

**2.843** Priority creditor's name and mailing address

**Makayla Straight**
**1234 Porter Ave**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**  **Unknown**

---

**2.844** Priority creditor's name and mailing address

**Makayleigh Stone**
**3716 Marieme Drive**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**  **Unknown**

---

**2.845** Priority creditor's name and mailing address

**Makiah Terry**
**1524 Greenwood Avenue**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**  **Unknown**

---

**2.846** Priority creditor's name and mailing address

**Malachai Nichols**
**3409 Parkside Ave**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**  **Unknown**

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Malaka Samuel**<br>**1129 6th Ave**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Maleeka Talley**<br>**1129 Woodward Avenue**<br>**Beloit, WI 53511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Malik Hammonds**<br>**735 Sanford Street**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Malik Harvey**<br>**1920 Loomis St**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Malyk Davis**
**3336 Hanover Dr**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mandel Golden**
**2022 School Street**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Manuel Heusohn**
**3633 Thyme Drive**
**Rockford, IL 61114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Manya Collins**
**1122 Jackson Street**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Marcheala Lewis**
**2504 Ashland Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Marchelle Taylor**
**2927 Grinnell Court Apt 1**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Marcquez Wilkes**
**5885 Gables Drive**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Marcus Moravek**
**5207 Linden Road #2206**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Marcus Watkins**<br>**623 Trenton Avenue**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Marcy Jones**<br>**1572 West 6th St. Apt 2**<br>**Belvidere, IL 61008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Margaret Burfield**<br>**3105 Pelham Road**<br>**Rockford, IL 61107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Margaret Perez**<br>**122 McLain Avenue**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Margaret Whelchel**<br>**515 Seminary Street, Apt 903B**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Maria Campos**<br>**503 Fairview Blvd**<br>**Rockford, IL 61107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Maria Galvan**<br>**3616 Cardinal Lane**<br>**Rockford, IL 61107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Maria Viveros**<br>**3017 Jean St**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mariah Hallowell**
**1219 Benton Street**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mariah Neal**
**226 Oakwood Avenue**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mariah Swedlund**
**6457 Prarie Flower**
**Roscoe, IL 61073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Marissa Fernandez**
**1603 Overdene Avenue**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Marissa Kleparski Gonzales** | *Check all that apply.* | | |
| | **3510 North Main Street** | ☐ Contingent | | |
| | **Rockford, IL 61103** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Mariusz Wysocki** | *Check all that apply.* | | |
| | **46 Wilshire Boulevard** | ☐ Contingent | | |
| | **Machesney Park, IL 61115** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Mark Byers** | *Check all that apply.* | | |
| | **518 Dawson Avenue** | ☐ Contingent | | |
| | **Rockford, IL 61107** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Mark Montgomery** | *Check all that apply.* | | |
| | **6303 S. 159th Street** | ☐ Contingent | | |
| | **Omaha, NE 68135** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mark Paige Jr**
**1629 Pauline Avenue**
**Rockford, IL 61101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mark Turner**
**638 Colonial Drive**
**Machesney Park, IL 61115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Marketa Tomlinson**
**4220 Middlebury Ave. # 1**
**Rockford, IL 61109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Marlena Fleming**
**614 Broad Street**
**Apt. 21**
**Beloit, WI 53511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Marquan Hughes** | *Check all that apply.* | | |
| | **1420 Arthur Ave.** | ☐ Contingent | | |
| | **Rockford, IL 61101** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Marquita Baber** | *Check all that apply.* | | |
| | **913 10th Avenue** | ☐ Contingent | | |
| | **Rockford, IL 61104** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Marrisa Whittie** | *Check all that apply.* | | |
| | **1424 Birch Court** | ☐ Contingent | | |
| | **Rockford, IL 61104** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Marshea Walker** | *Check all that apply.* | | |
| | **1203 Preston** | ☐ Contingent | | |
| | **Rockford, IL 61102** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Martela Wilson**
**215 Bayliss Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Martesha Smith**
**1904 Elm Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Martharee Oatis**
**750 Halsted Road, Apt 2**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Martin Cattage**
**1328 N. Church St.**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Marva Pittman**
**515 Trenton Avenue**
**Rockford, IL 61102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mary Brady**
**96 Senate Drive**
**Rockford, IL 61109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mary Evans**
**2316 9th Avenue**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mary Lindquist**
**1136 4th Ave, Apt 6**
**Rockford, IL 61109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Matt Fleming**
**930 Ridgewood Rd.**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Matthew Justice**
**7108 S West Ave.**
**Rochelle, IL 61068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Matthew Kantrovich**
**5488 Torque Rd**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mattie Butler**
**1004 N. Sunset Ave.**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Maureen Theroux**
**719 S. Cunningham #1**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Maurice Williams**
**2418 Jonathan Ave**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Maxine Lindell**
**307 South Chestnut St.**
**Byron, IL 61010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Maya Farmer**
**1000 Chamberlain Street #503**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Megan Padilla Martinez**
**6340 Garrett Lane**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Megan Whipple**
**5440 Windsor Road Apt 2A**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Melinda Montoya**
**5223 Linden Road #7101**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Melisa Tilley**
**3023 Arcadia Terrace**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **ServiCom LLC** | | Case number *(if known)* | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Melissa Aguirre**
**819 Peter Ave**
**Rockford, IL 61108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Melissa Campa**
**2339 10th Street**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Melissa Gordon**
**PO Box 324**
**Elgin, IL 60120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Melissa Spencer**
**4825 Linden Rd. Apt. 522**
**Rockford, IL 61109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Melissa Weiss**
**4031 Pinecrest Road**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Melody Parker**
**1033 Hess Court**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Melva Hurtado**
**5856 Strathmoor Drive**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mercedes Cruzado**
**1031 Ridge Ave**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Meriam Nedlic** | *Check all that apply.* | | |
| | **4425 Trevor Circle Apt 7** | ☐ Contingent | | |
| | **Rockford, IL 61109** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Meysha Jones-Morse** | *Check all that apply.* | | |
| | **2128 Hecker Avenue** | ☐ Contingent | | |
| | **Rockford, IL 61103** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Micah Eisman** | *Check all that apply.* | | |
| | **1301 8th Street** | ☐ Contingent | | |
| | **Rockford, IL 61104** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Michael Buckmiller** | *Check all that apply.* | | |
| | **210 32nd Ave. N** | ☐ Contingent | | |
| | **Fargo, ND 58102** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Michael Forde**
**106 Wenatchee Way**
**Poplar Grove, IL 61065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Michael Fuller**
**1621 8th Street**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Michael Gonzales**
**2736 City View Court**
**Rockford, IL 61103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Michael Hanson**
**1124 N. Court Street**
**Rockford, IL 61103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Michael Holmon**
**2403 Ridge Avenue**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Michael Pinker**
**1800 Darby Lane**
**Davis, IL 61019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Michael Segers**
**924 East Grant Ave.**
**Beloit, WI 53511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Michael Stone**
**6429 Sentinel Road**
**Rockford, IL 61107-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Michael Woods**<br>**608 Lexington Avenue**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Michelle Bartelli**<br>**417 Walnut Street, Apt 2**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Michelle Bryant**<br>**2813 Cascade Drive**<br>**Rockford, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Michelle Curtis**<br>**3255 Dartmouth Dr.**<br>**Rockford, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|--------|------------------|------------------------|--------------|
| | Name | | |

| 2.927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Michelle Harrington**
**1409 Magnolia, Apt 1**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Michelle James**
**515 Hill Street #1**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Michelle Purifoy**
**1119 N. Winnebago St.  Apt 2**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Michelle Teeters**
**666 S. Bluff St. Lot 318**
**South Beloit, IL 61080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Miesha Edwards**
**1030C School St**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Miesha Townsend**
**402 Central Avenue**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mieya Walker**
**4235 Ashwinton Way**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Miguel Ruiz**
**4444 Kellee Lane**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Mindy McManamay**<br>**2131 Harrison Avenue Lot W14**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Miracle Carmichael**<br>**1832 North Main Street Apt 213**<br>**Rockford, IL 61103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Miracle Cullins**<br>**2023 Jonathan Avenue**<br>**Rockford, IL 61103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Miracle Howard**<br>**1035 Ridge Avenue**<br>**Rockford, IL 61103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Miracle Thomas**
**1416 Sherman Street**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Miracle Williams-Holland**
**2303 Sherman Ave.**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Miranda Jakubowski**
**1410 Ridge Ave**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mirna Hernandez**
**1526 16th Ave.**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 236 of 374

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **ServiCom LLC** | | Case number _(if known)_ | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mirrissa Phillips**
**632 Bohm Ave.**
**Rockford, IL 61107**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Miya Van De Poele**
**5575 Andrews Drive Apt 3**
**Roscoe, IL 61075**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Monica Davis**
**833 North Winnebago St.**
**Rockford, IL 61103**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Monica Pelaez**
**3571 Shattuck Lane**
**Rockford, IL 61114**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Monique Brown**
**1627 Overdene Avenue**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Monique Green**
**1410 Campus Hills Blvd.**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Monique Hill**
**4205 Crandall Ave**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Monique Thomas**
**1416 Sherman**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number _(if known)_ | **18-31722** |
| | Name | | | |

| 2.951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**2.951**

Priority creditor's name and mailing address

**Montoria Clark**
**1431 Benton Street**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

---

**2.952**

Priority creditor's name and mailing address

**Montrel Bell**
**855 Haskell Ave.**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

---

**2.953**

Priority creditor's name and mailing address

**Moustafa Ghareeb**
**4012 Beach Street**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

---

**2.954**

Priority creditor's name and mailing address

**Mya Bruce**
**6327 Wicklow Court**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Myaisha Phinnessee**
**1434 W Jefferson Street**
**Rockford, IL 61101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Myana Walker**
**905 Washington Street**
**Apt. 6**
**Pecatonica, IL 61063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Myesha Jones**
**1641 Charles Street**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Myriah Glenn**
**620 Kishwaukee Apt 10**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Mytika Taylor**
**3312 Sablewood Drive**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Nadean Bell**
**P. O. Box 5314**
**Bridgeport, CT 06610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Nadia Jackson**
**2708 School Street**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Nadia Phipps**
**5021 Linden Rd Apt 13315**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nadine Massenat**
**535 Score Street**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nadis Howell Jr**
**4222 Marsh Ave**
**Rockford, IL 61114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nakia Johnson**
**4916 Harrison Ave. Apt 1**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nala Hurtado**
**5856 Strathmoor Dr**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Nancy Creel**<br>**206 Pennsylvania Ave.**<br>**Loves Park, IL 61111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Nancy Lopez**<br>**3007 Huffman Boulevard**<br>**Rockford, IL 61103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Nancy Reyes**<br>**1028 Avenue E**<br>**Rochelle, IL 61068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Naomi Erickson**<br>**5059 Linden Road**<br>**Rockford, IL 61109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nastasshia Hardy**
**523 S. Rockford Avenue**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Natalie Okinski**
**1965 W Riverside Blvd**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Natalie Spencer**
**912 Furman Street**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Natasha Herring**
**1420 Arthur Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Natasha Lilly**<br>**2704 Burrmont Rd**<br>**Rockford, IL 61107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Natasha Smith**<br>**3070 Beutell Lane**<br>**Machesney Park, IL 61115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Nathan Greenberg**<br>**12971 Springhill Drive**<br>**Winnebago, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Nathan White**<br>**502 1/2 Euclid Ave.**<br>**Beloit, WI 53511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Nealandra Jackson**<br>**1625 Remington Rd.**<br>**Rockford, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Nia Simba**<br>**7544 Stanton Ave.**<br>**Rockford, IL 61109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Niall O'Sullivan**<br>**5831 Garrett Lane Apt 3**<br>**Rockford, IL 61107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Nichelle Moore**<br>**4315 Yale Drive**<br>**Rockford, IL 61109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Nicholas Haley**<br>**1128 West St**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Nicholas Marsh**<br>**1339 Linda Avenue**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Nichole Kempthorne**<br>**523 N Sunset Ave**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Nichols Weyl**<br>**607 Oak Knoll Avenue**<br>**Rockford, IL 61107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nicolas Ludlow**
**4238 Harrison Avenue Apt 204**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nicole Buntjer**
**5885 Gables Drive**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nicole Ennis**
**5395 Heartwood Lane**
**Roscoe, IL 61073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nicole Herron**
**5274 Pebble Ln**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | | | Case number (if known) | **18-31722** |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nicole Housley**
**2280 Sunshine Lane**
**Beloit, WI 53511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nicole Krieter**
**804 18th Street**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nicole Pecen**
**1236 S. Winnebago St. Apt 4**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nicole Reed**
**1501 Meadow Court**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nicole Smith**
**4520 Apple Orchard Lane Apt 2**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Niesha Johnson**
**3317 Searles Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nikeya Alexander**
**948 South 3rd St Apt 2**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nikeya Jones**
**3121 Liberty Drive**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nikiya Mangruem**
**623 Score Street**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nikolas Williams**
**312 South Gardiner**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nitosha Harris**
**216 Lexington Ave.**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Noelle Galberth**
**5407 Midvale Dr #8**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Noemi Jacobo**
**817 Wisconsin Avenue**
**Beloit, WI 53511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Nyesha Gibson**
**1719 Remington Road**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Nyeshia Lottie**
**1317 Garrison Avenue**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Octavia Heard**
**3222 Darwood Dr**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Olga Williams**
**4839 Linden Road Apt 1711**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Olga Zayas**
**5410 Midvale Drive, Apt 101**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Olivia Allen Limberg**
**1719 Tacoma Avenue**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Olivia Fiorenza**
**2120 North Winnebago Road**
**Winnebago, IL 61088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Olivia Helm**
**3012 Sunnyside Drive, Apt 8**
**Rockford, IL 61114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Paige Smith**
**4620 Orchard Ln**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pamela Hall**
**914 Nassau Pkwy**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pamela Schoonover**
**229 West Harrison Street**
**Belvidere, IL 61008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Paris Gordon**
**3617 Schalck Dr**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Patience Maples**
**315 Alliance Avenue**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Patrice Cunningham**
**903 Euclid Ave**
**Beloit, WI 53511**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Patrice Gordon**
**305 Webster Avenue**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Patricia McHaney**
**1035 Benton Street Apt 2**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Patrick Kirby**
**2202 Churchview Dr Unit C**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Patrick Tufly**
**1003 Colonial Drive**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Paul Devaul**
**451 Bancroft Ct Apt 4**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.1023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Paula Gregory**
**1128 14th St Apt 1**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Pazzaz Breedlove**
**932 North Court Street - Front**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Penny Martens**
**2636 Broadmoor Drive, #2**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Peter Huber**
**107 Cornwall Circle**
**Poplar Grove, IL 61065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Peyton Borden**
**6458 Harvest Lane**
**Machesney Park, IL 61115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Phinetta Baker**
**2106 School St**
**Rockford, IL 61101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pierre Hubbard**
**2551 Anderson St.**
**Rockford, IL 61102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Porche Manns**
**948 N. Court Street**
**Rockford, IL 61103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Porchelashay Johnson**
**1101 Lincoln Ave**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Porsha Fuzzell**
**503 Webster Avenue**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Precious Haywood**
**4523 Apple Orchard Lane**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Priscilla Kelly**
**2011 Montague Street**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Quanica Wilkerson**
**4969 Linden Rd Apt 1447**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Quantel Blaylock**
**1305 Pierce Ave**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Quavash Avery**
**1208 School Street**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Queen Thomas**
**1225 Sherman Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Quinnshawn Baker-Eiland**<br>**1098 Willowick Lane**<br>**Rockford, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Quintasha Parham**<br>**3617 1/2 Schalck Drive**<br>**Rockford, IL 61103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Quortell Reddic**<br>**1611 School St**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Rachel Cardenas**<br>**713 Buchanan St.**<br>**Belvidere, IL 61008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.1043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Rachel Davis**
**2328 9th Ave**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.1044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Rachel Watkins**
**1315 Andrews St**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.1045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Rachelle Barrow**
**4947 Linden Rd**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.1046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Raeshema Young**
**824 Irving Avenue**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.1047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Raffiyia Goolsby**
**914 N. Court St. Apt 8**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Raina Grove**
**227 8th Street**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ramah Abdullah**
**195 Flintridge Drive**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.1050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ramzy Halaikah**
**5166 Meriday Ln, Apt. 3**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.1051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Randy Banfi**<br>**1015 Benton Street**<br>**Rockford, IL 61107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Ranika Hayes**<br>**3239 Conover Drive**<br>**Rockford, IL 61114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Raphael Pittman**<br>**2918 Sitka Lane**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Rasheon Johnson**<br>**2630 Skokie Drive**<br>**Rockford, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Raven Henderson**
**351 Cole Avenue**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Raven Sarles**
**1103 S. Independence Ave**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ray Howard**
**607 N. Rockton Avenue**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.1058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Raynee Hayes**
**2032 Price St.**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.1059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rayshawn Hayes**
**3239 Conover Dr**
**Rockford, IL 61114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Reality Haywood**
**4523 Apple Orchard Lane**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Reba Rucker**
**115 South Hinkley**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rebecca Bramlett**
**5011 Linden Road #14116**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Rebecca Knoll**
**1116 West Jackson Street**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Rebecca Medley**
**706 Grand**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Rebekah Christen**
**6712 Montague Road**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Reginaldna Stewart**
**1105 Irving**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Renika Wilson**
**3420 Harrison Ave #5**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Reshonda Holliman**
**330 Cole Ave.**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Restajzha Wright**
**908 8th Ave Ct**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Reynaldo Garay**
**5008 Talaton Street**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rhiannon Pattison**
**719 Grand Ave.**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1072 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rian Russell**
**404 Gramercy Court #10**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1073 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Richard Kelley**
**103 Benedict Drive**
**Poplar Grove, IL 61065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1074 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Richard Nelson**
**1649 1/2 Charles St.**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ricky Rose**
**3428 Harrison Avenue**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rina Bryant**
**1118 9th Avenue Apt 1**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Robbi Boyd**
**903 11th St.**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Robert Holliman**
**2126 Welworth Avenue**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Robert Johnson**
**2328 Melrose Street Apt 1**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Robert Staten Jr**
**616 N. Rockton Ave**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Robert Taylor**
**1011 Broadway St Apt 3**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Robert Woiccak**
**124 Foster Street #2**
**New Haven, CT 06511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Robin De Grazia**<br>**1719 Remington Road**<br>**Apt. 1**<br>**Rockford, IL 61108** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.1084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Robin Rush**<br>**3805 Linden Road**<br>**Rockford, IL 61109** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.1085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Robin Wait**<br>**203 W. Main St. Apt. 3**<br>**Genoa, IL 60135** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.1086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Rochelle Smith**<br>**PO Box 1574**<br>**Rockford, IL 61110** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rodney Potts**
**1832 North Main**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ronald Harper Jr**
**528 N. Court**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ronald Young**
**416 Independence Avenue**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rosa Flores**
**1216 Revell Avenue**
**Rockford, CT 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rosalba Moreno**
**977 North Church Street Apt 2**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rosalia Mendiola**
**2744 N. Robinson Drive Apt 4**
**Beloit, WI 53511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rosalinda Bowers**
**2125 Quincy Street**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rosina Reed**
**528 Score St.**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Roslyn Price**
**2109 Tobyne Drive**
**Belvidere, IL 61008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rott Kitchell**
**5381 East Macklin Rd.**
**Stillman Valley, IL 61084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ruby Valencia**
**2725 Wintergreen Drive**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Russell Barbary**
**611 South Horace Avenue**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ruthy Cantrell**<br>**947 N. Rockton Avenue**<br>**Rockford, IL 61103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

| 2.1100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ryan Gray**<br>**1730 Pershing Avenue**<br>**Rockford, IL 61109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

| 2.1101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ryan Luby**<br>**706 Lawn Drive**<br>**Loves Park, IL 61111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

| 2.1102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Sabrina Harvey-Lerma**<br>**333 South Gardiner Avenue**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sabrina McIntyre**
**614 Vista Terrace**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sadat Hardnett**
**717 Leslie Avenue**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sajda Rafeegullah**
**3039 Jacqueline Ct**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Salih Hanoosh**
**3205 Holiday Drive**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**     **Unknown** |

**Sally Rigsby**
**3348 Sun Valley Terrace Apt 5**
**Rockford, IL 61103**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**     **Unknown** |

**Samantha Carlson**
**2145 Parmele Street**
**Rockford, IL 61104**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**     **Unknown** |

**Samantha Dye**
**814 Brooke Road**
**Rockford, IL 61108**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**     **Unknown** |

**Samantha Holt**
**601 Albert Street**
**Rockford, IL 61101**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

---

**2.1111** | Priority creditor's name and mailing address

**Samantha Marth**
**8812 N. Rood Rd.**
**Kingston, IL 60145**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1112** | Priority creditor's name and mailing address

**Samantha Mendoza**
**739 Dickerman Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1113** | Priority creditor's name and mailing address

**Samantha Robertson**
**4158 Idle Hour Circle**
**Apt. E**
**Dayton, OH 45415**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1114** | Priority creditor's name and mailing address

**Samantha Williams**
**4645 Linden Rd**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | ServiCom LLC | | Case number (if known) | 18-31722 |
|--------|--------------|--|------------------------|----------|
| | Name | | | |

| 2.1115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|--------|---------------------------------------------|---------------------------------------------------|---------|---------|

**Samara Horton**
**1723 Genoa St**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|--------|---------------------------------------------|---------------------------------------------------|---------|---------|

**Samarah Jones**
**1803 Lathamt.**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|--------|---------------------------------------------|---------------------------------------------------|---------|---------|

**Samareia Christopher**
**316 Foster Avenue**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|--------|---------------------------------------------|---------------------------------------------------|---------|---------|

**Samaryra Welch**
**2218 Welworth Ave. Apt. 2**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.1119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Samiera Reddic**
**2625 Carmac Road**
**Rockford, IL 61101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Samuel McGuire**
**6118 East Drive**
**Loves Park, IL 61111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sandra Shurmack**
**713 Blackhawk Blvd**
**S Beloit, IL 61080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sara Bishop**
**1513 Magnolia St**
**Rockford, IL 61104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

---

**2.1123** | Priority creditor's name and mailing address

**Sara Lagunas**
**534 N Appleton Rd**
**Belvidere, IL 61008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1124** | Priority creditor's name and mailing address

**Sara Mcfadden**
**973 n. Main Street, #6**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1125** | Priority creditor's name and mailing address

**Sara Parks**
**32 Collins St.**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1126** | Priority creditor's name and mailing address

**Sarah Jo Doyle**
**1523 School Street**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sarah Smith**
**1625 Herbert Ave.**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sarai Barrios-Rios**
**3232 Sablewood Drive #3**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sasha Fenton**
**3013 10th St**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Savanah Brown**
**11763 Balsa Lane**
**Roscoe, IL 61073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.1131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Savannah Laster**
**3103 Carolina Ave.**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Savannah Lichtfuss**
**4721 Waukegan Drive**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Schakira Townsend**
**518 N Avon Street**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Scott Osborne**
**16 Edgemont Road**
**Milford, CT 06460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|--------|--------------|------------------------|----------|
|        | Name         |                        |          |

| 2.1135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|
|        | **Sequoya McGrone** | *Check all that apply.* | | |
|        | **5703 Forest Hills Road Apt #4** | ☐ Contingent | | |
|        | **Rockford, IL 61114** | ☐ Unliquidated | | |
|        |  | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No

☐ Yes

---

| 2.1136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|
|        | **Serenity Dismuke** | *Check all that apply.* | | |
|        | **3936 Eagle Dr. Apt 202** | ☐ Contingent | | |
|        | **Rockford, IL 61104** | ☐ Unliquidated | | |
|        |  | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No

☐ Yes

---

| 2.1137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|
|        | **Serenity Hardy** | *Check all that apply.* | | |
|        | **3524 North Main Street** | ☐ Contingent | | |
|        | **Rockford, IL 61103** | ☐ Unliquidated | | |
|        |  | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No

☐ Yes

---

| 2.1138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|
|        | **Shakara Taylor** | *Check all that apply.* | | |
|        | **3303 Sun Valley Terrace** | ☐ Contingent | | |
|        | **Rockford, IL 61103** | ☐ Unliquidated | | |
|        |  | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No

☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Shakima Smith**
**441 Forest Ave**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.1140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Shakyia Thompson**
**2211 Grant Ave Apt 11**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.1141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Shameka Allen**
**5057 Limestone Ave**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.1142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Shamika Johnson**
**5106 Granite Street**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shamrowniquit Martin**
**1022 Montague St.**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shanada Coleman**
**3102 Huffman Blvd**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shandra Bradford**
**2920 Sandy Hollow RD Apt 5**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shane Wright**
**4647 Bunker Hill Rd**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.1147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shanea Jackson**
**2109 LA Mar Avenue**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shanequa Clark**
**PO Box 6573**
**Rockford, IL 61125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shanetta Jordan**
**1410 Campus Hills Boulevard**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shanice Tolliver**
**2302 MUlberry Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shaniqua Johnson**
**1203 20th Ave**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.1152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shaniqwa Porter**
**905 15th Street**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.1153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shannon Hull**
**2417 Woodfern Way**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.1154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shannon Lane**
**2300 Ridgefield Drive**
**Belvidere, IL 61008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

---

**2.1155** | Priority creditor's name and mailing address

**Shannon Lee**
**2114 West Jefferson Street**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1156** | Priority creditor's name and mailing address

**Shannon McCoy**
**4825 Creekview Road, Apt 6**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1157** | Priority creditor's name and mailing address

**Shannon Young**
**912 Sunset Ave.**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1158** | Priority creditor's name and mailing address

**Shantae Zachery**
**1518 Chestnut St**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.1159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shantavia Curtis**
**908 8th Ave Court #2**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shante Lynch**
**2024 Rural St**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shaquella Thomas**
**1316 Sherman Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shaquelle Harrison**
**1308 Taylor Street**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shaquil Manigault**
**5733 Covey Ridge Trail**
**Loves Park, IL 61111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sharar Shelton**
**1901 Montague Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sharetha Ferguson**
**909 Furman Street**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sharie Owens**
**220 Cameron Avenue Apt. 3A**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

---

**2.1167** | Priority creditor's name and mailing address

**Sharnekea Faustin**
**1413 Garden Court**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1168** | Priority creditor's name and mailing address

**Shatieriny Gatlin**
**1007 Garfield Ave. Apt 3**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1169** | Priority creditor's name and mailing address

**Shatiqua Brown**
**706 Montague St.**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1170** | Priority creditor's name and mailing address

**Shaunda Thompson**
**1401 Otto Rd**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shavone Leach**
**1104 17th Street**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shavontae Brooks**
**684 S. New Towne Drive**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shawn Birnbaum**
**5265 Longvalley Dr.**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shawn Griffin**
**3441 Chateau Lane**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**2.1175** | Priority creditor's name and mailing address

**Shawnice McCraney**
**2208 8th St Apt P6**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1176** | Priority creditor's name and mailing address

**Shawntay Box**
**435 Forest Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1177** | Priority creditor's name and mailing address

**Shawntay Hudson**
**3024 Jacqueline Ct, Apt. 5**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1178** | Priority creditor's name and mailing address

**Shaylee Rainwater**
**2220 S. 4th Street**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.1179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Shayne Mays**
**2303 Cornell Drive**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Shereka Knuckles**
**1971 West Riverside Boulevard**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sherelle King**
**531 South Springfield Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sheridan McGuire**
**3416 Burrmont Road**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shernette Blair**
**3300 Darwood Dr**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sherri Merrimon**
**309 Hough Drive**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sherrie Bassett**
**3242 Ironwood Avenue**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shinisha Wilson-Harrington**
**2808 Rudeen Close Apt 4**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shinita Barbary**
**1119 North Winnebago St Apt 1**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shonta Edgeston**
**1016 15th Ave**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shonta Euring**
**601 Albert Ave**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shontequia Holland**
**3112 Gladstone Ave**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

**2.1191** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Shresha Layne**
**402 N. Central**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1192** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Shyann Hamilton**
**1105 Oakley Street**
**Belvidere, IL 61008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1193** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Shyda Williams**
**1613 Overdene Ave. Apt 6**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1194** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Shyterria Redd**
**1146 Broadway Apt 216**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shyterria Scott**
**515 Pierpont Avenue**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sierra Purifoy**
**1214 16th Ave, #2**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Simone Williams**
**417 Vista Terrace**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Skye Archambault**
**203 Sunny Lane**
**Janesville, WI 53546**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Skye Bonds**
**3323 Searles Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Skye Pitts**
**242 North Central Avenue #2**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Skylar Smith**
**608 Locust Street**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Skyler Murphy**
**1408 Al Crest Rd**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sonji Shackelford**
**328 N. Horsman St**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sonya Hardt**
**1417 Birch Court**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Staci Wilson**
**6219 South US Hwy 51**
**Janesville, WI 53546**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stacie Keaster**
**3214 7th Street**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stacy Thornton**
**6124 East Drive**
**Loves Park, IL 61111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Starletta Bennett**
**1143 North Main Street Apt**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Starnisha Stoecklin**
**619 Johnston**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Starry Cousins Brandon**
**715 W. State Street**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stefany Walker**
**1030 School Street**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stephanie Denard**
**4929 Hampshire Apt 5**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stephanie Felix**
**329 Penfield Place**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stephanie Jackson**
**910 Irving Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stephanie Lewis**
**2707 Yonge Street Apt 1**
**Rockford, IL 61101**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.1216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stephanie Wallace**
**544 Ranger Street**
**Rockford, IL 61109**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.1217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stephany Peters**
**1530 10th Street Apt # 3**
**Rockford, IL 61104**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.1218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stephen Keriz**
**2215 Pendleton Pkwy**
**Rockford, IL 61108**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stephen Peters**
**636 16th Ave.**
**Rockford, IL 61104**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| 2.1220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sterlin Hoarde**
**3809 Sage Dr. #B**
**Rockford, IL 61114**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| 2.1221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Steven Ashley**
**7509 Mildred Road**
**Machesney Park, IL 61115**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| 2.1222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Steven Capone Jr**
**316 S 4th St Apt 2**
**Rockford, IL 61104**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Steven Moore**<br>**2330 Kilburn Ave Apt 117**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.1224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Sunshine Cochran**<br>**7701 Edwin Lane**<br>**Loves Park, IL 61111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.1225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Susan Arteaga**<br>**329 Penfield**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.1226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Susan Davenport**<br>**103 West Mechanic St**<br>**Rockton, IL 61072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sylvania Jones**
**1208 Elm Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tabatha Steffa**
**2813 Glenwood Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Takara Watson**
**1825 School Street**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Talayah Sallay**
**1706 8th Street**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Talesia Anderson**
**1402 Seminary**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Talisa Dixon**
**2843 Lapey St.**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Talisha Benford**
**433 16th Avenue**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tamara Kincaide**
**5575 Andrews Drive**
**Roscoe, IL 61073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tambi Leslie**
**3110 Foliage Lane**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1236** Priority creditor's name and mailing address

**Tameka Young**
**1510 Garden Court**
**Rockford, IL 61104**

**Unknown** **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1237** Priority creditor's name and mailing address

**Tammy Adkins**
**5367 Nottingham Drive**
**Loves Park, IL 61111**

**Unknown** **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1238** Priority creditor's name and mailing address

**Tammy Crenshaw**
**510 N. Winnebago Street**
**Rockford, IL 61103**

**Unknown** **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Tammy Millman** **1155 Walden Oaks Dr. Apt 203E** **Woodstock, IL 60098** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Tammy Sanders** **6643 Red Barn Rd** **Loves Park, IL 61111** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Tanea Tennin** **5029 Linden Road Apt 12210** **Rockford, IL 61109** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Taneisha Harris** **1355 Charles St. Apt B** **Rockford, IL 61104** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Taneka Willis**
**6518 S Ederhart Avenue #1**
**Chicago, IL 60637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1244 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tanessha Gates**
**220 Easton Parkway**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1245 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tania Graves**
**219 Royal Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1246 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tanika Kizart**
**732 Linden Avenue**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|--------|------------------|---|-----------------------|--------------|
| | Name | | | |

| 2.1247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|--------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Tanisha Francis**
**1428 North Avenue**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|--------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Tanisha Martin**
**1211 Lincoln Ave.**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|--------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Tanquinisha Coakley**
**2112 Balmoral Place**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|--------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Tanya Benitez**
**223 S. Rockford Avenue**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tanya Lawrence**
**320 S Central Avenue**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tanya Moore**
**3215 Seward Avenue Apt 2**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tarah Kraucunas**
**7613 Greenville St**
**Machesney Park, IL 61115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tarkesha Williams**
**363 Gramercy Drive**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tasha Moreland**
**2320 11th Ave. Apt 1**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tashana Simpson**
**4428 Virginia Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tashara Hawkins**
**1714 Iris Avenue**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**TaShayla Paige**
**1231 South Court Street**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tashuna Robinson**
**1425 Auburn St**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tashunda Owens**
**1504 Barton Blvd**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tashyla Hoskins**
**1658 6th Ave. Apt 2**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tatiana Wilkins**
**1118 Furman Street Apt 12**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Tatianna Winston**<br>**518 Fairview Boulevard**<br>**Rockford, IL 61107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.1264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Tatyana Dees**<br>**3321 Searles Avenue**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.1265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Tavian Holloway**<br>**1813 Ohio Parkway**<br>**Rockford, IL 61108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.1266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Tavion Jones**<br>**214 12th St**<br>**Rockford, IL 61104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Taya McDonald**
**323 Ogilby Road**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Taylea Fletcher**
**4196 Old Golf Road**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Taylor Benham**
**372 Bancroft Court #1**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Taylor Carlson**
**8215 Cameo Drive**
**Machesney Park, IL 61115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Taylor Coates**
**2819 Echo St**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.1272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Taylor Heylmann**
**2216 Walworth Avenue**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.1273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Taylor Jones**
**2219 8th ST Upper**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.1274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Taylor Thom**
**1325 Parmele Street**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Teela Williams**<br>**529 South Pierpont Avenue**<br>**Rockford, IL 61102** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.1276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Tekhiya Williams**<br>**3568 Elm Street, Apt 1C**<br>**Rockford, IL 61102** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.1277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Temeka Hunter**<br>**2208 Winnebago Street**<br>**Rockton, IL 61108** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.1278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Teneisha Foreman**<br>**719 N Independence Ave**<br>**Rockford, IL 61101** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tenisha Williams**
**2619 Custer Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Teresa Price**
**1212 14th Street**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Terrance Bell**
**1103 North Church**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Terrez Ballard**
**2219 Lucille Street**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Terrius Gaines**
**2328 Paradise Boulevard**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Terry Munson**
**3442 Zircon Lane**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Terry Worley**
**3208 Alta Vista**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tervina Bell**
**224 Cameron Avenue 2C**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor | **ServiCom LLC** |
| | Name |

Case number (if known)    **18-31722**

| 2.1287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Theanna Lopez**
**230 Winona Dr**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Theresa Quevedo**
**1331 Grant Ave.**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Thomas Hampton**
**4520 Trevor Circle Apt 3**
**Rockford, IL 61109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Thomas Hildreth**
**7108 Mildred Rd**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Thomas Kostka Jr.** | Check all that apply. | | |
| | **1826 Melrose Street** | ☐ Contingent | | |
| | **Rockford, IL 61103** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Tia Pulley** | Check all that apply. | | |
| | **1832 N. Main St, Apt 115** | ☐ Contingent | | |
| | **Rockford, IL 61103** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Tiana Rios Cardona** | Check all that apply. | | |
| | **3411 Elm Street** | ☐ Contingent | | |
| | **Rockford, IL 61102** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Tiara Jimenez-Hackler** | Check all that apply. | | |
| | **1253 Holland** | ☐ Contingent | | |
| | **Rockford, IL 61103** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.1295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Tiara Sloan**<br>**4514 Palmerstone Road**<br>**Rockford, IL 61102** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Tiauna Woods**<br>**11467 Edgemere Terrace**<br>**Roscoe, IL 61073** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Tichina Terry**<br>**2512 North Rockton Avenue**<br>**Rockford, IL 61103** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Tien Nguyen**<br>**715 Blenheim Drive**<br>**Rockford, IL 61108** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tierra Williams**
**5827 El Paso Circle**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tiffanie Woodard**
**526 N Rockton Ave**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tiffany Gray**
**7080 Flora Road**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tiffany Iman**
**2703 Sherman Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tiffany Kizart**
**2814 Echo**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tiffany West**
**5011 Linden Rd Apt 14116**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Timothy Hardin**
**926 15th Street**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Timothy Panjkovich**
**8474 Burr Oak Road**
**Roscoe, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Timothy Speltz**<br>**2328 Kristi Lane**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Timothy Wainwright**<br>**3012 halstad Road Apt 4**<br>**Rockford, IL 61102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Tina Gibson**<br>**3219 Gilbert Avenue #5**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Tina Henderson**<br>**2219 North Church St**<br>**Rockford, IL 61103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tina Pounds**
**412 Marquette Road**
**Machesney Park, IL 61116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tina Wilson**
**2822 Echo  Street**
**Rockford, IL 61109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tisha Dismuke**
**2903 Summerdale Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Toi Mckinney**
**1214 Morgan Street #2**
**Rockford, IL 61102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tomia Wells**
**2002 South 4th Street**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

---

| 2.1316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tommy Burton**
**810 Haskell Avenue**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

---

| 2.1317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tommy Worthington**
**715 Cherry St**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

---

| 2.1318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Toni Vince**
**4626 Newburg Road**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.1319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tori Ganus**
**1515 10th Street**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tori King**
**4400 East Ridge Apt 13**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tracy Taylor**
**806 19th Street**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tramaine Bradley**
**411 N Horace Avenue**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.1323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tranetta Woods**
**2507 West State St**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Travis Smith**
**1604 13th Ave**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Trevor Maple**
**1206 Harlem Road**
**Machesney Park, IL 61115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Trinity Murphy**
**15574 Bryden Drive**
**South Beloit, IL 61080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

**2.1327** | Priority creditor's name and mailing address

**Trisha Rausch**
**8321 Mildred Road**
**Machesney Park, IL 61115**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1328** | Priority creditor's name and mailing address

**Trisha Runyan**
**709 Wayne St**
**Balvidere, IL 61008**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1329** | Priority creditor's name and mailing address

**Tristan Robinson**
**323 Foster Ave.**
**Rockford, IL 61102**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1330** | Priority creditor's name and mailing address

**Twanesha Benford**
**4120 Auburn Street**
**Rockford, IL 61104**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 2.1331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tyeisha Moore**
**322 North 1st Street**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tyishia Hereford**
**5421 Midvale Drive # 4**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tyler Freund**
**5573 Shag Bark Circle**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tymora Mayes**
**1118 Greenwood Avenue**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tyneesha Barbary**
**506 Howard Avenue**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1336 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tyree Bell**
**2319 Sherman Ave**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1337 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tyrell King**
**1120 N. Sunset Ave.**
**Rockford, IL 61114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1338 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tyrena Halley**
**3234 Montrose Ave**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.1339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Tyrese Burks**<br>**1934 South 5th Street**<br>**Rockford, IL 61104** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Tysha Williams**<br>**3227 Seward Avenue Apt 1**<br>**Rockford, IL 61108** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Tytana Sallay**<br>**423 North Henrietta**<br>**Rockford, IL 61101** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Tywone Robinson**<br>**1425 Auburn St**<br>**Rockford, IL 61103** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Debtor　__ServiCom LLC_____
Name

Case number (if known)　__18-31722__

| | | | |
|---|---|---|---|
| 2.1343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**　**Unknown** |

**Unique Henderson**
**4504 Trevor Circle, Apt 6**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**　**Unknown** |

**Unique Russey**
**4223 Dakota Lane**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**　**Unknown** |

**Valencia Knight**
**718 Lee Street**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**　**Unknown** |

**Valerie Cunningham**
**112 New Brunswick Lane**
**Poplar Grove, IL 61065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Vaneekia Miller**
**1125 School Street**
**Rockford, IL 61101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Vanessa Crout**
**647 Easton Parkway**
**Rockford, IL 61108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Vanessa Wilson**
**2814 Echostreet**
**Rockford, IL 61109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Vanity Thomas**
**3921 Mila Avenue**
**Rockford, IL 61101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Venarius Moore**
**1512 9th Avenue**
**Rockford, IL 61102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Verna Curry**
**2912 LaSalle Ave. # 7**
**Rockford, IL 61114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Verneicia Thomas**
**1602 East State Street #3**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Veronica Cardenas**
**2215 Freemont St**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Veronica Roberson**<br>**1908 Arthur Ave**<br>**Rockford, IL 61101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Veronica Rodriquez**<br>**1043 Westview Dr.**<br>**Rochelle, IL 61068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Veronica Rosas**<br>**1452 Pondview Dr.**<br>**Belvidere, IL 61008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Veronnaca Lee**<br>**4412 Pepper Drive Apt 5**<br>**Rockford, IL 61114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Victoria Leisher**
**1216 Emerson St**
**Beloit, WI 53511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Victoria Mergener**
**1510 Green Street**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Victoria Price**
**1010 Housewert Close**
**Machesney Park, IL 61115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vilaysanh Chanthaloth**
**4205 Tesa Road**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Virginia Rodriquez**
**5132 Pebble Lane**
**Loves Park, IL 61111**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vladimirika Pavlovic**
**2018 Ajali Way Apt 1**
**Machesney Park, IL 61115**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Water Heru**
**202 S. Independence Ave**
**Rockford, IL 61102**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wayne Ward**
**4528 Trail Ridge Road**
**Rockford, IL 61101**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wendell Roby**
**1317 11th Avenue**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wendolyn Kellum**
**1991 Lakeshore Drive Apt 3**
**Belvidere, IL 61008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wesley Santini**
**324 Gramercy Drive**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Whitney Adu-mensah**
**2024 Kishwaukee Street**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.1371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Whitney Carter**<br>**3103 Parkside Ave**<br>**Rockford, IL 61101** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Whitney Malone**<br>**2122 School Street**<br>**Rockford, IL 61101** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Whitney Roberson**<br>**2415 Benderwirt Avenue Apt 3**<br>**Rockford, IL 61103** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Whitney Sorensen**<br>**220 Easton Parkway**<br>**Rockford, IL 61108** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Whitney Teuscher**
**8428 Jamesport Drive**
**Rockford, IL 61108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Willie Jones**
**1010 Ridge Avenue**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Wilma Powell**
**1219 Parmele St Apt 1**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Winfred Dennis**
**1918 Andrews Street**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

---

**2.1379** | Priority creditor's name and mailing address

**Xavier Kimbrough**
**1421 11th Avenue**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1380** | Priority creditor's name and mailing address

**Yadhira Mendoza-Vega**
**1602 Remington Road**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1381** | Priority creditor's name and mailing address

**Yakeea Bills**
**1505 Meadow Court**
**Rockford, IL 61104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1382** | Priority creditor's name and mailing address

**Yarimar Gonzalez-Lopez**
**516 Cherry St**
**Rockford, IL 61103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 2.1383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Yash-Reanna Bell-Young**
**815 Belmont Blvd. Apt 203**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Yashica McDowell**
**1204 7th Avenue**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Yasman Porter**
**2423 School Street**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Yesenia Santillan**
**5873 Garrett Lane**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|---|---|---|---|
| | Name | | |

| 2.1387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Yia Vang**
**1625 13th Avenue**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Yolanda DuCharme**
**419 Howard Avenue**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Yolanda Leach**
**4830 Creekview Road Apt 6**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Yvette Badua**
**2515 Ellen Ave**
**Rockford, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | ServiCom LLC | Case number (if known) | 18-31722 |
|--------|--------------|------------------------|----------|
| | Name | | |

| 2.1391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|-----|-----|-----|-----|

**Yvette Miller**
**4828 Creekview Rd. Apt 7**
**Rockford, IL 61108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|-----|-----|-----|-----|

**Zachari Cowgill**
**1228 Benton Street**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|-----|-----|-----|-----|

**Zachariah Palmitier**
**1008 South 3rd St**
**Rockford, IL 61104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|--------|-----|-----|-----|-----|

**Zachary Behrends**
**720 Auburn St**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 2.1395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Zandie Shields**
**2216 Barton Boulevard**
**Rockford, IL 61103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

<table>
<tr><td>**Part 2:**</td><td>**List All Creditors with NONPRIORITY Unsecured Claims**</td></tr>
</table>

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$176.00** |
|---|---|---|---|

**11th Street Express-Printing**
**Attn: Pres, GP or Mng Member**
**2135 11th Street**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **Servicom LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,191.24** |
|---|---|---|---|

**175 EXECUTIVE, LLC**
**Attn: Pres, GP or Mng Member**
**6801 SPRING CREEK RD**
**ROCKFORD, IL 61114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **SERVICOM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,888.62** |
|---|---|---|---|

**ABB Power Protection LLC**
**Attn: Pres, GP or Mng Member**
**27583 Network Place**
**Chicago, IL 60673-1275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **4822**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.60** |
|---|---|---|---|

**ABC Fire & Safety, INC**
**Attn: Pres, GP or Mng Member**
**PO Box 922**
**Beloit, WI 53512-0922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **Servicom**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,057.15** |
|---|---|---|---|

**ACC BUSINESS**
**Attn: Pres, GP or Mng Member**
**PO BOX 105306**
**ATLANTA, GA 30348-5306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **2455**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,507.73** |
|---|---|---|---|

**Advanced Janitorial Services**
**Attn: Troy Mackinnon**
**567 Alexandra St**
**Sydney, NS  B1S 2G9**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **Servicom Canada**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116,796.87** |
|---|---|---|---|

**AEROTEK**
**Attn: Pres, GP or Mng Member**
**3689 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **Servicom LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$253.59** |
|---|---|---|---|

**AIRGAS USA LLC**
**Attn: Pres, GP or Mng Member**
**PO BOX 802576**
**CHICAGO, IL 60680-2576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **4957**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,501.85** |
|---|---|---|---|

**ALLIED UNIVERSAL**
**Attn: Pres, GP or Mng Member**
**161 WASHINGTON ST SUITE 600**
**EIGHT TOWER BRIDGE**
**CONSHOHOCKEN, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **1772**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,733.33** |
|---|---|---|---|

**ALPHA CONTROLS & SERVICES LLC**
**Attn: Pres, GP or Mng Member**
**4104 CHARLES STREET**
**ROCKFORD, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **SERVICOM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.66** |
|---|---|---|---|

**AMERICAN EXPRESS**
**Attn: Pres, GP or Mng Member**
**PO Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **2002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$756.67** |
|---|---|---|---|

**ARAMARK UNIFORM SERVICES**
**Attn: Pres, GP or Mng Member**
**25259 NETWORK PLACE**
**CHICAGO, IL 60673-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **1951**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,247.75** |
|---|---|---|---|

**Aramark Uniform Services**
Attn: Pres, GP or Mng Member
AUCA Rockford MC Lockbox
25259 Network Place
Chicago, IL 60673-1256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **8171**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66,549.99** |
|---|---|---|---|

**Aspen Business Center One LLC**
Attn: Pres, GP or Mng Member
1639 N Alpine Rd
Suite 301
Rockford, IL 61107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **1000**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,652.83** |
|---|---|---|---|

**AT&T**
Attn: Pres, GP or Mng Member
PO Box 9005
Carol Stream, IL 60197-9005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **6191**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,818.99** |
|---|---|---|---|

**AT&T**
Attn: Pres, GP or Mng Member
PO BOX 5019
Carol Stream, IL 60197-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **5140**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,082.12** |
|---|---|---|---|

**AT&T GLOBAL SERVICES CANADA CO**
Attn: Pres, GP or Mng Member
PO BOX 9266 STN A
TORONTO, ON  M5W 3M1
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **1795**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,480.43** |
|---|---|---|---|

**AT&T Mobility**
Attn: Pres, GP or Mng Member
PO Box 6463
Carol Stream, IL 60197-6463

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **0403**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,506.11** |
|---|---|---|---|

**AT&T TeleConference Services**
Attn: Pres, GP or Mng Member
P O BOX 5002
CAROL STREAM, IL 60197-5002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$681.85**

**ATOS IT Solutions and Services**
Attn: Pres, GP or Mng Member
DEPT 781177
PO BOX 78000
DETROIT, MI 48278-1177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **1017**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95,903.12**

**ATOS IT Solutions and Services**
Attn: Pres, GP or Mng Member
DEPT 781177
PO BOX 78000
Detroit, MI 48278-1177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **1884**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,043.05**

**ATT**
Attn: Pres, GP or Mng Member
PO Box 5019
Carol Stream, IL 60197-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **8998**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,623.53**

**ATT Interstate Dedicated**
Attn: Pres, GP or Mng Member
P O BOX 5019
CAROL STREAM, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **7906**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,380.00**

**B & M Disposal Limited**
Attn: Dave Morrison
31 Kytes Hill Drive
Sydney, NS  B1M 1A7
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **Servicom Canada**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,550.20**

**Ballard Properties Group I**
Attn: Pres, GP or Mng Member
1670 N ALPINE RD
ROCKFORD, IL 61107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account
number **MACHESNEY PARK**

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ServiCom LLC** | | | Case number (if known) | **18-31722** |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$277.33**

**Bell Aliant**
**Attn: Pres, GP or Mng Member**
**P.O. Box 2226, STN Central RPO**
**Halifax, NS  B3J 3C7**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business debt**

**Last 4 digits of account number  8130**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.79**

**BELL MOBILITY**
**Attn: Pres, GP or Mng Member**
**PO Box 1675, Halifax Station Central**
**Halifax, NS  B3J OA6**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business debt**

**Last 4 digits of account number  3684**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$184.98**

**Bell Mobility**
**Attn: Pres, GP or Mng Member**
**PO Box 1675, Halifax Station Central**
**Halifax, NS  B3J 0A6**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business debt**

**Last 4 digits of account number  9941**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,425.17**

**Bell Mobility**
**Attn: Pres, GP or Mng Member**
**PO Box 1675, Halifax Station Central**
**Halifax, NS  B3J OA6**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business debt**

**Last 4 digits of account number  3863**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,250.00**

**Billhorn Law Firm**
**Attn: Pres, GP or Mng Member**
**53 W Jackson Blvd Suite 840**
**Chicago, IL 60604-1595**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Legal Settlement - Justin Roland case**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,797.30**

**Blue Cross**
**Attn: Cheryl Skinner**
**PO Box 220**
**Moncton, NB  E1C 8L3**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Business debt**

**Last 4 digits of account number  0000**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brendalyn Langdon**
**c/o Hawks Quindel S.C.**
**222 E. Erie Street, Ste. 210**
**Milwaukee, WI 53201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,351.51** |
|---|---|---|---|

**Broadband Dynamics LLC**
**Attn: Pres, GP or Mng Member**
**8757 E Via de Commercio**
**First Floor**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **5001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,494.65** |
|---|---|---|---|

**Bryn Mawr- RBAL LEASING L.P.**
**Attn: Pres, GP or Mng Member**
**550 TOWNSHIP LINE RD**
**SUITE 425**
**BLUE BELL, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$316.25** |
|---|---|---|---|

**Cape Breton Glass Ltd.**
**Attn: Pres, GP or Mng Member**
**19 Mitchell Place**
**Sydney, NS  B1P 1T8**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,590.00** |
|---|---|---|---|

**Cape Breton Screaming Eagles**
**Attn: Pres, GP or Mng Member**
**PO Box 8**
**SYDNEY, NS  B1P 6G9**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$539.52** |
|---|---|---|---|

**CDW Canada**
**Attn: Kimberly Stiff**
**PO BOX 57720, Postal Station "A"**
**TORONTO, ON  M5W 5M5**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **5908**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,267.64** |
|---|---|---|---|
| | **CDW Direct, LLC** | ☐ Contingent | |
| | **Attn: Pres, GP or Mng Member** | ☐ Unliquidated | |
| | **P.O. Box 75723** | ☐ Disputed | |
| | **Chicago, IL 60675-5723** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number __4492__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,843.04** |
|---|---|---|---|
| | **Ceroni Piping** | ☐ Contingent | |
| | **Attn: Pres, GP or Mng Member** | ☐ Unliquidated | |
| | **7770 Ceroni Rd** | ☐ Disputed | |
| | **Cherry Valley, IL 61016** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number __Servicom__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$511.23** |
|---|---|---|---|
| | **CINTAS** | | |
| | **Attn: Pres, GP or Mng Member** | ☐ Contingent | |
| | **CINTAS CORPORATION LOCKBOX** | ☐ Unliquidated | |
| | **PO BOX 631025** | ☐ Disputed | |
| | **CINCINNATI, OH 45263-1025** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number __4696__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,277.81** |
|---|---|---|---|
| | **CINTAS CORPORATION#355** | ☐ Contingent | |
| | **Attn: Pres, GP or Mng Member** | ☐ Unliquidated | |
| | **P O BOX 630921** | ☐ Disputed | |
| | **CINCINNATI, OH  45263-0921 United States** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number __9872__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,726.77** |
|---|---|---|---|
| | **Cintas First Aid & Safety 0343** | ☐ Contingent | |
| | **Attn: Pres, GP or Mng Member** | ☐ Unliquidated | |
| | **P O Box 631025** | ☐ Disputed | |
| | **Cincinnati, OH 45263-1025** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number __7888__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$338.21** |
|---|---|---|---|
| | **Cintas First Aid & Safety 343** | ☐ Contingent | |
| | **Attn: Pres, GP or Mng Member** | ☐ Unliquidated | |
| | **PO Box 633842** | ☐ Disputed | |
| | **Cincinnati, OH 45263** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number __7190__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,029.66** |
|---|---|---|---|
| | **CISIVE** | ☐ Contingent | |
| | **Attn: Pres, GP or Mng Member** | ☐ Unliquidated | |
| | **PO Box 36460** | ☐ Disputed | |
| | **Newark, NJ 07188-6460** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number __CY22__ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,943.84**

**Clarke Avenue Properties, LLC**
**Attn: Pres, GP or Mng Member**
**Bob Frahm**
**P.O. Box 751**
**Diablo, CA 94528**

Date(s) debt was incurred _

Last 4 digits of account number  **rdCT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$793.55**

**COGENCY GLOBAL INC**
**Attn: Pres, GP or Mng Member**
**10 E 40th St**
**10th Floor**
**NEW YORK, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number  **B17G**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,902.39**

**COMCAST**
**Attn: Pres, GP or Mng Member**
**PO BOX 37601**
**Philadelphia, PA 19101-0601**

Date(s) debt was incurred _

Last 4 digits of account number  **2444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$308.86**

**COMCAST BUSINESS**
**Attn: Pres, GP or Mng Member**
**PO BOX 3001**
**SOUTHEASTERN, PA 19398-3001**

Date(s) debt was incurred _

Last 4 digits of account number  **4674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$379.96**

**Comcast Business**
**Attn: Pres, GP or Mng Member**
**PO BOX 3001**
**SOUTHEASTERN, PA 19398-3001**

Date(s) debt was incurred _

Last 4 digits of account number  **3580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,365.04**

**COMCAST BUSINESS**
**Attn: Pres, GP or Mng Member**
**P O BOX 37601**
**Philadelphia, PA 19101-0601**

Date(s) debt was incurred _

Last 4 digits of account number  **8879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,958.10**

**COMCAST SPOTLIGHT**
**Attn: Pres, GP or Mng Member**
**12964 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number  **3975**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,470.91** |
|---|---|---|---|

**ComEd**
Attn: Pres, GP or Mng Member
P O BOX 6111
Carol Stream, IL 60197-6111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number __1029__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,387.68** |
|---|---|---|---|

**COMPSYCH CANADA LTD**
Attn: Pres, GP or Mng Member
P O BOX 15802 STATION A
Toronto, ON  M5W 1C1
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,873.14** |
|---|---|---|---|

**Computer Alternative Process**
Attn: Pres, GP or Mng Member
2 Blue Hill Plaza
PO Box 1571
Pearl River, NY 10965

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number __Servicom__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,805.71** |
|---|---|---|---|

**Connors Basics**
Attn: Laurie Carroll
P.O. Box 443, 350 Charlotte Street
Sydney, NS  B1P 6H2
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number __ROWE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,081.06** |
|---|---|---|---|

**Constellation New Energy, Inc.**
Attn: Pres, GP or Mng Member
P O BOX 4640
CAROL STREAM, IL 60197-4640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number __3806__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,811.24** |
|---|---|---|---|

**Constellation New Energy, Inc.**
Attn: Pres, GP or Mng Member
P O BOX 4640
CAROL STREAM, IL 60197-4640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number __3807__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$76,856.17** |
|---|---|---|---|

**Crombie REIT**
Attn: Marian Cormier
610 East River Rd Suite 200
New Glasgow, NS  B2H 3S2
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number __LSERVCANA__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,526.01**

**CSI LEASING CANADA LTD**
**Attn: Kathi Shamel**
**PO BOX 57173, STN A**
**TORONTO, ON  M5W 5M5**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **2001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,525.28**

**Curvature, Inc**
**Attn: Pres, GP or Mng Member**
**6500 Hollister Ave, Ste 210**
**Santa Barbara, CA 93117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1169**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Debra Brown**
**c/o Spielberger Law Group**
**202 S. Hoover Blvd.**
**Tampa, FL 33609**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,865.76**

**Dell Business Credit**
**Attn: Pres, GP or Mng Member**
**Payment Processing Center**
**PO 5275**
**CAROL STREAM, IL 60197-5275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1227**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,851.00**

**DriveSavers, Inc**
**Attn: Pres, GP or Mng Member**
**400 Bel Marin Keys Blvd**
**Novato, CA 94949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **ServiCom**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$949.78**

**EASTLINK**
**Attn: Pres, GP or Mng Member**
**PO BOX 8600**
**HALIFAX, NS  B3K 5M2**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **4400**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,963.03**

**EASTLINK**
**Attn: Pres, GP or Mng Member**
**P O BOX 8600**
**HALIFAX, NS  B3K 5M2**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **4681**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (*if known*) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

**3.66**

Nonpriority creditor's name and mailing address

**Eastlink**
**Attn: Ann Whiting**
**PO Box 8600**
**Halifax, NS  B3K 5M2**
**Canada**

Date(s) debt was incurred  __

Last 4 digits of account number  **3886**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$7,787.10

---

**3.67**

Nonpriority creditor's name and mailing address

**EMG TRANSFER PRICING EXPERTS**
**Attn: Pres, GP or Mng Member**
**140 Younge St, Ste. 200**
**TORONTO, ON  M5C 1X6**
**Canada**

Date(s) debt was incurred  __

Last 4 digits of account number  **SERVICOM**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$10,735.00

---

**3.68**

Nonpriority creditor's name and mailing address

**EMPIRE INTERNATIONAL, LTD**
**Attn: Pres, GP or Mng Member**
**P O BOX 8000 DEPT 937**
**BUFFALO, NY 14267-0002**

Date(s) debt was incurred  __

Last 4 digits of account number  **4025**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$1,055.14

---

**3.69**

Nonpriority creditor's name and mailing address

**Enterprise Cape Breton Corp**
**Attn: Mr. Archie Gallagher**
**P.O. Box 1750**
**Sydney, Nova Scotia B1P 6T7**
**Canada**

Date(s) debt was incurred  __

Last 4 digits of account number  **3878**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$12,659.02

---

**3.70**

Nonpriority creditor's name and mailing address

**Enterprise Cape Breton Corp**
**Attn: Mr. Archie Gallagher**
**P.O. Box 1750**
**Sydney, Nova Scotia B1P 6T7**
**Canada**

Date(s) debt was incurred  __

Last 4 digits of account number  **7471**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$43,292.68

---

**3.71**

Nonpriority creditor's name and mailing address

**EScreen**
**Attn: Pres, GP or Mng Member**
**P O BOX 654094**
**DALLAS, TX 75265-4094**

Date(s) debt was incurred  __

Last 4 digits of account number  **0000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$19,756.00

---

**3.72**

Nonpriority creditor's name and mailing address

**Federal Express**
**Attn: Pres, GP or Mng Member**
**PO Box 371461**
**Pittsburg, PA 15250-7461**

Date(s) debt was incurred  __

Last 4 digits of account number  **5761**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$74.83

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

**3.73** | Nonpriority creditor's name and mailing address

**FERGUSON**
Attn: Pres, GP or Mng Member
PO BOX 802817
CHICAGO, IL 60680-2817

Date(s) debt was incurred _

Last 4 digits of account number **5154**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$562.79

---

**3.74** | Nonpriority creditor's name and mailing address

**FRONTIER**
Attn: Pres, GP or Mng Member
PO BOX 740407
CINCINNATI, OH 45274-0407

Date(s) debt was incurred _

Last 4 digits of account number **8175**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$92.24

---

**3.75** | Nonpriority creditor's name and mailing address

**FRONTIER COMMUNICATIONS**
Attn: Pres, GP or Mng Member
P O BOX 20550
ROCHESTER, NY  14602-0550 USA

Date(s) debt was incurred _

Last 4 digits of account number **0085**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$235.04

---

**3.76** | Nonpriority creditor's name and mailing address

**GORDON & REES LLP**
Attn: Pres, GP or Mng Member
111 BROADWAY SUITE 1700
OAKLAND, CA 94607

Date(s) debt was incurred _

Last 4 digits of account number **5553**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$357.00

---

**3.77** | Nonpriority creditor's name and mailing address

**Greenleaves Interior Landscap**
Attn: Pres, GP or Mng Member
PO Box 316
Derby, CT 06418

Date(s) debt was incurred _

Last 4 digits of account number **SERV**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$342.99

---

**3.78** | Nonpriority creditor's name and mailing address

**Groupecho Canada Inc**
Attn: Pres, GP or Mng Member
405 Sackville Dr., Ste 204
LOWER SACKFILLE, NS  B4C 2R9
Canada

Date(s) debt was incurred _

Last 4 digits of account number **0638**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,511.60

---

**3.79** | Nonpriority creditor's name and mailing address

**Guardian Alarm & Security**
Attn: Pres, GP or Mng Member
Box 1630, 484 Grand Lake Rd.
Sydney, NS  B1P 5S8
Canada

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,275.35

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,375.86** |
|---|---|---|---|
| | **HEADSET PARTS UNLIMITED**<br>**Attn: Pres, GP or Mng Member**<br>**1551 Philadelphia Ave**<br>**Egg Harbor City, NJ 08215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,403.41** |
|---|---|---|---|
| | **HEADSETTERS**<br>**Attn: Pres, GP or Mng Member**<br>**7758 Cass Street**<br>**Omaha, NE 68114-3609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Business debt** | |
| | Last 4 digits of account number  **ER07** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$181.29** |
|---|---|---|---|
| | **Hewlett-Packard FSC**<br>**Attn: Pres, GP or Mng Member**<br>**P.O. BOX 402582**<br>**Atlanta, GA 30384-2582** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,136.88** |
|---|---|---|---|
| | **Iron Mountain**<br>**Attn: Pres, GP or Mng Member**<br>**PO BOX 27128**<br>**New York, NY 10087-7128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Business debt** | |
| | Last 4 digits of account number  **ICOM** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,111.27** |
|---|---|---|---|
| | **Iron Mountain  Off Site**<br>**Attn: Pres, GP or Mng Member**<br>**PO BOX 27129**<br>**New York, NY 10087-7129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Business debt** | |
| | Last 4 digits of account number  **icom** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$664.56** |
|---|---|---|---|
| | **Iron Mountain Off Site**<br>**Attn: Pres, GP or Mng Member**<br>**PO BOX 27129**<br>**New York, NY 10087-7129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Business debt** | |
| | Last 4 digits of account number  **ICOM** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,857.01** |
|---|---|---|---|
| | **ITC Telecom Technology, LLC**<br>**Attn: Braun Mincher**<br>**2639 E. Mulberry Street**<br>**Suite 10**<br>**Fort Collins, CO 80525** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,510.50** |
|---|---|---|---|

**JACKSON LEWIS P.C.**
**Attn: Pres, GP or Mng Member**
**220 HEADQUARTERS PLAZA**
**EAST TOWERS 7TH FLOOR**
**Morristown, NJ  07960 United States**

Date(s) debt was incurred _

Last 4 digits of account number  **3489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$561.50** |
|---|---|---|---|

**JOHNSTON LAW FIRM LLC**
**Attn: Pres, GP or Mng Member**
**75 MIDLAND AVENUE**
**SUITE 1**
**MONTCLAIR, NJ 07042**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin Roland**
**Attn: John Billhorn, Esq**
**53 W. Jackson Blvd.**
**Room 840**
**Chicago, IL 60604**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,799.62** |
|---|---|---|---|

**LIONHEART MAINTENANCE LLC**
**Attn: Pres, GP or Mng Member**
**1305 Fulton Street**
**Rahway, NJ 07065**

Date(s) debt was incurred _

Last 4 digits of account number  **Servicom/JNET**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,250.00** |
|---|---|---|---|

**LIVEVOX, INC**
**Attn: Pres, GP or Mng Member**
**PO BOX 775337**
**CHICAGO, IL  60677-5337 USA**

Date(s) debt was incurred _

Last 4 digits of account number  **4982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$599.65** |
|---|---|---|---|

**M SPINELLO & SON**
**Attn: Pres, GP or Mng Member**
**522 CHESNUT STREET**
**PO BOX 1116**
**ROCKFORD, IL 61105**

Date(s) debt was incurred _

Last 4 digits of account number  **8456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,156.43** |
|---|---|---|---|

**Mac Murray & Shuster LLP**
**Attn: Pres, GP or Mng Member**
**6530 West Campus Oval**
**Suite 210**
**New Albany, OH 43054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1409**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$710.70** |
|---|---|---|---|

**MAGNETSIGN C.B.**
**Attn: Craig Boudreau**
**108-69 KINGS ROAD**
**SYDNEY, NS  B1S 3X4**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account
number  **SERVICOM PROPERTY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,516.68** |
|---|---|---|---|

**MASERGY**
**Attn: Pres, GP or Mng Member**
**PO BOX 733938**
**DALLAS, TX 75373-3938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **2056**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$359.54** |
|---|---|---|---|

**Mediacom**
**Attn: Pres, GP or Mng Member**
**PO Box 5744**
**Carol Stream, IL 60197-5744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **7808**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$146.14** |
|---|---|---|---|

**Michalsen Office Furniture, Inc.**
**Attn: Pres, GP or Mng Member**
**8014 North Second Street**
**Machensey Park, IL 61115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michelle Curtix**
**c/o Spielberger Law Group**
**202 S. Hoover Blvd.**
**Tampa, FL 33609**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11.67** |
|---|---|---|---|

**Michigan Dept. of Treasury**
**Collection Services Bureau**
**P.O. Box 30199**
**Lansing, MI 48909-7699**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Interest on late taxes**

Last 4 digits of account number  **Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,624.36** |
|---|---|---|---|

**Mindshift Technologies**
Attn: Pres, GP or Mng Member
309 Waverley Oaks Road
Waltham, MA 02452

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **JNET/SERVICOM**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,710.33** |
|---|---|---|---|

**NICHOLSON HARDWARE**
Attn: Pres, GP or Mng Member
1131 SECOND AVE
ROCKFORD, IL 61104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **SERVICOM**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$209.80** |
|---|---|---|---|

**Nicor Gas**
Attn: Pres, GP or Mng Member
PO BOX 5407
Carol Stream, IL 60197-5407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **8626**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$242.33** |
|---|---|---|---|

**Nicor Gas**
Attn: Pres, GP or Mng Member
PO BOX 5407
CAROL STREAM, IL 60197-5407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **5135**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244.16** |
|---|---|---|---|

**Nicor Gas**
Attn: Pres, GP or Mng Member
P.O. Box 5407
Carol Stream, IL 60197-5407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **0000**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.33** |
|---|---|---|---|

**North Park Public Water**
Attn: Pres, GP or Mng Member
1350 TURRET DRIVE
MACHESNEY PARK, IL 61115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **0000**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,079.15** |
|---|---|---|---|

**Nova Scotia Power, Inc.**
Attn: Pres, GP or Mng Member
P.O. Box 848
Halifax, NS  B3J 2V7
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **2035**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.87** |
|---|---|---|---|

**Office Interiors**
**Attn: Pres, GP or Mng Member**
**656 Windmill Road**
**Darthmouth, NS  B3B 1B8**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number  2801**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.88** |
|---|---|---|---|

**Office Interiors**
**Attn: Pres, GP or Mng Member**
**656 Windmill Road**
**Dartmouth, NS  B3B 1B8**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number  3604**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$809.54** |
|---|---|---|---|

**Office Interiors**
**Attn: Lise Noel**
**656 Windmill Road**
**Dartmouth, NS  B3B 1B8**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number  4501**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,005.87** |
|---|---|---|---|

**Office Interiors**
**Attn: Tiffany Mitchell**
**656 Windmill Road**
**Dartmouth, NS  B3B 1B8**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number  0404**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$805.80** |
|---|---|---|---|

**OPTIMUM**
**Attn: Pres, GP or Mng Member**
**PO Box 742698**
**CINCINATTI, OH 45274-2698**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number  4019**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$414.00** |
|---|---|---|---|

**Orkin Canada Corporation**
**Attn: Pres, GP or Mng Member**
**5840 Falbourne Street**
**Mississauga, ON  L5R 4B5**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number  9397**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$253.71** |
|---|---|---|---|

**Orkin Pest Control**
**Attn: Pres, GP or Mng Member**
**200 Main Street**
**Suite C**
**Monroe, CT 06468-1174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **4276**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,246.00** |
|---|---|---|---|

**ORKIN, 614-ROCKFORD, IL**
**Attn: Pres, GP or Mng Member**
**PO BOX 8619**
**ROCKFORD, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **0674**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,377.75** |
|---|---|---|---|

**Patten Industries, Inc.**
**Attn: Pres, GP or Mng Member**
**75 REMITTANCE DRIVE**
**DEPT 3173**
**Chicago, IL 60675-3173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **0280**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$306.67** |
|---|---|---|---|

**Pattison Outdoor Advertising**
**Attn: Jake Alward**
**2700 Matheson Blvd East, Ste. 500, West**
**Missisauga, ON  L4W 4V9**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **SERCANA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,784.69** |
|---|---|---|---|

**PER MAR Security Services**
**Attn: Pres, GP or Mng Member**
**PO Box 1101**
**Davenport, IA 52805-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **0931**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,001.12** |
|---|---|---|---|

**PER MAR SECURITY SERVICES**
**Attn: Pres, GP or Mng Member**
**PO BOX 1101**
**Davenport, IA 52805-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **5586**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,024.10** |
|---|---|---|---|

**PER MAR SECURITY SERVICES**
**Attn: Pres, GP or Mng Member**
**P O BOX 1101**
**Davenport, IA 52805-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **9294**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.00 |
|---|---|---|---|

**Pitney Bowes Global Financial**
**Attn: Pres, GP or Mng Member**
**P O BOX 371887**
**Pittsburg, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **8738**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $436.29 |
|---|---|---|---|

**Pitney Bowes Global Financial**
**Attn: Pres, GP or Mng Member**
**PO Box 371887**
**Pittsburgh, PA 15250-7887 USA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **6053**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.05 |
|---|---|---|---|

**Pitney Bowes Purchase Power**
**Attn: Pres, GP or Mng Member**
**PO BOX 371874**
**Pittsburg, PA  15250 USA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **3802**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.94 |
|---|---|---|---|

**Pitney Bowes Purchase Power**
**Attn: Pres, GP or Mng Member**
**P O BOX 371874**
**Pittsburg, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **9159**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,405.38 |
|---|---|---|---|

**Pro-Source Distributors Inc**
**Attn: Pres, GP or Mng Member**
**2613 11TH STREET**
**ROCKFORD, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **481E**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,584.22 |
|---|---|---|---|

**Pro-Source Distributors Inc**
**Attn: Pres, GP or Mng Member**
**2613 11TH STREET**
**ROCKFORD, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **830E**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,206.85 |
|---|---|---|---|

**Pro-Source Distributors Inc**
**Attn: Pres, GP or Mng Member**
**2613 11th STREET**
**ROCKFORD, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **424E**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rebecca Bramelet**
**c/o Stephan Zouras, LLP**
**100 North Riverside Plaza**
**Suite 2150**
**Chicago, IL 60606**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,216.98** |
|---|---|---|---|

**RKDixon**
**Attn: Pres, GP or Mng Member**
**P O BOX 856699**
**MINNEAPOLIS, MN 55485-6699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number  **6079**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$952.60** |
|---|---|---|---|

**Rock River Service Co**
**Attn: Pres, GP or Mng Member**
**2222 Charles Street**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1216**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124.94** |
|---|---|---|---|

**ROCK RIVER WATER RECLAMATION**
**Attn: Pres, GP or Mng Member**
**P O BOX 6207**
**ROCKFORD, IL 61125-1207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number  **02HR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.75** |
|---|---|---|---|

**Scotia Recycling Limited**
**Attn: Pres, GP or Mng Member**
**2 Davison Street, PO Box 142**
**Hantsport, NS  B0P 1P0**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1200**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,985.97** |
|---|---|---|---|

**SECURISEA**
**Attn: Pres, GP or Mng Member**
**201 Spear Street**
**Suite 1100**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,067.80 |
|---|---|---|---|

**SENSUS COMMUNICATION SOL**
Attn: Pres, GP or Mng Member
124-5589 BYRNE RD
BURNABY, BC  V5J 3J4
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business debt**

**Last 4 digits of account number  SERVICOM CANADA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $977.50 |
|---|---|---|---|

**Shine Bright Advertising**
Attn: Pres, GP or Mng Member
500 Prince Street
Sydney, NS  B1P 5L9
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $999.14 |
|---|---|---|---|

**SHRED-IT USA LLC**
Attn: Pres, GP or Mng Member
28883 NETWORK PLACE
CHICAGO, IL 60673-1288

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business debt**

**Last 4 digits of account number  4139**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,167.79 |
|---|---|---|---|

**Single Source Telecom**
Attn: Pres, GP or Mng Member
4901 E Dry Creek Rd
Suite 170
Centennial, CO 80122-1957

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business debt**

**Last 4 digits of account number  5268**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,421.48 |
|---|---|---|---|

**Staples Business Advantage**
Attn: Pres, GP or Mng Member
PO Box 70242
Philadelphia, PA 19176-0242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business debt**

**Last 4 digits of account number  1371**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $842.54 |
|---|---|---|---|

**SUPERIOR PROPANE**
Attn: Pres, GP or Mng Member
P O BOX 4568, STN A
TORONTO, ON  M5W 0J5
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Business debt**

**Last 4 digits of account number  0395**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$290.67**

TDS
Attn: Pres, GP or Mng Member
P O BOX 94510
Palatine, IL 60094-4510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **0026**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$309.58**

TDS
Attn: Pres, GP or Mng Member
PO BOX 94510
Palatine, IL 60094-4310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **9371**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$809.52**

TDS
Attn: Pres, GP or Mng Member
PO Box 94510
Palatine, IL 60094-4510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **0622**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,400.00**

TELEOPTI INC - ACCOUNTING
Attn: Pres, GP or Mng Member
5619 DTC PARKWAY
SUITE 910
GREENWOOD VILLAGE, CO 80111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **1541**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$188.36**

THE SHERWIN-WILLIAMS CO
Attn: Pres, GP or Mng Member
4923 E STATE ST
ROCKFORD, IL 61108-2210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account
number **JOHN A PORTUESE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$458.48**

TIAA Bank
Attn: Pres, GP or Mng Member
P O BOX 911608
Denver, CO 80291-1608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **3319**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,012.94**

TIAA Commerical Finance, Inc
Attn: Pres, GP or Mng Member
P O BOX 911608
Denver, CO 80291-1608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **9131**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$110.57** |
|---|---|---|---|

**TimePayment Corp.**
**Attn: Pres, GP or Mng Member**
**PO BOX 3069**
**Woburn, MA 01888-1969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **0554**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.06** |
|---|---|---|---|

**ULINE SHIPPING SUPPLIES**
**Attn: Pres, GP or Mng Member**
**PO BOX 88741**
**CHICAGO, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **0017**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,054.08** |
|---|---|---|---|

**United Illuminating Company**
**Attn: Pres, GP or Mng Member**
**PO Box 9230**
**Chelsea, MA 02150-9230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **7079**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,703.20** |
|---|---|---|---|

**USB EQUIPMENT FINANCE**
**Attn: Pres, GP or Mng Member**
**2330 Interstate 30**
**Mesquitem, TX 75150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **7235**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,723.09** |
|---|---|---|---|

**VAR TECHNOLOGY FINANCE**
**Attn: Pres, GP or Mng Member**
**P O BOX 7904748**
**ST LOUIS, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **7235**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,930.93** |
|---|---|---|---|

**VARILEASE FINANCE, INC**
**Attn: Pres, GP or Mng Member**
**6340 South 3000 East**
**4th Floor**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **2601**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,227.36** |
|---|---|---|---|

**VERISTOR SYSTEMS, INC.**
**Attn: Pres, GP or Mng Member**
**4850 RIVER GREEN PARKWAY**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **5488**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number (if known) | **18-31722** |
|---|---|---|---|
| | Name | | |

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,331.68**

WINDSTREAM
Attn: Pres, GP or Mng Member
P O BOX 9001013
Louisville, KY 40290-1013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **0863**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$127,155.94**

WINDSTREAM COMMUNICATIONS
Attn: Pres, GP or Mng Member
P O BOX 843006
Kansas City, MO 64184-3006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **8306**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00**

WORKPLACE STAFFING
Attn: Pres, GP or Mng Member
4701 E State Street
ROCKFORD, IL 61108-2206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **1940**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$379.67**

WORLDWIDE EXPRESS
Attn: Pres, GP or Mng Member
NW 6355
PO Box 1450
Minneapolis, MN 55485-6355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **92R1**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,474.68**

XEROX FINANCIAL SERVICES
Attn: Pres, GP or Mng Member
P O BOX 202882
DALLAS, TX 75320-2882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **7001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,013.04**

XEROX FINANCIAL SERVICES
Attn: Pres, GP or Mng Member
P O BOX 202882
DALLAS, TX 75320-2882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **7002**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,917.55**

Zen Communications, LLC
Attn: Pres, GP or Mng Member
305 W. Magnolia Street
#333
Fort Collins, CO 80521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business debt**

Last 4 digits of account number  **1002**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ServiCom LLC** | | Case number (if known) | **18-31722** |
|---|---|---|---|---|
| | Name | | | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,916.00** |
|---|---|---|---|

**ZOHO Corporation**
**Attn: Pres, GP or Mng Member**
**PO Box 742760**
**Los Angeles, CA 90074-2760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business debt

Last 4 digits of account number **Servicom LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **1,801,438.22** |
| 5c. Total of Parts 1 and 2 | 5c. | $ | **1,801,438.22** |
| Lines 5a + 5b = 5c. | | | |

**Fill in this information to identify the case:**

Debtor name    **ServiCom LLC**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   **18-31722**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office Rental 175 Executive Parkway, Rockland, IL 61107** | |
| | State the term remaining | **45 Months** | **175 Executive, LLC Attn: Pres., GP., or Mng. Mbr. 6801 Spring Creek Road Rockford, IL 61114** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **3 Year Service Contract beginning January, 2016** | |
| | State the term remaining | **3 months** | **ALPHA Controls & Services LLC Attn: Pres, GP or Mng Member 4104 Charles Street Rockford, IL 61108** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Office Rental 9942 N. Alpine Road, Machesney Park, IL 61115** | |
| | State the term remaining | **45 Months** | **Aspen Business Center One LLC Attn: Pres., GP., or Mng. Mbr. 1639 North Alpine Road Suite 301 Rockford, IL 61107** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **All equipment covered by leases** | |
| | State the term remaining | | **Axis Capital Attn: Pres., GP., or Mng. Mbr. 308 N. Locust Street, Ste. 100 Grand Island, NE 68801** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor 1 | ServiCom LLC | | | Case number *(if known)* | 18-31722 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Office Rental 10100 Forest Hills Road, Machesney Park, IL 61115 | |
|---|---|---|---|
| | State the term remaining | 34 Months | Ballard Properties Attn: Pres., GP., or Mng. Mbr. 1670 North Alpine Road Rockford, IL 61107 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Lease | |
|---|---|---|---|
| | State the term remaining | 6 | Bryn Mawr Royal Bank America Attn: Pres., GP., or Mng. Mbr. 550 Township Line Road Suite 425 Blue Bell, PA 19422 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Office Rental 155 Hill Street, Milford, CT 06460 | |
|---|---|---|---|
| | State the term remaining | 15 Months | Clarke Avenue Properties, LLC Attn: Pres., GP., or Mng. Mbr. PO Box 751 Diablo, CA 94528 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | All computer equipment re lease | |
|---|---|---|---|
| | State the term remaining | | Dell Financial Services LLC Attn: Pres., GP., or Mng. Mbr. 12234 N. IH-35, Bldg. B Austin, TX 78753 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Lease | |
|---|---|---|---|
| | State the term remaining | | Everbank Commercial Finance TIAA Commerical Finance, Inc. Attn: Pres., GP., or Mng. Mbr. PO Box 911608 Denver, CO 80291 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Lease | |
|---|---|---|---|
| | State the term remaining | 17 | GrowthFunding Equip. Finance Attn: Pres., GP., or Mng. Mbr. 2691 West 12600 South Riverton, UT 84065 |
| | List the contract number of any | | |

| Debtor 1 | ServiCom LLC | | | Case number *(if known)* | **18-31722** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Phone IT Services** | |
|---|---|---|---|
| | State the term remaining | | **ITC Telecom Technology, LLC**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**2649 E. Mulberry Street**<br>**Suite 10**<br>**Fort Collins, CO 80524** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Pitney Bowes**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 371874**<br>**Pittsburgh, PA 15250** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | **4** | **VAR Finance Technology**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**2330 Interstate 30**<br>**Mesquite, TX 75150** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Combination Operating and Capital Lease collateralized by assets of the Company and used to finance equipment, software and services pursuant to "Master Lease Agreement," dated April 6, 2016** | |
|---|---|---|---|
| | State the term remaining | **5** | **Varilease Finance, Inc.**<br>**Attn: Pres, GP or Mng Member**<br>**6340 South 3000 East**<br>**4th Floor, Ste. 400**<br>**Salt Lake City, UT 84121** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Specific property and goods re lease** | |
|---|---|---|---|
| | State the term remaining | | **Veristor Capital LLC**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**4850 River Green Parkway**<br>**Duluth, GA 30096** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **ServiCom LLC**
_____        Case number (*if known*)  **18-31722**
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | **3** | **Xerox Financial Services LLC**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**45 Glover Avenue**<br>**Norwalk, CT 06856** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **ServiCom LLC**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   **18-31722**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **David Jefferson** | **23 Thistle Lane**<br>**Warren, NJ 07089** | **Everlasting Capital Corp.** | ■ D   **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **David Jefferson** | **23 Thistle Lane**<br>**Warren, NJ 07089** | **World Global Capital, LLC** | ■ D   **2.15**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **David Jefferson** | **23 Thistle Lane**<br>**Warren, NJ 07089** | **Everlasting Capital Corp.** | ■ D   **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **David Jefferson** | **23 Thistle Lane**<br>**Warren, NJ 07089** | **World Global Capital, LLC** | ■ D   **2.16**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **JNET Communications LLC** | **25 Independence Blvd.**<br>**Suite 103**<br>**Warren, NJ 07059** | **Coral Capital Solutions LLC** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | JNET Communications LLC | 25 Independence Blvd. Suite 103 Warren, NJ 07059 | Coral Capital Solutions LLC | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.7 | JNET Communications LLC | 25 Independence Blvd. Suite 103 Warren, NJ 07059 | GrowthFunding Equipment Fin | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.8 | JNET Communications LLC | 25 Independence Blvd. Suite 103 Warren, NJ 07059 | VFI KR SPE I LLC | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.9 | JNET Communications LLC | 25 Independence Blvd. Suite 103 Warren, NJ 07059 | Everlasting Capital Corp. | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.10 | JNET Communications LLC | 25 Independence Blvd. Suite 103 Warren, NJ 07059 | World Global Capital, LLC | ■ D __2.15__ ☐ E/F _____ ☐ G _____ |
| 2.11 | JNET Communications LLC | 25 Independence Blvd. Suite 103 Warren, NJ 07059 | Everlasting Capital Corp. | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.12 | JNET Communications LLC | 25 Independence Blvd. Suite 103 Warren, NJ 07059 | World Global Capital, LLC | ■ D __2.16__ ☐ E/F _____ ☐ G _____ |

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.13 | **Vitel Communications LLC** | **25 Independence Blvd., Suite 103 Warren, NJ 07059** | **Everlasting Capital Corp.** | ■ D    **2.6** ☐ E/F _____ ☐ G _____ |
| 2.14 | **Vitel Communications LLC** | **25 Independence Blvd., Suite 103 Warren, NJ 07059** | **World Global Capital, LLC** | ■ D    **2.15** ☐ E/F _____ ☐ G _____ |
| 2.15 | **Vitel Communications LLC** | **25 Independence Blvd., Suite 103 Warren, NJ 07059** | **Everlasting Capital Corp.** | ■ D    **2.7** ☐ E/F _____ ☐ G _____ |
| 2.16 | **Vitel Communications LLC** | **25 Independence Blvd., Suite 103 Warren, NJ 07059** | **World Global Capital, LLC** | ■ D    **2.16** ☐ E/F _____ ☐ G _____ |
| 2.17 | **Vitel Communications LLC** | **25 Independence Blvd., Suite 103 Warren, NJ 07059** | **GrowthFunding Equipment Fin** | ■ D    **2.9** ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |

Debtor name  **ServiCom LLC**

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known)  **18-31722**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | $18,321,291.32 |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | $29,467,201.18 |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | $34,477,532.86 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ServiCom LLC** | | Case number *(if known)* | **18-31722** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **Please see attached.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Justin Roland v. ServiCom LLC a/k/a JNET Company 17-cv-2846** | **Employment** | **IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **Debra Brown/Michelle Curtix v. ServiCom LLC and JNET Communications LLC 3:18-cv-50323** | **Class Action** | **IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.   **Rebecca Bramlet v. ServiCom LLC and JNET Communications LLC 3:18-cv-50333** | **Class Action** | **IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. **Brendalyn Langdon v. ServiCom LLC**<br>**17-cv-50185** | **Class Action** | **IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Zeisler & Zeisler, P.C.**<br>**10 Middle Street, 15th Floor**<br>**Bridgeport, CT 06604** | **Attorney Fees** | **10/17/18**<br>**$10,000**<br>**10/18/18**<br>**$140,000** | **$150,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor?<br>**JNET Communications LLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

| Debtor | **ServiCom LLC** | | Case number *(if known)* | **18-31722** |
|---|---|---|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **ServiCom LLC**                                     Case number *(if known)*   **18-31722**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  **ServiCom Canada, Ltd.**<br>**25 Independence Blvd., Suite 103**<br>**Warren, NJ 07059** | | **Dates business existed**<br><br>EIN:      86-8373275<br><br>**From-To** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Citrin Cooperman**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**539 Fifth Avenue**<br>**New York, NY 10017** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Citrin Cooperman**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**539 Fifth Avenue**<br>**New York, NY 10017** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **ServiCom LLC** | Case number *(if known)* | **18-31722** |
|---|---|---|---|

☐ None

| Name and address |
|---|
| 26d.1.  **Coral Capital Solutions LLC**<br>Attn: Mr. Jim Bertie<br>275 Madison Avenue<br>Suite 2014<br>New York, NY 10016 |

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **JNET Communications LLC** | **25 Independence Blvd., Suite 103<br>Warren, NJ 07059** | | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **JNET Communications LLC** | **EIN:    32-0085863** |

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **ServiCom LLC** | Case number *(if known)* **18-31722** |
|---|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  9, 2018**

**/s/ Eugene Caldwell**                                          **Eugene Caldwell**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

3. Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Creditor's Address | Date | Total amount | Reasons for payment or transfer |
|---|---|---|---|---|
| AT&T | PO Box 9005, Carol Stream, IL  60197-9005 | 7/23/2018 | 4,734.01 | AP Payment |
| SERVICOM EMPLOYEE FUND | 175 EXECUTIVE PKWY, ROCKFORD, IL  61107-5224 | 7/25/2018 | 540.74 | Employee Reimbursement |
| AEROTEK | 3689 COLLECTION CENTER DRIVE, CHICAGO, IL  60693 | 7/26/2018 | 10,000.00 | AP Payment |
| AMERICAN EXPRESS | PO BOX 1270, Newark, NJ  07101-1270 | 7/26/2018 | 6,093.24 | AP Payment |
| AMERICAN EXPRESS | PO Box 1270, Newark, NJ  07101-1270 | 7/26/2018 | 96.17 | AP Payment |
| Balboa Capital Corporation | 2010 Main Street 11th Floor, Irvine, CA  92614 | 7/26/2018 | 2,159.16 | AP Payment |
| Broadband Dynamics LLC | 8757 E Via de Commercio, First Floor, Scottsdale, AZ  85258 | 7/26/2018 | 20,476.72 | AP Payment |
| MASERGY | PO BOX 733938, DALLAS, TX  75373-3938 | 7/26/2018 | 30,306.70 | AP Payment |
| WINDSTREAM COMMUNICATIONS | P O BOX 843006, Kansas City, MO  64184-3006 | 7/26/2018 | 3,000.00 | AP Payment |
| ACC BUSINESS | PO BOX 105306, ATLANTA, GA  30348-5306 | 7/27/2018 | 1,060.17 | AP Payment |
| ADVANCED DISPOSAL SOLID WASTE MIDWEST | P O BOX 74008053, CHICAGO, IL  60674-8053 | 7/27/2018 | 200.93 | AP Payment |
| ADVANCED DISPOSAL SOLID WASTE MIDWEST-L | P O BOX 74008053, CHICAGO, IL  60674-8053 | 7/27/2018 | 518.08 | AP Payment |
| ADVANCED DISPOSAL, LLC | PO BOX 74008053, CHICAGO, IL  60674-8053 | 7/27/2018 | 196.88 | AP Payment |
| ALLIED UNIVERSAL | 161 WASHINGTON ST SUITE 600, EIGHT TOWER BRIDGE, CONSHOHOCKEN, PA  19428 | 7/27/2018 | 3,449.06 | AP Payment |
| Aramark Uniform Services | AUCA Rockford MC Lockbox, 25259 Network Place, Chicago, IL  60673-1256 | 7/27/2018 | 500.52 | AP Payment |
| ARAMARK UNIFORM SERVICES | 25259 NETWORK PLACE, CHICAGO, IL  60673-1211 | 7/27/2018 | 364.36 | AP Payment |
| AT&T Mobility | PO Box 6463, Carol Stream, IL  60197-6463 | 7/27/2018 | 9,398.95 | AP Payment |
| AT&T TeleConference Services | P O BOX 5002, CAROL STREAM, IL  60197-5002 | 7/27/2018 | 1,367.45 | AP Payment |
| ATT Interstate Dedicated Private Line | P O BOX 5019, CAROL STREAM, IL  60197 | 7/27/2018 | 7,232.34 | AP Payment |
| CINTAS | CINTAS CORPORATION LOCKBOX, PO BOX 631025, CINCINNATI, OH  45263-1025 | 7/27/2018 | 153.84 | AP Payment |
| CINTAS CORPORATION#355 | P O BOX 630921, CINCINNATI, OH  45263-0921 United States | 7/27/2018 | 544.84 | AP Payment |
| Cintas First Aid & Safety 0343 | P O Box 631025, Cincinnati, OH  45263-1025 | 7/27/2018 | 695.64 | AP Payment |
| Cintas First Aid & Safety 343 | PO Box 633842, Cincinnati, OH  45263 | 7/27/2018 | 124.49 | AP Payment |
| Clarke Avenue Properties, LLC | P.O. Box 751, Diablo, CA  94528 | 7/27/2018 | 6,167.40 | AP Payment |
| COMCAST | PO BOX 37601, Philadelphia, PA  19101-0601 | 7/27/2018 | 1,617.95 | AP Payment |
| COMCAST BUSINESS | P O BOX 37601, Philadelphia, PA  19101-0601 | 7/27/2018 | 7,673.16 | AP Payment |
| COMCAST BUSINESS | PO BOX 3001, SOUTHEASTERN, PA  19398-3001 | 7/27/2018 | 159.43 | AP Payment |
| Constellation New Energy, Inc. | P O BOX 4640, CAROL STREAM, IL  60197-4640 | 7/27/2018 | 3,545.97 | AP Payment |
| Constellation New Energy, Inc. | P O BOX 4640, CAROL STREAM, IL  60197-4640 | 7/27/2018 | 4,843.73 | AP Payment |
| EMPIRE INTERNATIONAL, LTD | P O BOX 8000 DEPT 937, BUFFALO, NY  14267-0002 | 7/27/2018 | 584.49 | AP Payment |
| EScreen | P O BOX 654094, DALLAS, TX  75265-4094 | 7/27/2018 | 6,361.00 | AP Payment |
| FRONTIER | PO BOX 740407, CINCINNATI, OH  45274-0407 | 7/27/2018 | 103.44 | AP Payment |
| HEADSET PARTS UNLIMITED | 1551 Philadelphia Ave, Egg Harbor City, NJ  08215 | 7/27/2018 | 5,261.50 | AP Payment |
| LIONHEART MAINTENANCE LLC | 1305 Fulton Street, Rahway, NJ  07065 | 7/27/2018 | 1,106.04 | AP Payment |
| Machesney Mini Warehouses | PO Box 10227, Loves Park, IL  61132-5958 | 7/27/2018 | 75.00 | AP Payment |
| Mediacom | PO Box 5744, Carol Stream, IL  60197-5744 | 7/27/2018 | 183.75 | AP Payment |
| Mindshift Technologies | 309 Waverley Oaks Road, Waltham, MA  02452 | 7/27/2018 | 5,312.18 | AP Payment |
| Nicor Gas | PO BOX 5407, Carol Stream, IL  60197-5407 | 7/27/2018 | 102.12 | AP Payment |
| OPTIMUM | PO Box 742698, CINCINNATI, OH  45274-2698 | 7/27/2018 | 402.90 | AP Payment |
| Pitney Bowes Global Financial Services | PO Box 371887, Pittsburgh, PA  15250-7887 USA | 7/27/2018 | 389.24 | AP Payment |
| Pro-Source Distributors Inc | 2613 11TH STREET, ROCKFORD, IL  61109 | 7/27/2018 | 1,307.31 | AP Payment |
| Pro-Source Distributors Inc | 2613 11th STREET, ROCKFORD, IL  61109 | 7/27/2018 | 1,568.83 | AP Payment |
| Pro-Source Distributors Inc | 2613 11TH STREET, ROCKFORD, IL  61109 | 7/27/2018 | 466.03 | AP Payment |
| PUBLIC STORAGE 24/7 | 4850 N MAIN ST, ROCKFORD, IL  61103 | 7/27/2018 | 110.00 | AP Payment |
| RKDixon | P O BOX 856699, MINNEAPOLIS, MN  55485-6699 | 7/27/2018 | 1,862.50 | AP Payment |

| | | | | |
|---|---|---|---|---|
| Rock River Service Co | 2222 Charles Street, Rockford, IL 61104 | 7/27/2018 | 952.60 | AP Payment |
| SHRED-IT USA LLC | 28883 NETWORK PLACE, CHICAGO, IL 60673-1288 | 7/27/2018 | 330.55 | AP Payment |
| Staples Business Advantage | PO Box 70242, Philadelphia, PA 19176-0242 | 7/27/2018 | 2,007.00 | AP Payment |
| TDS | P O BOX 94510, Palatine, IL 60094-4510 | 7/27/2018 | 147.36 | AP Payment |
| TDS | PO BOX 94510, Palatine, IL 60094-4310 | 7/27/2018 | 156.39 | AP Payment |
| TDS | PO Box 94510, Palatine, IL 60094-4510 | 7/27/2018 | 824.96 | AP Payment |
| TimePayment Corp. | PO BOX 3069, Woburn, MA 01888-1969 | 7/27/2018 | 55.29 | AP Payment |
| WINDSTREAM | P O BOX 9001013, Louisville, KY 40290-1013 | 7/27/2018 | 7,025.33 | AP Payment |
| WORLDWIDE EXPRESS | PO Box 1450, Minneapolis, MN 55485-6355 | 7/27/2018 | 189.54 | AP Payment |
| XEROX FINANCIAL SERVICES | P O BOX 202882, DALLAS, TX 75320-2882 | 7/27/2018 | 1,436.10 | AP Payment |
| 175 EXECUTIVE, LLC | 6801 SPRING CREEK RD, ROCKFORD, IL 61114 | 7/30/2018 | 34,308.21 | Rent |
| SERVICOM EMPLOYEE FUND | 175 EXECUTIVE PKWY, ROCKFORD, IL 61107-5224 | 7/30/2018 | 1,206.93 | Employee Reimbursement |
| SERVICOM EMPLOYEE FUND | 175 EXECUTIVE PKWY, ROCKFORD, IL 61107-5224 | 7/30/2018 | 899.00 | Employee Reimbursement |
| State of West Virginia State Tax Dept | REVENUE DIVISION, PO BOX 2666, Charleston, WV 25330-2666 | 7/30/2018 | 250.00 | AP Payment |
| The Division of Consumer Affairs | 124 Halsey Street, 7th Floor PO Box 45028, Newark, NJ 07101 | 7/30/2018 | 2,000.00 | AP Payment |
| ITC Telecom Technology, LLC | 2649 E. Mulberry Street, Suite 10, Fort Collins, CO 80524 USA | 8/1/2018 | 42,698.25 | AP Payment |
| VARILEASE FINANCE, INC | 6340 South 3000 East, 4th Floor, Salt Lake City, UT 84121 | 8/1/2018 | 40,930.93 | AP Payment |
| AEROTEK | 3689 COLLECTION CENTER DRIVE, CHICAGO, IL 60693 | 8/2/2018 | 10,073.25 | AP Payment |
| GrowthFunding Equipment Finance | 2691 West 12600 South, Riverton, UT 84065 | 8/2/2018 | 18,014.67 | AP Payment |
| Hewlett-Packard FSC | P.O. BOX 402582, Atlanta, GA 30384-2582 | 8/2/2018 | 181.29 | AP Payment |
| Mac Murray & Shuster LLP | 6530 West Campus Oval, Suite 210, New Albany, OH 43054 | 8/2/2018 | 18,979.51 | AP Payment |
| WINDSTREAM COMMUNICATIONS | P O BOX 843006, Kansas City, MO 64184-3006 | 8/2/2018 | 4,000.00 | AP Payment |
| WORLDWIDE EXPRESS | PO Box 1450, Minneapolis, MN 55485-6355 | 8/3/2018 | 183.95 | AP Payment |
| SERVICOM EMPLOYEE FUND | 10100 FOREST HILLS ROAD, MACHESNEY PARK, IL 61115-8234 | 8/6/2018 | 330.00 | Employee Reimbursement |
| SERVICOM EMPLOYEE FUND | 10100 FOREST HILLS ROAD, MACHESNEY PARK, IL 61115-8234 | 8/6/2018 | 250.00 | Employee Reimbursement |
| ComEd | P O BOX 6111, Carol Stream, IL 60197-6111 | 8/8/2018 | 6,699.17 | AP Payment |
| AEROTEK | 3689 COLLECTION CENTER DRIVE, CHICAGO, IL 60693 | 8/9/2018 | 10,060.65 | AP Payment |
| Broadband Dynamics LLC | 8757 E Via de Commercio, First Floor, Scottsdale, AZ 85258 | 8/9/2018 | 19,006.34 | AP Payment |
| JACKSON LEWIS P.C. | 220 HEADQUARTERS PLAZA, EAST TOWERS 7TH FLOOR, Morristown, NJ 07960 | 8/9/2018 | 18,386.80 | AP Payment |
| JOSEPH BALICE | 6594 E IL ROUTE 72, STILLMAN VALLEY, IL 61084 | 8/9/2018 | 132.44 | AP Payment |
| LIVEVOX, INC | PO BOX 775337, CHICAGO, IL 60677-5337 USA | 8/9/2018 | 20,100.00 | AP Payment |
| Mac Murray & Shuster LLP | 6530 West Campus Oval, Suite 210, New Albany, OH 43054 | 8/9/2018 | 4,000.00 | AP Payment |
| MASERGY | PO BOX 733938, DALLAS, TX 75373-3938 | 8/9/2018 | 26,984.66 | AP Payment |
| Mediacom | PO Box 5744, Carol Stream, IL 60197-5744 | 8/9/2018 | 183.75 | AP Payment |
| Melissa Winberg | 4116 PADDINGTON DRIVE, CEDAR FALLS, IA 50613 | 8/9/2018 | 413.18 | AP Payment |
| OPTIMUM | PO Box 742698, CINCINATTI, OH 45274-2698 | 8/9/2018 | 402.90 | AP Payment |
| Pitney Bowes Global Financial Services | P O BOX 371887, Pittsburg, PA 15250-7887 | 8/9/2018 | 34.03 | AP Payment |
| Pitney Bowes Global Financial Services | PO Box 371887, Pittsburgh, PA 15250-7887 USA | 8/9/2018 | 34.03 | AP Payment |
| Pitney Bowes Purchase Power | PO BOX 371874, Pittsburg, PA 15250 USA | 8/9/2018 | 217.00 | AP Payment |
| Rock River Service Co | 2222 Charles Street, Rockford, IL 61104 | 8/9/2018 | 476.30 | AP Payment |
| United Illuminating Company | PO Box 9230, Chelsea, MA 02150-9230 | 8/9/2018 | 1,067.60 | AP Payment |
| Zen Communications, LLC | 3700 S. College Ave Unit #102, Fort Collins, CO 80525 | 8/9/2018 | 13,125.00 | AP Payment |
| WORLDWIDE EXPRESS | PO Box 1450, Minneapolis, MN 55485-6355 | 8/10/2018 | 209.91 | AP Payment |
| SERVICOM EMPLOYEE FUND | 175 EXECUTIVE PKWY, ROCKFORD, IL 61107-5224 | 8/13/2018 | 1,464.65 | Employee Reimbursement |
| Servicom Employee Fund | 9942 North Alpine Road, Machesney Park, IL 61115 | 8/13/2018 | 459.00 | Employee Reimbursement |
| Servicom Employee Fund | 9942 North Alpine Road, Machesney Park, IL 61115 | 8/13/2018 | 807.88 | Employee Reimbursement |
| SERVICOM EMPLOYEE FUND | 10100 FOREST HILLS ROAD, MACHESNEY PARK, IL 61115-8234 | 8/14/2018 | 2,740.00 | Employee Reimbursement |

| | | | | |
|---|---|---|---|---|
| Servicom Employee Fund | 9942 North Alpine Road, Machesney Park, IL 61115 | 8/14/2018 | 2,265.00 | Employee Reimbursement |
| Bryn Mawr- RBAL LEASING L.P. | 550 TOWNSHIP LINE RD, SUITE 425, BLUE BELL, PA 19422 | 8/15/2018 | 4,494.65 | AP Payment |
| USB EQUIPMENT FINANCE | 1310 Madrid Street, Suite 101, Marshall, MN 56258-4002 | 8/15/2018 | 1,703.20 | AP Payment |
| VAR TECHNOLOGY FINANCE | P O BOX 7904748, ST LOUIS, MO 63179-0448 | 8/15/2018 | 7,723.09 | AP Payment |
| WINDSTREAM | P O BOX 9001013, Louisville, KY 40290-1013 | 8/15/2018 | 6,967.19 | AP Payment |
| AEROTEK | 3689 COLLECTION CENTER DRIVE, CHICAGO, IL 60693 | 8/16/2018 | 10,000.00 | AP Payment |
| HEADSETTERS | 7758 Cass Street, Omaha, NE 68114-3609 | 8/16/2018 | 16,846.42 | AP Payment |
| JACKSON LEWIS P.C. | 220 HEADQUARTERS PLAZA, EAST TOWERS 7TH FLOOR, Morristown, NJ 07960 | 8/16/2018 | 12,074.08 | AP Payment |
| Mac Murray & Shuster LLP | 6530 West Campus Oval, Suite 210, New Albany, OH 43054 | 8/16/2018 | 4,000.00 | AP Payment |
| WINDSTREAM COMMUNICATIONS | P O BOX 843006, Kansas City, MO 64184-3006 | 8/16/2018 | 4,000.00 | AP Payment |
| AT&T TeleConference Services | P O BOX 5002, CAROL STREAM, IL 60197-5002 | 8/17/2018 | 1,763.81 | AP Payment |
| SERVICOM EMPLOYEE FUND | 175 EXECUTIVE PKWY, ROCKFORD, IL 61107-5224 | 8/17/2018 | 786.32 | Employee Reimbursement |
| WORLDWIDE EXPRESS | PO Box 1450, Minneapolis, MN 55485-6355 | 8/17/2018 | 163.59 | AP Payment |
| WORKPLACE STAFFING | 4701 E State Street, ROCKFORD, IL 61108-2206 | 8/22/2018 | 1,500.00 | AP Payment |
| ABB Power Protection LLC | 27583 Network Place, Chicago, IL 60673-1275 | 8/23/2018 | 5,148.25 | AP Payment |
| ALPHA CONTROLS & SERVICES LLC | 4104 CHARLES STREET, ROCKFORD, IL 61108 | 8/23/2018 | 230.00 | AP Payment |
| Amy Galvin | 602 Fireside Drive, Cedar Falls, IA 50613 | 8/23/2018 | 172.50 | Employee Reimbursement |
| Aramark Uniform Services | AUCA Rockford MC Lockbox, 25259 Network Place, Chicago, IL 60673-1256 | 8/23/2018 | 514.01 | AP Payment |
| ARAMARK UNIFORM SERVICES | 25259 NETWORK PLACE, CHICAGO, IL 60673-1211 | 8/23/2018 | 355.12 | AP Payment |
| ATOS IT Solutions and Services, Inc | DEPT 781177, PO BOX 78000, DETROIT, MI 48278-1177 | 8/23/2018 | 681.76 | AP Payment |
| ATT | PO Box 5019, Carol Stream, IL 60197-5019 | 8/23/2018 | 513.53 | AP Payment |
| ATT | PO Box 5080, Carol Stream, IL 60197-5080 | 8/23/2018 | 367.07 | AP Payment |
| CDW Direct, LLC | P.O. Box 75723, Chicago, IL 60675-5723 | 8/23/2018 | 233.64 | AP Payment |
| CINTAS CORPORATION#355 | P O BOX 630921, CINCINNATI, OH 45263-0921 United States | 8/23/2018 | 681.05 | AP Payment |
| Cintas First Aid & Safety 0343 | P O Box 631025, Cincinnati, OH 45263-1025 | 8/23/2018 | 684.15 | AP Payment |
| Cintas First Aid & Safety 343 | PO Box 633842, Cincinnati, OH 45263 | 8/23/2018 | 170.44 | AP Payment |
| CISIVE | PO Box 36460, Newark, NJ 07188-6460 | 8/23/2018 | 475.17 | AP Payment |
| Comcast Business | PO BOX 3001, SOUTHEASTERN, PA 19398-3001 | 8/23/2018 | 189.97 | AP Payment |
| Crescent Electric Supply Co. | P O BOX 500, EAST DUBLIQUE, IL 61025-4418 USA | 8/23/2018 | 352.32 | AP Payment |
| FERGUSON | PO BOX 802817, CHICAGO, IL 60680-2817 | 8/23/2018 | 57.83 | AP Payment |
| FRONTIER | PO BOX 740407, CINCINNATI, OH 45274-0407 | 8/23/2018 | 103.46 | AP Payment |
| FRONTIER COMMUNICATIONS | P O BOX 20550, ROCHESTER, NY 14602-0550 USA | 8/23/2018 | 106.17 | AP Payment |
| GreatData.com | PO Box 1999, Andrews, NC 28901 | 8/23/2018 | 575.00 | AP Payment |
| Greenleaves Interior Landscaping | PO Box 316, Derby, CT 06418 | 8/23/2018 | 114.33 | AP Payment |
| LIONHEART MAINTENANCE LLC | 1305 Fulton Street, Rahway, NJ 07065 | 8/23/2018 | 200.91 | AP Payment |
| Mac Murray & Shuster LLP | 6530 West Campus Oval, Suite 210, New Albany, OH 43054 | 8/23/2018 | 185.00 | AP Payment |
| Machesney Mini Warehouses | PO Box 10227, Loves Park, IL 61132-5958 | 8/23/2018 | 75.00 | AP Payment |
| NICHOLSON HARDWARE | 1131 SECOND AVE, ROCKFORD, IL 61104 | 8/23/2018 | 277.53 | AP Payment |
| Nicor Gas | P.O. Box 5407, Carol Stream, IL 60197-5407 | 8/23/2018 | 109.11 | AP Payment |
| Nicor Gas | PO BOX 5407, Carol Stream, IL 60197-5407 | 8/23/2018 | 88.41 | AP Payment |
| Nicor Gas | PO BOX 5407, CAROL STREAM, IL 60197-5407 | 8/23/2018 | 180.71 | AP Payment |
| North Park Public Water District | 1350 TURRET DRIVE, MACHESNEY PARK, IL 61115 | 8/23/2018 | 206.58 | AP Payment |
| Pro-Source Distributors Inc | 2613 11th STREET, ROCKFORD, IL 61109 | 8/23/2018 | 640.19 | AP Payment |
| PUBLIC STORAGE 24/7 | 4850 N MAIN ST, ROCKFORD, IL 61103 | 8/23/2018 | 110.00 | AP Payment |
| Staples Business Advantage | PO Box 70242, Philadelphia, PA 19176-0242 | 8/23/2018 | 674.98 | AP Payment |
| TDS | P O BOX 94510, Palatine, IL 60094-4510 | 8/23/2018 | 147.36 | AP Payment |
| TDS | PO BOX 94510, Palatine, IL 60094-4310 | 8/23/2018 | 155.75 | AP Payment |

| | | | | |
|---|---|---|---|---|
| TIAA Bank | P O BOX 911608, Denver, CO  80291-1608 | 8/23/2018 | 166.77 | AP Payment |
| TimePayment Corp. | PO BOX 3069, Woburn, MA  01888-1969 | 8/23/2018 | 55.29 | AP Payment |
| VERISTOR SYSTEMS, INC. | 4850 RIVER GREEN PARKWAY, Duluth, GA  30096 | 8/23/2018 | 123.54 | AP Payment |
| AEROTEK | 3689 COLLECTION CENTER DRIVE, CHICAGO, IL  60693 | 8/24/2018 | 10,001.67 | AP Payment |
| Mac Murray & Shuster LLP | 6530 West Campus Oval, Suite 210, New Albany, OH  43054 | 8/24/2018 | 3,815.00 | AP Payment |
| Orkin Pest Control | 200 Main Street, Suite C, Monroe, Ct  0468-1174 | 8/24/2018 | 253.71 | AP Payment |
| WINDSTREAM COMMUNICATIONS | P O BOX 843006, Kansas City, MO  64184-3006 | 8/24/2018 | 4,000.00 | AP Payment |
| WORLDWIDE EXPRESS | PO Box 1450, Minneapolis, MN  55485-6355 | 8/24/2018 | 307.95 | AP Payment |
| AMERICAN EXPRESS | PO BOX 1270, Newark, NJ  07101-1270 | 8/27/2018 | 3,957.90 | AP Payment |
| AMERICAN EXPRESS | PO Box 1270, Newark, NJ  07101-1270 | 8/27/2018 | 5,656.41 | AP Payment |
| SERVICOM EMPLOYEE FUND | 175 EXECUTIVE PKWY, ROCKFORD, IL  61107-5224 | 8/27/2018 | 640.36 | Employee Reimbursement |
| Zen Communications, LLC | 3700 S. College Ave Unit #102, Fort Collins, CO  80525 | 8/28/2018 | 20,621.27 | AP Payment |
| ATT Interstate Dedicated Private Line | P O BOX 5019, CAROL STREAM, IL  60197 | 8/29/2018 | 7,216.39 | AP Payment |
| COMCAST BUSINESS | P O BOX 37601, Philadelphia, PA  19101-0601 | 8/29/2018 | 7,568.21 | AP Payment |
| 175 EXECUTIVE, LLC | 6801 SPRING CREEK RD, ROCKFORD, IL  61114 | 8/30/2018 | 31,882.08 | Rent |
| AT&T Mobility | PO Box 6463, Carol Stream, IL  60197-6463 | 8/30/2018 | 9,543.45 | AP Payment |
| ZOHO Corporation | PO Box 742760, Los Angeles, CA  90074-2760 | 8/30/2018 | 3,094.00 | AP Payment |
| AEROTEK | 3689 COLLECTION CENTER DRIVE, CHICAGO, IL  60693 | 8/31/2018 | 10,003.89 | AP Payment |
| Mac Murray & Shuster LLP | 6530 West Campus Oval, Suite 210, New Albany, OH  43054 | 8/31/2018 | 4,000.00 | AP Payment |
| SERVICOM EMPLOYEE FUND | 175 EXECUTIVE PKWY, ROCKFORD, IL  61107-5224 | 8/31/2018 | 249.44 | Employee Reimbursement |
| WINDSTREAM COMMUNICATIONS | P O BOX 843006, Kansas City, MO  64184-3006 | 8/31/2018 | 4,000.00 | AP Payment |
| WORLDWIDE EXPRESS | PO Box 1450, Minneapolis, MN  55485-6355 | 8/31/2018 | 193.84 | AP Payment |
| GrowthFunding Equipment Finance | 2691 West 12600 South, Riverton, UT  84065 | 9/4/2018 | 18,014.67 | AP Payment |
| VARILEASE FINANCE, INC | 6340 South 3000 East, 4th Floor, Salt Lake City, UT  84121 | 9/4/2018 | 12,930.89 | AP Payment |
| VARILEASE FINANCE, INC | 6340 South 3000 East, 4th Floor, Salt Lake City, UT  84121 | 9/4/2018 | 40,930.93 | AP Payment |
| AT&T | PO Box 9005, Carol Stream, IL  60197-9005 | 9/5/2018 | 4,805.02 | AP Payment |
| ITC Telecom Technology, LLC | 2649 E. Mulberry Street, Suite 10, Fort Collins, CO  80524 USA | 9/5/2018 | 40,685.00 | AP Payment |
| Aspen Business Center One LLC | 1639 N Alpine Rd, Suite 301, Rockford, IL  61107 | 9/6/2018 | 11,242.71 | AP Payment |
| ComEd | P O BOX 6111, Carol Stream, IL  60197-6111 | 9/6/2018 | 6,678.84 | AP Payment |
| Hewlett-Packard FSC | P.O. BOX 402582, Atlanta, GA  30384-2582 | 9/6/2018 | 181.29 | AP Payment |
| AMBER FOLKERS | 9942 N Alpine Rd, Machensey Park, IL  61115 | 9/7/2018 | 104.10 | AP Payment |
| Deanna Goizueta | 155 Hill Street, Milford CT 06460 | 9/7/2018 | 105.78 | Employee Reimbursement |
| GORDON & REES LLP | 111 BROADWAY SUITE 1700, OAKLAND, CA  94607 | 9/7/2018 | 1,554.00 | AP Payment |
| Melissa Winberg | 4116 PADDINGTON DRIVE, CEDAR FALLS, IA  50613 | 9/7/2018 | 414.30 | AP Payment |
| WORLDWIDE EXPRESS | PO Box 1450, Minneapolis, MN  55485-6355 | 9/7/2018 | 219.00 | AP Payment |
| AT&T | PO BOX 5019, Carol Stream, IL  60197-5019 | 9/10/2018 | 13,747.48 | AP Payment |
| SERVICOM EMPLOYEE FUND | 175 EXECUTIVE PKWY, ROCKFORD, IL  61107-5224 | 9/10/2018 | 841.89 | Employee Reimbursement |
| Servicom Employee Fund | 9942 North Alpine Road, Machesney Park, IL  61115 | 9/10/2018 | 50.00 | Employee Reimbursement |
| Servicom Employee Fund | 9942 North Alpine Road, Machesney Park, IL  61115 | 9/10/2018 | 800.00 | Employee Reimbursement |
| ACC BUSINESS | PO BOX 105306, ATLANTA, GA  30348-5306 | 9/11/2018 | 1,020.92 | AP Payment |
| Aspen Business Center One LLC | 1639 N Alpine Rd, Suite 301, Rockford, IL  61107 | 9/11/2018 | 22,183.33 | AP Payment |
| Ballard Properties Group I, LLC | 1670 N ALPINE RD, ROCKFORD, IL  61107 | 9/11/2018 | 18,110.20 | AP Payment |
| TDS | PO Box 94510, Palatine, IL  60094-4510 | 9/11/2018 | 1,644.48 | AP Payment |
| JOHNSTON LAW FIRM LLC | 75 MIDLAND AVENUE, SUITE 1, MONTCLAIR, NJ  07042 | 9/12/2018 | 4,180.00 | AP Payment |
| PUBLIC STORAGE 24/7 | 4850 N MAIN ST, ROCKFORD, IL  61103 | 9/12/2018 | 240.00 | AP Payment |
| SERVICOM EMPLOYEE FUND | 10100 FOREST HILLS ROAD, MACHESNEY PARK, IL  61115-8234 | 9/14/2018 | 250.00 | Employee Reimbursement |
| Servicom Employee Fund | 9942 North Alpine Road, Machesney Park, IL  61115 | 9/14/2018 | 1,715.00 | Employee Reimbursement |

| | | | | |
|---|---|---|---|---|
| SERVICOM EMPLOYEE FUND | 10100 FOREST HILLS ROAD, MACHESNEY PARK, IL  61115-8234 | 9/14/2018 | 3,190.00 | Employee Reimbursement |
| WORLDWIDE EXPRESS | PO Box 1450, Minneapolis, MN  55485-6355 | 9/14/2018 | 42.18 | AP Payment |
| Bryn Mawr- RBAL LEASING L.P. | 550 TOWNSHIP LINE RD, SUITE 425, BLUE BELL, PA  19422 | 9/17/2018 | 4,494.65 | AP Payment |
| USB EQUIPMENT FINANCE | 1310 Madrid Street, Suite 101, Marshall, MN 56258-4002 | 9/17/2018 | 1,703.20 | AP Payment |
| VAR TECHNOLOGY FINANCE | P O BOX 7904748, ST LOUIS, MO  63179-0448 | 9/17/2018 | 7,723.09 | AP Payment |
| SERVICOM EMPLOYEE FUND | 175 EXECUTIVE PKWY, ROCKFORD, IL  61107-5224 | 9/18/2018 | 2,145.00 | Employee Reimbursement |
| SERVICOM EMPLOYEE FUND | 10100 FOREST HILLS ROAD, MACHESNEY PARK, IL  61115-8234 | 9/19/2018 | 744.00 | Employee Reimbursement |
| WORLDWIDE EXPRESS | PO Box 1450, Minneapolis, MN  55485-6355 | 9/21/2018 | 91.79 | AP Payment |
| North Park Public Water District | 1350 TURRET DRIVE, MACHESNEY PARK, IL  61115 | 9/24/2018 | 219.05 | AP Payment |
| SERVICOM EMPLOYEE FUND | 175 EXECUTIVE PKWY, ROCKFORD, IL  61107-5224 | 9/24/2018 | 1,844.11 | Employee Reimbursement |
| SERVICOM EMPLOYEE FUND | 175 EXECUTIVE PKWY, ROCKFORD, IL  61107-5224 | 9/24/2018 | 1,300.00 | Employee Reimbursement |
| United Illuminating Company | PO Box 9230, Chelsea, MA  02150-9230 | 9/24/2018 | 1,078.68 | AP Payment |
| Rock River Service Co | 2222 Charles Street, Rockford, IL  61104 | 9/26/2018 | 1,598.90 | AP Payment |
| AMERICAN EXPRESS | PO Box 1270, Newark, NJ  07101-1270 | 9/27/2018 | 220.89 | AP Payment |
| AMERICAN EXPRESS | PO BOX 1270, Newark, NJ  07101-1270 | 9/27/2018 | 679.04 | AP Payment |
| SERVICOM EMPLOYEE FUND | 10100 FOREST HILLS ROAD, MACHESNEY PARK, IL  61115-8234 | 9/27/2018 | 450.00 | Employee Reimbursement |
| ATT | PO Box 5080, Carol Stream, IL  60197-5080 | 9/28/2018 | 727.35 | AP Payment |
| WORLDWIDE EXPRESS | PO Box 1450, Minneapolis, MN  55485-6355 | 9/28/2018 | 47.92 | AP Payment |
| Billhorn Law Firm | 53 W Jackson Blvd Suite 840, Chicago, IL  60604-1595 | 10/1/2018 | 9,250.00 | AP Payment |
| Broadband Dynamics LLC | 8757 E Via de Commercio, First Floor, Scottsdale, AZ  85258 | 10/2/2018 | 13,772.86 | AP Payment |
| ADVANCED DISPOSAL SOLID WASTE MIDWEST | P O BOX 74008053, CHICAGO, IL  60674-8053 | 10/3/2018 | 473.55 | AP Payment |
| ADVANCED DISPOSAL SOLID WASTE MIDWEST-L | P O BOX 74008053, CHICAGO, IL  60674-8053 | 10/3/2018 | 1,113.70 | AP Payment |
| ADVANCED DISPOSAL, LLC | PO BOX 74008053, CHICAGO, IL  60674-8053 | 10/3/2018 | 461.40 | AP Payment |
| Zen Communications, LLC | 3700 S. College Ave Unit #102, Fort Collins, CO  80525 | 10/4/2018 | 20,984.53 | AP Payment |
| Servicom Employee Fund | 9942 North Alpine Road, Machesney Park, IL  61115 | 10/5/2018 | 2,476.31 | Employee Reimbursement |
| WORLDWIDE EXPRESS | PO Box 1450, Minneapolis, MN  55485-6355 | 10/5/2018 | 106.40 | AP Payment |
| ITC Telecom Technology, LLC | 2649 E. Mulberry Street, Suite 10, Fort Collins, CO  80524 USA | 10/8/2018 | 21,359.63 | AP Payment |
| Mindshift Technologies | 309 Waverley Oaks Road, Waltham, MA  02452 | 10/9/2018 | 5,312.18 | AP Payment |
| SERVICOM EMPLOYEE FUND | 175 EXECUTIVE PKWY, ROCKFORD, IL  61107-5224 | 10/9/2018 | 1,440.80 | Employee Reimbursement |
| SERVICOM EMPLOYEE FUND | 175 EXECUTIVE PKWY, ROCKFORD, IL  61107-5224 | 10/9/2018 | 385.80 | Employee Reimbursement |
| Single Source Telecom | 4901 E Dry Creek Rd, Suite 170, Centennial, CO  80122-1957 | 10/9/2018 | 3,166.80 | AP Payment |
| CISIVE | PO Box 36460, Newark, NJ  07188-6460 | 10/10/2018 | 6,566.53 | AP Payment |
| HEADSET PARTS UNLIMITED | 1551 Philadelphia Ave, Egg Harbor City, NJ  08215 | 10/11/2018 | 2,928.00 | AP Payment |
| Janet Parker | 907 Sandra Street, Kingston, IL  60145 | 10/11/2018 | 194.62 | Employee Reimbursement |
| Machesney Mini Warehouses | PO Box 10227, Loves Park, IL  61132-5958 | 10/11/2018 | 170.00 | AP Payment |
| WORLDWIDE EXPRESS | PO Box 1450, Minneapolis, MN  55485-6355 | 10/12/2018 | 104.48 | AP Payment |
| ITC Telecom Technology, LLC | 2649 E. Mulberry Street, Suite 10, Fort Collins, CO  80524 USA | 10/15/2018 | 21,359.62 | AP Payment |
| Servicom Employee Fund | 9942 North Alpine Road, Machesney Park, IL  61115 | 10/15/2018 | 1,000.00 | Employee Reimbursement |
| Constellation New Energy, Inc. | P O BOX 4640, CAROL STREAM, IL  60197-4640 | 10/17/2018 | 8,981.63 | AP Payment |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Connecticut

In re __ServiCom LLC__ _____

Case No. __18-31722__

Debtor(s)

Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 140,000.00 |
| Prior to the filing of this statement I have received | $ | 140,000.00 |
| Balance Due | $ | 0.00 |

2.  $__0.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):      **JNET Communications LLC**

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **The $140,000 amount stated above represents a retainer and such retainer shall be reduced by the amount of fees and expenses incurred by the Firm through the filing of the bankruptcy case; upon such deduction, the Firm will file an Amended Disclosure of Compensation of Attorneys of Debtors disclosing the actual retainer amount.**

        **The representation is further governed by the attached Representation Agreement.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __November  9, 2018__ | **/s/ Stephen M. Kindseth** |
| _Date_ | **Stephen M. Kindseth ct14640** |
| | _Signature of Attorney_ |
| | **Zeisler & Zeisler, P.C.** |
| | **10 Middle Street, 15th Floor** |
| | **P.O. Box 1220** |
| | **Bridgeport, CT 06604** |
| | **(203) 368-4234  Fax: (203) 367-9678** |
| | **info@zeislaw.com** |
| | _Name of law firm_ |

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SERVICOM LLC, | : | Case No. 18-31722 (AMN) |
| JNET COMMUNICATIONS LLC, | : | Case No. 18-31723 (AMN) |
| VITEL COMMUNICATIONS LLC, and | : | Case No. 18-31724 (AMN) |
| SERVICOM CANADA LIMITED, | : | Case No. 18-31734 |
| | : | (Jointly Administered Under |
| Debtors. | : | Case No. 18-31722 (AMN)) |

## DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTORS

1.        Pursuant to 11 U.S.C. §329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am an attorney with Zeisler & Zeisler, P.C. (the "Firm"), proposed counsel for the Debtors in the above-captioned Chapter 11 cases (collectively, the "Bankruptcy Cases"), and compensation paid to the Firm for services rendered or to be rendered on behalf of the Debtors in connection with these Bankruptcy Cases is as follows:

The Firm has agreed to accept as a retainer:                $140,000.00.[1]

As of the Petition Date, the Firm had a pre-petition retainer balance of:    $140,000.00.[2]
Balance Due of retainer:                        $0.00

2.        The source of compensation paid to the Firm was:

      __x__ Debtors                Other (specify)

3.        The source of compensation to be paid to the Firm is:

      __x__ Debtors                Other (specify)

4.        __x__ The Firm has not agreed to share compensation from the Debtors with any persons unless they are employees of the Firm.

5.        The Firm and I have agreed to render bankruptcy legal services to the Debtors on the terms and conditions set forth in the Retention Agreement appended hereto, and as further set forth in the Debtors' application for this Court's order approving the Debtors' employment of the Firm.

---

[1] Less the amount of fees and expenses incurred by the Firm through the filing of the bankruptcy case, which will be deducted from the $140,000 paid by the Debtors to determine the actual retainer amount; upon such deduction, the Firm will file an Amended Disclosure of Compensation of Attorneys of Debtors disclosing the actual retainer amount.

[2] Same as footnote 1.

6.      Fees will be billed at the Firm's normal hourly rates and reimbursement of expenses will be sought, subject to Court approval, and the Debtors have agreed to pay all such allowed fees and expenses to the extent approved and the above-noted retainer is exceeded.

## **CERTIFICATION**

As of the date hereof, I certify that the foregoing is a complete statement of any agreement or agreement for payment to me and the Firm for the representation of the Debtors in these Chapter 11 cases.

Dated: October 19, 2018 at Bridgeport, Connecticut.

By:      */s/ Stephen M. Kindseth*
James Berman (Federal Bar No. ct06027)
Stephen M. Kindseth (Federal Bar No. ct14640)
Patrick R. Linsey (Federal Bar No. ct29437)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06605
Tel. 203-368-4234
Fax 203-367-9678
Email:  skindseth@zeislaw.com
         jberman@zeislaw.com
         plinsey@zeislaw.com
Their Attorneys

2

# United States Bankruptcy Court
## District of Connecticut

In re   **ServiCom LLC**
Debtor(s)

Case No.   **18-31722**
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JNET Comminications LLC**<br>**25 Independence Blvd.**<br>**Suite 103**<br>**Warren, NJ 07059** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November  9, 2018**

Signature   **/s/ Eugene Caldwell**
**Eugene Caldwell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Connecticut

In re   __ServiCom LLC__                                                          Case No.   __18-31722__
                                        Debtor(s)                                Chapter   __11__


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __ServiCom LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**JNET Comminications LLC**
**25 Independence Blvd.**
**Suite 103**
**Warren, NJ 07059**


☐ None [*Check if applicable*]


**November  9, 2018**
Date

**/s/ Stephen M. Kindseth**
**Stephen M. Kindseth ct14640**
Signature of Attorney or Litigant
Counsel for   **ServiCom LLC**
**Zeisler & Zeisler, P.C.**
**10 Middle Street, 15th Floor**
**P.O. Box 1220**
**Bridgeport, CT 06604**
**(203) 368-4234 Fax:(203) 367-9678**
**info@zeislaw.com**