SUN-79304 0205-3 pdfdoc3 18-31722
Stephen M. Kindseth
10 Middle Street
15th Floor
Bridgeport, CT 06604

**2018 NOV 14  A 10: 03**

FILED
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN

000044 44 1 AV 0.375 61108 1 1 8665-1-44

Deborah Williams
2212 25th Street
Rockford, IL 61108-7419

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures.  10/31/18  *Address Correction*  *Deborah Williams*  *516 29th Street*  *Rockford Il, 61108* | 1. Find an updated address and send the attached document to that address.  2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |